Duration: 16mins.
Proceeding via: ☐ CourtCall  ☑ AT&T

**DOCKET No.** 19 cr 714

**DEFENDANT** Dov Malnik

**AUSA** Richard Cooper / Daniel Tracer

**DEF.'S COUNSEL** Michael Schachter/Randall Jackson
☑ RETAINED  ☐ FEDERAL DEFENDERS  ☐ CJA  ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5  ☑ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.
☐ Other: _____

DATE OF ARREST 6/10/21   ☐ VOL. SURR.
TIME OF ARREST 1:00 p.m.   ☐ ON WRIT
TIME OF PRESENTMENT 9:30 a.m.   6/11/21

## BAIL DISPOSITION

☐ SEE SEP. ORDER

☐ DETENTION ON CONSENT W/O PREJUDICE       ☐ DETENTION: RISK OF FLIGHT/DANGER       ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☑ $ 1,000,000 PRB   ☑ 1 FRP , Daniel Malnik
☑ SECURED BY $ 500,000 CASH/PROPERTY: _____
☑ TRAVEL RESTRICTED TO SDNY/EDNY/_____
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑ PRETRIAL SUPERVISION:   ☐ REGULAR   ☑ STRICT   ☐ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS   ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION   ☐ HOME DETENTION   ☑ CURFEW   ☐ ELECTRONIC MONITORING   ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]   ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☑ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☑ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: posting of the security for the bond and the cosigning of the bond _____ ; REMAINING CONDITIONS TO BE MET BY: _____

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

The defendant shall be under home confinement with location monitoring, which shall be self-installed at the direction of Pretrial Service. The defendant shall be subject to the following curfew: 8:00 a. m .to 11:00 p. m.

Defendant advised by the Court of the right to be present, and consented to proceed by remote means.
☑ DEF. ARRAIGNED; PLEADS NOT GUILTY        ☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED                    ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED         ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: _____   ☐ ON DEFENDANT'S CONSENT

**DATE:** 6/11/21

*Kevin Nathaniel Fox*
**UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.**

WHITE (original) – COURT FILE    PINK – U.S. ATTORNEY'S OFFICE    YELLOW – U.S. MARSHAL    GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016