```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: June 16, 2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER |
| v. | S1 19 Cr. 714 (VM) |
| DOV MALNIK, | |
| Defendant. | |

WHEREAS defendant DOV MALNIK has stated an intent to enter a plea of guilty pursuant to a plea agreement in this case, and this Court has referred the change-of-plea proceedings to the duty Magistrate Judge;

WHEREAS the ongoing COVID-19 pandemic necessitates that the proceeding take place remotely, and the CARES Act and findings made by the Judicial Conference of the United States and Chief Judge Colleen McMahon of the Southern District of New York allow for guilty pleas to be taken by phone or videoconference, subject to certain findings made by the District Judge;

WHEREAS the Court understands that the duty Magistrate Judge shall conduct the defendant's change-of-plea proceeding by videoconference or by telephone if, due to scheduling limitations, videoconference is not reasonably available, and that the defendant has specifically requested that the proceeding occur remotely and consents to the same;

WHEREAS defendant DOV MALNIK, through counsel, has indicated that he desires to resolve this case expeditiously through a plea of guilty, and that as a result of his months' long prior detention in Switzerland pending extradition, and his separation from members of his family, he desires to proceed to sentencing as quickly as possible;

THE COURT HEREBY FINDS that the defendant's change-of-plea proceeding cannot be further delayed without serious harm to the interests of justice because the defendant DOV MALNIK, through counsel, has indicated that he desires to resolve this case expeditiously, and that as a result of his prior detention in Switzerland pending extradition, and his separation from members of his family, he desires to proceed to sentencing as quickly as possible. Accordingly, the plea may be taken in Magistrates Court through videoconference or telephonic means.

SO ORDERED.

Dated: New York, New York
       June 15, 2021

_____
Victor Marrero
U.S.D.J.