

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 13, 2021

**BY ECF**
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

>  Re:  *United States v. Dov Malnik*,
>        **S1 19 Cr. 714 (VM)**

Dear Judge Marrero:

  The Government respectfully requests that the Court accept the guilty plea entered by the defendant, Dov Malnik, on June 25, 2021 before United States Magistrate Judge Stewart D. Aaron. Attached for the Court's consideration are: (1) a proposed Order accepting the defendant's plea; (2) a copy of the transcript of the plea allocution; (3) the relevant charging instrument; and (4) the plea agreement between the defendant and the Government.

  The Government further respectfully requests that the Court set a sentencing date. The parties have conferred and are available during the first week of November, if there is a date that week that is convenient for the Court.

                             Respectfully submitted,

                             AUDREY STRAUSS
                             United States Attorney


                       by:   _____/s/_____
                             Richard Cooper / Daniel Tracer
                             Assistant United States Attorneys
                             (212) 637-1027 / 2329


cc: Counsel of Record (via ECF)

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :
                                  :    ORDER
     - v. -                       :
                                  :    S1 19 Cr. 714 (VM)
DOV MALNIK,                       :
                                  :
            Defendant.            :
                                  :
- - - - - - - - - - - - - - - - - x
```

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on June 25, 2021;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         _____, 2021


                                   _____
                                   THE HONORABLE VICTOR MARRERO
                                   UNITED STATES DISTRICT JUDGE