```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA        :
                                :          19 CR 714 (VM)
    - v. -                      :
                                :             ORDER
DOV MALNIK,                     :
                                :
            Defendant.          :
- - - - - - - - - - - - - - - - -x
```

The sentencing of defendant Dov Malnik is hereby scheduled for November 5, 2021 at 10:30 a.m.

**SO ORDERED.**

Dated:   New York, New York
         16 July         , 2021

_____
Victor Marrero
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: July 16, 2021