# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099

September 3, 2021

**BY ECF**

The Honorable Victor Marrero
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Dov Malnik, (Case No. 19-CR-714)*

Dear Judge Marrero:

I represent Defendant Dov Malnik in the above-captioned matter. Mr. Malnik pled guilty on Friday June 25 and is now awaiting sentencing, which is currently scheduled for November 5, 2021. Mr. Malnik's conditions of release require him to wear an ankle bracelet. Mr. Malnik is currently experiencing severe pain in his shoulder and his doctor has recommended that he get an MRI to determine whether he has a torn ligament. To safely receive such an MRI, Mr. Malnik would need to have his ankle bracelet temporarily removed for a few hours. Thus, Mr. Malnik respectfully requests that the Court order that Mr. Malnik's ankle bracelet may be temporarily removed at a date and time mutually agreeable to the parties so that Mr. Malnik can receive the MRI. Both Pretrial Services and the Government have no objection to this request.

Respectfully submitted,

/s/ Randall W. Jackson

Randall W. Jackson

cc:  (via ECF)

Richard Allen Cooper
Daniel Marc Tracer
(*U.S. Department of Justice*)



Request **GRANTED.**
Defendant Dov Malnik's ankle bracelet may hereby be temporarily removed at a date and time mutually agreeable to the parties so that Mr. Malnik can receive an MRI.

**SO ORDERED.**
September 8, 2021
DATE                    VICTOR MARRERO, U.S.D.J.