```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :     **19 CR 714 (VM)**
                                   :
       -against-                   :
                                   :     **ORDER**
DOV MALNIK,                        :
                                   :
              Defendant.           :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant scheduled for November 5, 2021 shall be adjourned until Friday, November 19, 2021 at 9:30 a.m.

It is further ordered that the conference shall be a teleconference. The parties are directed to use dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         27 October 2021

_____
Victor Marrero
U.S.D.J.