Dov is also a great uncle, my daughter ▮ was born just 3 months earlier than Dov and Celine's daughter, ▮ Before his arrest, Dov was always asking about ▮ amazed by her intelligence, and complementing her every step. Although travel restriction came into force when ▮ was only 10 months old, Dov and my husband kept in touch via video chats. It saddens me that ▮ and ▮ were not able to see each other in the last 1.5 years, they are cousins, same age, but are not really aware of it. I hope this will change soon.

Your honor, I am a psychologist, working nearly ten years with adults baring childhood traumas that are affecting the way they approach everything in life: relationships, parenthood, career and more. I know the importance of early-stage childhood experiences on shaping people as adults, most of the time this is sub-conscious and for those who want, it takes lengthy therapy to resolve ▮

▮ I am so sorry that COVID conditions at the prison did not allowed this to happen.

I understand that now, while in home confinement, Dov can maintain a somewhat regular connection with ▮ and with ▮

Your honor, when sentencing Dov, I sincerely hope that the court would take into consideration his good character and his tremendous positive impact on the people around him. I hope that the impact on his little children will also be considered. With all my heart, I feel that the last year for Dov and his family was very difficult and I know that it will be Dov's life goal to repair the family wounds.

Respectfully,

Judit Klein

Tel Aviv, Israel

**A-23**

Renée Engeli & Christian Chambaz
███████████████ Villette, Switzerland

The Honorable Victor Marrero
United States District Court
Southern District of New York
Daniel Patrick Moynihan US Courthouse
500 Pearl Street, New York, NY

Geneva, July 11, 2021

Subject: Judgment of Mr. Dov Malnik

Judge,

I allow myself to write you about Dov Malnik. Dov is the partner of my youngest daughter Céline Engeli, and the father of my grandchildren, ████ (4) and ████ (2). Now retired, I was a secondary school teacher of French, history and geography in the canton of Geneva in Switzerland for almost 30 years.

We have known Dov Malnik for many years and have always had a pleasant, empathetic relationship with him. Céline Engeli introduced him to us in 2009 as her boyfriend.

Dov was always extremely caring, helpful and always ready to help us when we were in need such as driving us to the hospital, shopping and organizing meals when the situation became difficult for us and always helped us around the house with anything we needed. But even more than this concrete help, what helped us most morally was knowing that Dov was there for us. Even when he was living abroad, he always had a very attentive approach and often asked how he could help, and invited us to fly in for a visit whenever we wanted.

We were overwhelmed with emotions by the birth of their children ████████████████ ████████████████ was born ████████████████ ████████████████████████ as soon as he came home. Dov was a very attentive father and deployed all his energy to support ████ and Celine, the mother. Dov's presence, his good judgment and his availability day and night were a precious and indispensable help for the child and the mother. ████ sometimes had to go back to the hospital during his first years and Dov always stayed at his bedside. ████ was able to grow up in full confidence in a loving family.

Two years later the birth of ████ completed the little family. Dov was at Céline's side for the birth then went to get ████ to present him his little sister and a few days later, father and son, very proud, came to get the mother and ████. The house had been decorated by Dov and ████ for the occasion with multicolored balloons and the very first drawings of ████████

Life resumed its course and Dov once again demonstrated his exemplary commitment to Celine by taking on the tasks and activities for the toddler: changing diapers, preparing

bottles, taking walks, putting the child to sleep, etc., posed no problem for Dad. No matter where Dov was physically, he always took care of his family, and when he was in Geneva, to help █████ manage the arrival of his little sister and the subsequent sharing of parental attention, Dov had the idea of taking a bike ride with his son to give him a moment in the day to himself. These bike rides immediately became a highlight in █████ day and he talks about them almost every day with deep sadness since his dad was incarcerated in October 2020.

████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

███████████████████████████████████████████████████████

█████████ And so, little by little, the walls of the rooms were covered with messages of love. Drawing has become an important way for Dov to communicate with his children. It became a precious and indispensable link.

██████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████████████

Each day brings its little worries, its questionings, its sufferings for the children and in spite of the always nuanced, delicate answers of the mother, in spite of all the sweetness the love that she gives, ████████████████████████████████████████████████████████████

████████████████████████████

Thanking you for your kind reading of our message, we present to you, Mr. Judge, our most respectful greetings,

Renée Engeli, mother of Céline, and grandmother of █████ is ████

*[signature]*

Christian Chambaz, companion of Celine's mother

*[signature]*

Renée Engeli & Christian Chambaz
█████████████ ██ █ Villette, Suisse

The Honorable Victor Marrero
United States District Court
Southern District of New York
Daniel Patrick Moynihan US Courthouse
500 Pearl Street, New York, NY

Geneve, le 11 Juillet 2021

Objet: Jugement de Monsieur Dov Malnik

Monsieur le Juge,

Je me permets de vous écrire à propos de Dov Malnik. Dov et les époux de ma fille cadette Céline Engeli, et le père de mes petits-enfants, ████ (4 ans) et ███ (2 ans). Maintenant à la retraite, j'étais enseignante de français, histoire et géographie au niveau secondaire dans le canton de Genève en Suisse pendant près de 30 ans.

Nous connaissant Dov Malnik depuis de nombreuses années et nous avons toujours vécu des relations agréables, pleines d'empathie à notre égard. Céline Engeli nous l'a présenté en 2009 comme son ami.

Dov s'est toujours montré extrêmement attentionné, serviable est toujours prêt à nous aider lorsque nous étions dans le besoin comme, par exemple, pour nous conduire à l'hôpital, faire les courses et organiser les repas quand la situation devenu difficile pour nous et nous a toujours aidé dans la maison avec tout ce dont nous avions besoin.
Mais plus encore que cette aide concret, c'est qui nous a particulièrement aidé moralement c'était le faite de savoir que Dov était là pour nous. Même lorsqu'il vivait à l'étranger, il avait toujours une approche très attentive et demandait souvent comment il pouvait aider, et nous invitait à prendre l'avion pour une visite quand nous le voulions.

Nous avons été comblés par la naissance de leurs enfants ███ ███   ███ ██
████████ ██ ██ ████████████████████████████ Dov s'est montré un père très attentionné et a déployé toute son énergie pour soutenir ███ et Celine, la maman. La présence de Dov, son bon sens et sa disponibilité jour et nuit ont été une aide précieuse est indispensable pour l'enfant et la maman. ███ a dû parfois retourner à l'hôpital au cours de ses premiéres années et Dov est toujours resté à son chevet. ███ a ainsi peu grandir en pleine confiance dans une famille aimante.

Deux ans plus tard la naissance de ███ vient compléter la petite famille. Dov a été aux côtés de Céline pour l'accouchement puis est allé chercher ████ pour lui présenter sa petite sœur et quelques jours plus tard, père et fils, très fières, sont venus chercher la maman et

███. La maison avait été décoré par Dov et ███ pour l'occasion avec des ballons multicolores et les tout premiers dessins de ███.

La vie a repris son cours et Dov a une nouvelle fois démontré son engagement exemplaire envers Céline en prenait par des tâches et activités des un tout petit enfant: changer les couches, préparer le biberons, promenades, endormissement ne posait aucun problème au papa. Peu importe où Dov était physiquement, il prenait toujours soin de sa famille, et quand il était à Genève, pour aider ███ à bien gérer l'arrivée de sa petite sœur et le partage de l'attention parentèle qui s'en suivi, Dov a eu l'idée de faire une promenade à vélo avec son fils pour lui donner un moment dans la journée rien qu'à lui. Ces sorties à vélo sont immédiatement devenu un moment phare dans les journées de ███ qui en parle quasi tous les jours avec une profonde tristesse depuis que son papa a été incarcéré en octobre 2020.

████████████████████████████████████ █
██████████████████████████
██████ Céline a su trouver les mots pour expliquer la situation et elle s'est efforcée de maintenir, malgré tout, les lien papa-enfants à l'aide d'une correspondance circonstanciée adapté à l'âge des petits: les dessins. Et ainsi, peu à peu les parois des chambres c'est couvert des messages de l'amour. Le dessin est devenu un moyen important pour Dov de communiquer avec ses enfants. Cela est devenu un précieux lien indispensable.

████████████████████████████████
████████████████████████████
████████████████████████████████
███████████████████████████████
████████████████████████████

████████████████████████████████
██████████████████████████
████████████████████████████
████████████████████

En vous remerciant de votre bienveillante lecture de notre message, nous vous présentons, Monsieur le Juge, nos très respectueuses salutations,

Renée Engeli, maman de Céline, et grand-maman de ███ est ███

Christian Chambaz, compagnon de la maman de Céline

**A-24**

17 August 2021

The Honorable Victor Marrero
United States District Court, Southern District of New York,
Daniel Patrick Moyniham US Courthouse
500 Pearl Street, New York, NY 10007-1312

Regarding: The Sentencing of Dov Malnik

The Honorable Victor Marrero,

I, Chad Krastins, am writing on behalf of Dov Malnik regarding his character. I would like to give you my perspective, specifically from my background in the military, and my experience with having Dov be a part of my life. Dov has only ever been dedicated, a hard worker, and a good friend to me and I hope to express that to you in this letter.

I spent 14 years in the United States Air Force (2005-2019), separating as a Major with an Honorable Discharge. During my career as a pilot in the United States Air Force, I served as Assistant Director of Operations, Chief of Standards and Evaluations, and Chief of Training before I left. I was also an Evaluator pilot who deployed 9 times to the Middle East in support of Operation Iraqi Freedom and Operation Enduring Freedom. I left the Air Force with over 160 combat missions, multiple medals and ribbons from Air Medals to Meritorious Service awards and several other awards. I was an officer first, but my main job was preparing pilots to go to war and ensuring that they had the training, confidence, knowledge to fly, and, if need be, the ability to fight and win. Within those parameters, I required integrity and honesty from each of my pilots. Without such, trust in my airmen would be questioned and without trust, a battlefield is far more dangerous and success that much more difficult. I did my best to instill these values (integrity and honesty) in all of my troops with hopes that they would all transfer that to life outside the military. There were lapses by some of my troops. It was my job to correct those lapses through different means. It was my job to try to understand why there was a lapse in judgment, put myself in their shoes and decide what kind of training/punishment was required to correct these errors. I had to use my judgment not only on what they did, but also weigh it with their character and past experiences. A decision on what punishment they received depended on all these factors – to include what kind of support they had, the kind of outside influences and what others spoke of that individual. It was never an easy job and several times even I was the person giving a character report to my Commander on decisions they had to make. As such, I hope that my history with Dov will provide context to the man he is today.

I've known Dov since 1998. He was my swimming teammate at the University of Minnesota. We were approximately 2 doors away from each other Freshman year in the dormitories. During our time together in college, we became close friends. Aside from hanging out weekly, he even came to our house for Thanksgiving and Christmas several times. He was an elite athlete in Israel and served in the military there. It was clear that when he got to Minnesota, he had more maturity than we did, often passing on our "college kid" antics and instead trying to mentor us to act more mature and responsible. This is a guy that wouldn't lie or break the rules but was always there to offer a helping hand and help lift us up. This kind of leadership throughout our college years earned him the "coveted" Captain leadership role. He led by example outside the pool – avoiding our antics, giving advice, and volunteering his time –

and inside the pool – showing hard work and dedication to his craft and encouraging us to be better.  Even beyond that, he has always been easy to talk to and willing to share his experiences with us.  In a way, he did exactly what I did in the military, he listened and tried to empathize with us before giving his input.  He had very high standards for us and wanted us to keep focused on our goals.  Because of his leadership, we ended up winning the 2002 Big Ten Men's Swimming and Diving Championships.

After college, Dov and I went our separate ways.  We kept in touch up until a couple years ago when life really got busy.  About a week ago, I got an unexpected call from him.  We rolled right back into catching up, talking about how he now has two children and lives in Europe.  Good friends can do that.  They can go their separate ways and come back and roll right into what seemed like never apart.

I do not know exactly what Dov got into, but I know that you have a difficult decision to make.  I ask that you be lenient as growing up with Dov, I cannot help but think of what he went through to get put into this situation.  Sometimes when we push the boundaries of success, our moral compass can get compromised and by the time we realize we have gone beyond what is right, we cannot find a way out without help.  I believe this is what happened to Dov, and I truly believe whatever happened that he will make things right and will come out a better man through these trials.

If you should have any questions, please feel free to call me at ███████████.  My line will always be open and if I do not answer, please leave me a message and I will get back to you.


Respectfully,

Chad S. Krastins
███████████████

A-25

*July 13th, 2021*

Michal Benmayor Cohen

██████████

*Crans-pres-Celigny, Switzerland*

**The Honorable Victor Marrero**
**United States District Court, Southern District of New**
**York, Daniel Patrick Moynihan US Courthouse**
**500 Pearl Street, New York, NY**

Dear judge Marrero,

My name is Michal Benmayor Cohen, I am Israeli and Swiss. I moved to Switzerland 20 years ago after my university studies, when I started to work for Procter & Gamble in their European headquarters.

I met Dov, or as we call him, Dovi, somewhere in 2006. I was walking and talking with my husband in the center of Geneva, and a friendly guy being our age, asked us in Hebrew 'Israelis?'. Our connection was immediate. While we are all Israelis we all spent significant time in the US. Both my husband and Dovi studied in the US on sports scholarship and we were all at the beginning of our professional life, working hard and curious to discover Geneva, Switzerland and Europe.

Dovi became a close friend of ours through the years. His positive nature, his passion for life and adventure, his sense of humor, hard work ethics, generosity and sensitivity made the connection a strong one. These are not empty words in Dov's case, but true testaments to real tributes of his nature.

What I love about Dovi the most is the combination of his two sides, the competitive athlete, wanting to progress, win and excel in everything he does, both in his professional ambitious and in his personal life. And at the same time he is such a good hearted man, extremely human and caring with a poet's soul, a phenomenal award winning piano player, an art lover that always makes everyone feel at ease.

I had my children while Dovi was still single, and he always enjoyed spending time with the kids, happy to help me out and pick them up from the Kindergarden if my husband and I were caught up at work. As they grew up, Dovi was generous with the quality time spent with my children, happy to take them on an outing to improve their skiing or surfing skills, always with patience and a smile. He became like their uncle, which means so much to me when we live far away from our families.

I was most touched by Dovi's behavior as a young father, ████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

When his daughter ███ was born, I could see how Dovi with his sensitivity is able to reach her in ways I rarely see with men. He loved taking care of her, and after spending much of their time together in Israel during her early months, he used every opportunity when in Geneva to be with her in the mornings while she was still not going to kindergarten. Dovi is way more than an involved father, he is really their primary support and no wonder ███ and ███ are so wonderful. It fills me with joy to reflect on what a wonderful family man Dov turned into.

At the same time I am deeply saddened by Dovi's turn of events and the suffering that his family and especially his children were going through. While he was incarcerated, we tried to be there for his wife and spend a lot of time with ███ and ███.

I hope you will take into consideration Dovi's numerous qualities as a person and as a family man in your decision, and allow him to come back to his wife and children who need him so much.

With my best regards,

Michal Benmayor Cohen

**A-26**

# LENZ & STAEHELIN



CH-1211 Geneva 6

www.lenzstaehelin.com

Miguel Oural
Partner

To the Honorable Victor Marrero
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-131

Geneva, August 21, 2021
20172.003 / M1.7960604_1 / OURAM

**Mr Dov Malnik**

Your Honor,

I am Miguel Oural.  I am practising as a lawyer in Geneva (Switzerland) since 1998 and the head of the *White Collar Crime* department of Lenz & Staehelin, *i.e.* the largest law firm in Switzerland.

I am the next Chairman of the Geneva Bar, a member of the very prestigious Criminal Law Commission of the Geneva Bar and the Vice-Chairman of the Geneva School of Lawyers[1] where I teach since several years with Judges and Prosecutors *Criminal Procedural Law*.

I have been acting for Dov Malnik in the context of his extradition from Switzerland to the US.

Accordingly, I very regularly met Dov Malnik at the Geneva prison of Champ-Dollon where he was detained as from October 7, 2020 to June 9, 2021.

Champ-Dollon is an old prison and notoriously overcrowded (two, and even two and half, times its capacity).  This state of things, combined with the fact the Geneva State lacks of detention agents

---

[1] In French, *Ecole d'avocature.*  This school is under the supervision of the Geneva State and part of the Geneva University; it is mandatory by law to attend it and pass successfully numerous exams to get access to an internship in a Geneva law firm and ultimately to present the bar exam to become a lawyer allowed to appear in court.



Brandschenkestrasse 24, CH-8027 Zurich, Tel: +41 58 450 80 00, Fax: +41 58 450 80 01
Avenue de Rhodanie 58, CH-1007 Lausanne, Tél: +41 58 450 70 00, Fax: +41 58 450 70 01

Admitted to the Bar

# LENZ & STAEHELIN

and has a high rate of absenteeism, impacts drastically on the conditions of detention, respectively on the inmates' access to the external world.  Our Swiss Supreme Court ruled in numerous cases that the conditions of detention at Champ-Dollon are violating the *European Convention on Human Rights*. The Covid-19 and the measures that were taken at Champ-Dollon during the health crisis rendered the situation even worst.

It struck me very much that Dov Malnik never complained during any discussion I had with him about his conditions of detention at Champ-Dollon, when of course he legitimately could have done so.  Dov Malnik was *only* concerned – and very distressed – about the consequences that his detention – and his lack of, or very limited, access to the external world – were having on his family, especially on Céline, his wife, and ███ and ███, his two young children.

I do *not* remember a visit I made to Dov Malnik where he did not mention to me his distress about the consequences that his detention were having on Céline, ███ and ███.  Dov Malnik was *always* crying when doing so, even though he tried – as hard as he can – not to show to his lawyer (somewhat a stranger) his intimate suffering that was in any event obvious on his face and way of behaving.

I have to say – despite the fact I am going to Champ-Dollon frequently since 1998 and learnt quite well to keep some sort of distance from what I am seeing there – that I finished several visits I made to Dov Malnik with an oppressed heart.  This strong feeling was getting worst when I had to interact (as I did on an almost daily basis) with Céline, Dov's parents, brothers and friends that were not understanding why it was so difficult, not to say impossible, to get access to Dov Malnik (through a visit or merely through a phone call).

I was very aware of Dov Malnik and ███████ suffering not to see each other, being said that when they saw each other the interactions were very far from what both needed, namely through a glass of Plexiglas and a phone in a large room with six inmates having visits at the same time.  This is a set up a 4 years old kid can definitively not deal well with.  This is also true for ███ (1 ½ year old) and even for Céline.

I just said I *was* very aware because it happened that my last visit to ███████████████████████ ████████████████████████████████████████████████████████████████████████████ day such suffering.  Indeed, when I finished my visit I met Céline, ███ and ███ at the entrance. They were doing the control security checks to get in ██████████████████████████████████ ████████████████████████████████████████████████████████████████████████████

---

[2] I personally had to insist to get such exceptional visit that was *in extremis* granted (I had actually little hope it would, as Champ-Dollon showed through Dov Malnik's detention little understanding to our requests arguing that the Covid-19 and the situation at Champ-Dollon do not allow any exception).

2

# LENZ & STAEHELIN

███ before, but I saw pictures of her that were taken a few days prior Dov Malnik's arrest.  She was a baby in those pictures and there at the entrance of the prison she was standing when walking.  I

████████████████████████████████████████████████████████████████████████████

For the first time of my career, I literally fell apart when I passed the walls of the prison and went out.

I believe the consequences of detention on a person about to be sentenced, and particularly when the to be sentenced person is on bail, should have an important, not to say a crucial weight, besides of course amendment, which for sure Dov Malnik is full of and will accordingly, be able to show.

I thank you very much for the time you took to read my letter.

Very respectfully yours,

Miguel Oural

3

**A-27**

July 12, 2021

Hana Ellencweig



1207 Geneva, Switzerland

To The Honorable Victor Marrero

United States District Court, Southern District of New York,

Daniel Patrick Moyhinhan Courthouse,

500 Pearl Street, New York, NY 10007-1312

Dear Judge Marrero,

My name is Hana Ellencweig and I have first met Dov back in early 2013, just 3 months after I moved to Geneva with my husband. Dov was the person who gave me an career opportunity in a company he managed back then and I had the privilege of working with Dov closely. Over the years, from Geneva, Israel or other places, I got to work with him or interact with him, and I feel that I know Dov extremely well, inside-out. I would appreciate your time, your Honor, to hear my honest point of view about Dov and the incredible person I find him to be.

When we moved to Geneva following my husband's relocation, I was very concerned about my career, as my level of French wasn't adequate and I didn't know anyone in the city. I got lucky to meet Dov, who after one meeting decided to give me a chance, believed in me and hired me. What i got to see was a real professional and hard worker person with a very profound and balanced business understanding. But above all, his personal qualities of being modest and kind, attracted people to work with him and colleagues to come for an advice, which he was always willing to give and make time for.

During the years I have known Dov, I gave birth to 3 children. I still remember the first time I told him I was pregnant. It was not too long after I started working for him and I was so stressed of the implication that this will have on my career. My concerns were proved far from reality. When i finally told him, he was so happy for me and excited as if it was his own family. There is a sentence in Hebrew that expresses person's honesty by saying that "his mouth and heart are equal" and i knew there was not a shred of thoughts on his side of how he will manage with my absence. There was just pure happiness for me.

When I think to myself what is Dov's most prominent attribute, it's clear to me that it is his big, big heart. There is no doubt in my mind that Dov is one of the most good hearted persons I have known in my life, and the unbelievable part is that he is not aware of how amazing he really is. You can see it right through his eyes and I have witnessed it every day I have worked with him.

Dov will never say no to anyone seeking help, whether it is friends who are close to him or people he barely even knows. I cannot even begin to explain how generous he is and every time he helps, it's always with a smile, and pure willingness to help. It is not necessarily the donations he regularly made

for important causes that are the ones that touches my heart, but it is the help he provided not once but on many occasions to ordinary people, some were friends and some he never met, but he just have a very soft and good heart. Most of the times he would not even speak about it, I would discover randomly. I am almost sure there are more cases like this I am not aware of.

Beyond that, his generosity is not merely financial. He is fully present and supportive to anyone who needs him. Sometimes there is no need to ask, he is sensitive enough to identify it, and I would like to use myself as an example.  When I was pregnant with my third child, █████████████████████
████████████████████████████ ███ ███████████████████████████████████
███████████████████████████████████ Dov, my friend, was so supportive I can't even explain in words. As a father to a premature son himself, who was in a ██████
████████████████████, he knew exactly how I feel. Beyond all the technical help he offered like helping with my kids, food, anything I need or want, the thing that touched me the most is that he was so sympathetic and when I didn't answer the phone he was sending message after message encouraging me, telling me exactly what I needed to hear, analyzing the situation with such sensitivity and caring that are so characteristic of him, thorough his words I knew how bad he felt for me, how much he cares.

Even while in prison, Dov did not lose himself. We often wrote each other letters, arriving by post, and in these emotionally difficult to read letters, I remember he wrote how happy he was for other inmates who received positive news or a much-needed visit or even when they were released. He wrote me that their happiness brings light to his own world there. He even gave his prison allowance to his cellmate, a homeless person, before his released so he will have some money to buy food when he is out. Never in my life have I seen him envy of someone. He has a pure heart and I guess this is the reason that he has so many friends who loves him so much.

Your Honor, another quality that I would like to tell you about is that Dov is first and foremost a dedicated father to ████ and ██ and a devoted partner to Celine. ████████████████████████
███████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████ Dov was always so caring for Celine that he would do anything for her, taking care of her in so many aspects and I find it very inspirational. Really, If he could, he would bring down the moon from the sky for her. During the last year where Dov spent 8 months in prison, he never asked in his letters anything from his friends for himself but only to help Celine and the kids, to support her and be there for her.

████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████████
██████████████ ████ ████████████████████████████████████████████████
████████████████████████████████████████ ███ ██████████████████████
████████████████████████████████████████████████████████████████████
██████████

I can't even begin to imagine and I refuse to think of what would happen to ▮▮▮▮ if he would be separated from his father once again.

Honorable judge I am reaching out to you and begging you please to consider all that I have shared about Dov, I truly love him from the bottom of my heart and I wish that he can come home to reunite with his children, with his wife. I feel in my heart that he is so worthy to be happy again with his family at home and that the next time he will be in tears, it will be of happiness and freedom.

Yours faithfully,

Hana Ellencweig

A-28

████████████████
1234 Vessy
Switzerland
12.07.2021


The Honorable Victor Marrero
United States District Court, Southern District of New York
Daniel Patrick Moyniham US Courthouse
500 Pearl Street, New York NY


Your Honor,

Thank you for taking the time to read this letter. A short introduction: My name is
Donna Adiri, I am the Executive Producer of the Geneva International Jewish Film
Festival (GIJFF). I was born and raised in New York and have been living in Geneva,
Switzerland since 2006.

In 2011, I was part of the founding team of the Geneva International Jewish Film
Festival (GIJFF). The GIJFF is a not-for-profit charitable organization in Geneva. Our
mission is to bring films that share stories of Jewish life and culture through film to
Switzerland. We do this through our annual festival which has been taking place for
the past 11 years. One of the main events of the festival is a Holocaust Education
program. This educational program brings together over 600 students each year. We
create pedagogical documents that are designed to support teachers educating
about the Holocaust through film. Our aim with this resource is to encourage
dialogue and historical analysis. The goal of this program is to encourage young
people to speak out against prejudice, genocide, and racism globally.

As the producer of the GIJFF, my job is to raise the funds to enable this event to
take place. I met Dov and approached him to become a sponsor of the GIJFF, and
he was very keen to be involved and pledged his commitment to financially support
the festival. His support has a great impact on the festival and the important work of
the GIJFF both culturally and educationally. His generosity and humbleness towards
the GIJFF were remarkable. When we gave sponsors special tickets for our events
and Dov was unable to attend he generously donated his tickets so that others could
enjoy it instead.

In my conversations with Dov and our emails, it was evident that Dov wanted to do
good in the community. He was truly someone who wanted to make a difference
and give back. It was beating in his heart. It was during this time that I also came to
know Dov on a more personal basis and his family. He is kind, generous, and loved
spending time with his loved ones. I could sense that family is everything to him.

As a mother of 3 children, I can't imagine how hard it would be to be apart from his small children and wife. Kindness, caring, and giving are characteristics that shine through Dov. I hope that this letter and I imagine one of many, will show that he is special and more than anything deserves a second chance- to be with his family. And the generosity, good-will and selflessness he has shown will come back to him when he needs it most.

Thank you

With my best regards,

*Donna Adiri*

Donna Adiri

# A-29

The Honorable Victor Marrero

U.S. District Court for the Southern District of New York

United States Courthouse, 500 Pearl St.

New York, NY 10007-1312, USA


Otto Engeli
Lugano, Switzerland
July 28th, 2021


Dear Judge Marrero,

I am the father-in-law of Dov Malnik, the father of Celine Engeli, and the grandfather of their children, ████ and ███ . I live in Lugano, the Italian part of Switzerland but I grew up just outside Zurich in the German speaking part. I have met Dov about 12 years ago when Celine told us she had someone very special for us to meet. We have all liked Dov very much since the very beginning.

Dov is very caring and compassionate towards Celine and the children, his family in Israel, and Celine's family in Switzerland. This has always been something very important to me and dear to my heart that the partner of my daughter is strongly committed to family values. Dov has never disappointed. I fondly remember the time when I was moving flat in Lugano and Dov came to help out. Although it was at the beginning of their relationship, he immediately volunteered to drive across the entire Switzerland to support me in my move. At that point of my life, I had decided to downsize flat-wise and this move has been for this reason quite epic. Dov tirelessly helped me with the move without a word of complaint or criticism. And throughout all these years, no matter where he lived and where he was, he always respected me, phoned me in many occasions, and was so nice.

Dov has relentlessly demonstrated his ethics,values, and his love for his family, my beloved daughter and the wonderful grandchildren. ████ is 4 and and half, ███ will turn 2 in a few days. They grew up very happy children. They have the exact same smile as Dov. It is a contagious smile. Now that I am growing old, the smile of my grandchildren are the sun in my life. I visit my grandchildren once a week now and I spend the night at their house to try to help them in this period. I have seen my grandchildren getting very sad from the absence of their father. They talk about Dov all the time. As a grandfather I am doing all what I can to support ███ and ████ in these very challenging times for them but I know very well that despite all my efforts, I am only their grandfather, I am not Dov.

████████████████████████████████████████████
████████████████████████████████████████████

I understand justice has to take place. I am speaking from my heart as a grandfather. Life has not prepared these children to go through a situation when they cannot see or even speak to their father because they live in Switzerland where my daughter has her job as a Mathematics teacher and their father locked up in America. I am 75-year old and life has not prepared me for this situation either. ████████████████████████████████████

I am still not sure I know the words to help them go through the isolation from their father. Prison is always hard on the children and the wife. But here, the condition where Dov was held were so extreme and had almost no contact with the children. And in addition, there is the distance between Switzerland and America that creates such an isolation for my grandchildren even now. Some days I wonder whether there are any words to describe the situation and to help these little kids. I am at loss.

Sincerely

Otto Engeli

**A-30**

July 18th, 2021

The Honorable Victor Marrero

United States District Court, Southern District of New York,

Daniel Patrick Moyniham US Courthouse

500 Pearl Street, New York, NY

Your Honor,

**<u>Re: Mr. Dov Malnik</u>**

My name is Moti Polak, I live in Tel Aviv, Israel with my wife, Elinor and three kids, █████ ██████. I have known Dov practically my whole life (he was born three weeks after I was). Our mothers are sisters, and coming from a small family, we spent most of our childhood together.

Family has always come first for Dov. He is a dedicated husband to Celine and a doting and proud father of ████ and ███. A devoted son to my aunt Larisa and uncle Yaakov and a caring big brother to Ariel and Dani. Although Dov's schedule was always busy, he always made sure to make time for our family gatherings, birthday celebrations and holidays.

When my wife was in labour and then rushed to emergency caesarean surgery with our twins, there was a two hour wait, during which Dov called me every few minutes making sure that everything was alright.

When we marked the 10th year anniversary of our grandmother's death, Dov, who was deeply connected to her, was the one to organize us all together and make sure that we did something more than just visit her grave. He coordinated with everyone and we all gathered together at our apartment, where he spoke in a very touching way and played for us all a recording of her playing the piano and singing along. Not a dry eye was left in the room.

Sadly when my father passed away this April, due to the circumstances, Dov could not attend the funeral nor the Shiva (the week-long mourning period in Judaism). Dov's presence was greatly missed and I know how difficult it was for him not to be there for us, not to get the chance to say goodbye. Dov's parents showed us a letter that he wrote to them while he was incarcerated in Switzerland, writing to me and my sister Bela. It was apparent that he was in so much pain.

I miss my cousin and hope that I was able to convey to you what a family man Dov is and what an integral part of our family he is, and that you will be able to see this side of Dov, when considering his sentencing.

With respect,

Moti Polak

**A-31**

The Honorable Victor Marrero,

United States District Court, Southern District of New York,

Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York,

NY 10007-1312


I have known Dov since we were nine years old. We grew up together and used to swim together. Our acquaintance spans over a period of thirty years, whether at times with very frequent contact, or other times being in touch every few months, yet always still in touch.

Eight years ago, ████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████


Dov, who back then didn't live in Israel, was in touch with me, and without any shadow of a doubt or further thought, insisted to pay for my mother's test, as well as for the rest of the treatment, and kindly assured me that we will resolve this situation. Unfortunately, our hope and dream was interrupted, ████████████████████████████████

██████████████

I want to emphasize that despite my mother's condition being ██████████ Dov was willing to try everything even though the chances were slim - because this was the nature of his character.

The meaning of the word 'Dov' in Hebrew is the animal bear. To me, Dov is our "protective bear".

I truly and sincerely request on behalf of my family, and on behalf of my mother, that you take this testimony into deep consideration before the court decision.

 Kindly Regards,

Shlomit Segman Magidovich, PhD

# A-32

  

הכשרת שליחים, מחנכים ורבנים לתפוצות

July 19, 2021

The Honorable Victor Marrero
United States District Court

Dear Judge Marrero,

Thank you for your time and for giving me the opportunity to present my submission to you.

My name is Eliahu Birnbaum and I serve as a Religious Court Judge in Israel, while also heading the Straus-Amiel Institute which trains rabbis and educators for community leadership positions throughout the world. I have in the past served as a community rabbi in Turin, Italy, and also as the Chief Rabbi in Uruguay. It is in this capacity as a community rabbi that I first encountered Dov Malnik seven years ago. While the relationship started as a purely professional rabbi-congregant relationship, it has developed over time into a true friendship. During this time, I have had the opportunity to get to know Dov and his family well, and it is with this deep knowledge and friendship with Dov in mind that I humbly submit my petition to your Honor.

I personally oversaw the conversion process to Judaism of Dov's wife, Celine, and had the pleasure to officiate at their wedding ceremony which took place in my home in Israel.

Dov is intelligent and principled, a family man and good friend. He is responsible and sensitive to his family, friends and wider surroundings. The connection between Dov and Celine is more than just that of a husband and wife; it is filled with love and respect, and they are not only a happily married couple, but also the best of friends and confidantes. Dov is a caring father and is actively involved in all aspects of his children's lives, from the more mundane day-to-day affairs to ensuring that his children receive the best education possible, all in keeping with the values and ethos that he is dedicating to passing on. It's hard to describe the toll that this past year has taken on Dov and his family, in particular the physical distance between them and the inability to meet in person.

Beyond his care and dedication to his family, Dov is a good friend to many, looking out for them, and always ready to assist in any way he can, providing them with everything they may need, be it physical or emotional support. I have seen firsthand his kind-hearted nature in action, supporting individuals, families and institutions that needed external help. Whatever he gives, he always does so wholeheartedly, gladly and with a ready smile, providing not only much needed assistance, but more importantly, a sense that the other is the most important thing in Dov's life at the moment.

I have no doubt that these characteristics and values will hold Dov in good stead throughout his life, and that they will be imparted to his son and daughter.

I am happy to provide further details as needed.

Sincerely,

Rabbi Eliahu Birnbaum
Religious Court Judge, Jerusalem Israel
Director, Straus-Amiel Institute

---

E-mail: rabanim@ots.org.il ▪ www.otsamiel.org.il ▪ 02-588-0908 :פקס, 02-588-0910 :משרד ▪ 90435 ,אפרת, 1037 ת״ד

**A-33**

July 5th, 2021

The Honorable Victor Marrero

United States District Court, Southern District of New York

500 Pearl Street

New York , NY 10007

Subject: Dov Malnik

Your Honor,

My father, Yitzhak Malnik, and Ephraim Malnik, Dov's grandfather, were brothers born at the beginning of the last century in the city of Kaunas in Lithuania.

In 1914, during World War I, violent riots against Jews began, in which large part of their family was murdered and in 1929 they parted ways when my father fled to Argentina. A few years later, the entire Malnik family was taken to the Kaunas ghetto, where Ephraim's ████████████████████████ and he was left alone in the world. After the war, he met Haya Bloomberg, and the two had their only child, Yacov, Dov's father. For many years they lived in under economic austerity on the verge of starvation until the gates of the Soviet Union opened in 1973 and they were allowed to immigrate to Israel where the two brothers finally reunited after 44 years. They did not separate until the day they died.

Yacov had 3 children, the eldest, Dov, was born in 1978. From his earliest days, Dov was a unique child. Dov has always been kind, educated and loved by the whole family, and throughout the years, even when he became an adult, he made sure to keep in touch and checked on my health.

In 2013 ████████████████████████████████████████ ████████████████████████ The process was very difficult, performed for the first time ever in Israel by a world renowned Korean surgeon, and required sums of money that were above my ability to pay. Dov constantly monitored my condition and when I could no longer communicate with the environment, Dov kept in touch with me with the help of his father. Dov understood my situation, and without hesitation provided me with financial assistance just in time, assistance that saved my life.

When Dov and Celine had their ceremony, I informed him that a I would not be able to attend due to the distance and logistical difficulty. Dov once again showed his extraordinary sensitivity and arranged everything so I could be there. I remember Dov introducing Celine to me, and afterward taking me aside and telling me that the reason he loves her so much is because he see in her eyes the kindness that he has always seen in his parents' eyes. This is what matters to Dov.

Sadly, Yacov, Dov's father, ███████████████████ last year and has been going through ██████████. Dov was always by his father's side, providing critical support through his health problems. I see how Yacov's condition is related to Dov's situation, and worsened due to Dov's long incarceration and I pray to see Dov back in his natural place, helping his father and does what he knows best — simply to give from the heart.

Dov is a very sensitive person, loved by the family and known for his generosity. Like his parents Yacov and Larissa, Dov is a unifying factor and a supportive pillar in our family. Dov's ability to recognize a person in need and sensitivity to others is unique and we are feeling his missing presence.

I hope that this submission will be considered by your honor, to allow our dear "Dovale" to come back to us.


Sincerely yours,

*Nechama Kalai*

Nechama Kalai



Kibutz Beit Keshet, Israel

July 4th 2021

The Honorable Victor Marrero, United States District Court, Southern District of New York
Daniel Patrick Moynihan US Courthouse, 500 Pearl street, New York, NY

אבי יצחק מלניק ואפרייים מלניק , סבו של דב היו אחים שנולדו בתחילת המאה הקודמת בעיר קובנה שבליטא

בשנת 1914 בזמן מלחמת העולם הראשונה התחילו בליטא ר דיפות של יהודים שבהן נרצחו חלק גדול מבני משפחתם של אבי ואחיו אפרים. בשנת1929 נפרדו דרכיהם של האחים כאשר אבי נמלט לארגנט ינה , ואפרים אחיו נשאר בליטא לסייע למשפחה. כעבור מספר שנים נצצח כל משפחת מלניק ונלקחו לגטו קובנה ████████ של אפריים הוא נותר לבדו בעולם. עם תום המלחמה, התחתן אפריים בשנית ונולד לו יעקבבנו היחיד , ואביו של דב. במשך שנים רבות חיו בליטא בצמאם כלכלי על סף רעב עד שנפתחו שערי ברית המועצות בשנת1973 והם הורשו לעלות לארץ ישראל ב זה התאחדו שוב אבי יצחק ואחיו ולא נפרדו עד יום מותם

ליעקב בנו של אפריים נולדו 3ילדים כשהבכור בינהם, דב נולד בשנת 1978. מימיו הראשונים היה דב ילד מיוחד במינו. דב תמיד היה ילד נעים, מחונך ואהוב על כל המשפחה ובמשך כל השנים גם כשהפך לנע ר בוגר דאג לשמור על קשר ולוודא תמיד שבריאותי טובה

בשנת 2013 ████████
התהליך היה קשה מאוד, והניתוח נעשה לראשונה בישראל על ידי מנתח קוראני בעל שם עולמי ודרשו סכומי כסף שהיו מעל יכולתי לשלם. דב עקב כל העת אחרי מצבי ולכשלא יכלתי יותר לתקשר עם הסביבה, שמר איתי דב על קשר בעזרת אביו. דב הבין את מצבי , וללא היסוס הגיש לי סיוע כלכלי בדיוק בזמן, סיוע שהצ יל את חיי

כשהתחתן דב עם סלין, הודעתי לו שלמחרת אתכבד אליו, לא אוכל להגיע מפאת המרחק והקושי הלוגיסטי. דב שוב הראה את רגישותו יוצאת הדופן והושיט לי עזרה שבזכותה יכולתי להשתתף . אני זוכרת כאשר דב הציג לי את סלין איך רך הוא לקח אותי הציזה וסיפר לי שהסיבה שבגללה הוא אוהב את סלין היא הטוב לב שנשק ף מעיניה שמזכיר לו את טוב לבם של הוריו.

לצערינו, לפני כשנה ████████ ████████ ומאז עובר הוא ימים קשים מאוד. דב תמיד עזר לאביו וסמך לו תמיכה קריטית ████████ אני מרגישה שמצבו של יעקב ניקשר למצבו של דב וההמר בעקבות המאסר, והייתי רוצה מאוד לראות את דב במקומו הטבעי שבו הוא מסייע לאביו ועושה את מה שהוא יודע לעשות הכי טוב זה- פשוט לתת מהלב.

לסיום אומר שדב הוא אדם רגיש מאוד, אהוב על המשפחה וידוע בנדיבות ליבו. כמו הורי יעקב ורירסה, דב מהווה גורם מאחד ועמוד תומך במשפחתינו. יכולתו של דב להבחין באדם הזקוק לעזרה ורגישותו לזולת מיוחדת במינה וזה זמן רב שאנו מרגישים בחסרונו

אני מקווה מאוד שחוות דעתי זו תילקח בחשבון ותניתן לחבלה היקר שלנו שוב היכולת להיות בקרבתינו.

תודה מראש.

*Nechama Kalai*

דודה נחמה קלעי

קבוץ בית קשת

**A-34**

**July 24, 2021**
**The Honorable Victor Marrero,**
**United States District Court, Southern District of New York**
**Daniel Patrick Moyniham US Courthouse, 500 Pearl street, New York, NY**

Dear Judge Marrero,

I appreciate the opportunity to share my view and honest opinion of Dov Malnik, a close friend of mine. I have no doubt that you will receive countless letters speaking about Dov's kindness, generosity, fatherhood and strong friendships, but as one of his close friends, I wish to share with you my perspective of who is Dov.

My name is Gil Cohen, married and father of 3. I live in Geneva, Switzerland and working for more than 20 years in different high-tech companies and for the last 4 years I work for a company called OpenLegacy as a EMEA General Manager. I know Dov since my first days in Geneva. We met accidently in 2006 when he overheard my wife and I speaking in Hebrew in a shop and reached out to say hello.  After our first meeting we stayed in touch and very soon realized that we have a lot in common and became close friends. At the beginning we used to meet for lunch or around some activity (mainly sport), but we always stayed to talk and had good open conversation about life, work, family, etc. Dov and I were both high level athletes, him in swimming and I in tennis, we both studied in the US on athletic scholarship which was quite unique at the time, so the connection was quick. We always joke that it doesn't matter what is the sport, we will find a way to compete, its who we are.

For long time and still today I use Dov as a sounding board and as someone I trust to consult with and get an honest and smart opinion. Dov has the unique skill of listening and being very open and honest when you speak with him. This is one of the reasons he has such a large circle of friends and people that love him. Dov is someone that I can fully trust, I know that he always has my best interests at heart. Dov is like a family member for us, my kids love him. They always ask that we go together and do fun stuff whenever he comes to the city. As families, we have done number of trips and vacations together.

An examples that I would like to bring to your attention is what Dov did to help a friend of ours. My wife and I were good friends with a couple that their daughter went to the same kindergarten as our son. Dov had the chance to meet Judy (the mother of that girl) as she created a new business of healthy juices and Dov was one of her first clients, mainly to support the business she just created. ███████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████ This is just one testimony
(out of many) of Dov's generosity and modesty.

I also got to see Dov as a family man and a father. ████████████████████████
████████████████████████

██████████████████████████████████████████████████████. One example that jumps to my mind is a trip that we took together with our families just before COVID-19 arrived. We went for a beautiful area in the mountains. My kids are from ages 6 to 13 so they can already handle longer hikes. Dov's son ████ was around 3 years old, was too tired very quickly to continue the hike. ██████████████████████████████████████ ██████████████████████████████████████████████████████ from the side gave me the opportunity to see how much his son looks up to him and how close they are. At the end Dov, with an injured shoulder, agreed to carry ████ on his shoulders for a bit so ████ can rest and then complete the hike with all of us.

I am sure your honor that you will read a lot about Dov's kindness and the sort of person he is. With this unfortunate event, I was quite amazed to see how many people Dov impacted in his life. How many people he helped, supported (not just financially) to make sure that they go through their life challenges. Dov has a big heart. His success never changed who he is, how he cares about the people around him and he always remains loyal to his values and never forgot what is important in life.

To me Dov is like a brother, I am sure that he is going through a tough time, but he also has a chance to see how important he is for a lot of his friends and family.

As one of Dov's closest friends, I have seen him going through this traumatic phase of his life. During the past year in prison we have exchanged letters with him on a weekly basis and it was very hard to read the pain that he was going through. Not being able to see or talk to him was a shock to all of his friends and of course mainly on his family. The fact that he had to spend more than 8 months in jail in really unreasonable conditions, is something that I could not think is possible in our world. Having said that, I can promise you that Dov had a chance to self-reflect on his actions and he regrets deeply for what he did. It separated him from his love ones, damaged his reputation, and it contradict all the values and principles that he always believed in and that his parents fought hard to teach him.

His young family Celine, ████ and ████ have already suffered tremendously from his sudden disappearance and complete lack of contact. Dov is extremely disappointed of himself for having caused so much pain and worries for his loved ones, disappointment for his parents and brothers, but as he told me recently - he can't go back in time and change his actions, he can only make sure to learn and make up for his mistakes. All we can ask for, your Honor, is that you see the full picture of who he is and give a second chance to recover his life without any further damage and pain.

Your Honor, I thank you again for the time you will take to read this letter.

Yours sincerely,

Gil Cohen

**A-35**

July 9, 2021
Ehud Dekter

Nes-Ziona, Israel

To: *The Honorable Victor Marrero*
United States District Court,
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, New York, NY 1007-1312

Dear Judge Marrero,

My name is Ehud Dekter, I live in Nes-Ziona, Israel, married and a father to three beautiful girls. I have known Dov for nearly 30 years as we both were swimmers on the Israeli National team from age 14 to 26 and as such we shared so many moments and experiences together. Therefore, I believe with the time I spent with Dov and knowing his personality, kindness, and his big heart, I can attest to who Dov is and what makes him such an important person for so many people.

Everyone knows Dov to be the one who always helps others, gives advice or simply doing good gestures. It's really a second nature to him. There is nothing awaiting for him in return, it is unconditional and it is always with a smile and him undermining the importance of the act. I remember when dov was one of the first swimmers in Israel to get a scholarship to a U.S. university, he got in to the University of Minnesota, and helped me to decide that this should also be my path in getting to the U.S. and swim in the highest levels while earning education in the best schools in the world. Dov guided me and assisted me closely with the process of sending applications to tier 1 swimming programs, helped me prepare for the SAT test and choose between the two Big 10 schools that offered me a scholarship. Dov's advice landed me at Purdue University where I graduated with a B.Sc. in Economics and even today 20 years after, I deeply appreciate that advice, since Purdue was the right place for me and Dov had the right instincts in guiding me.

Given that we were both swimming at the same conference and relatively close geographically, we were there for each other like family while our biological families were an ocean away. We would spend almost every holiday or break together either in Minnesota or Purdue. These times together helped us stay strong mentally especially being alone in a foreign country in a very demanding academic and athletic regime. I truly believe that without Dov's support, there is a probability I would have quit school during my sophomore year. In that year, which was difficult for me, I spent Thanksgiving with Dov at Minnesota and in that weekend he reminded me how strong we are and that he will always be there for me. He helped me get over the difficult times just by being himself and encouraging me to continue to work hard both in class and in swimming. He gave me a viewpoint of life and his ambition fueled mine and helped me succeed.

Later on, when we both graduated, we shared an apartment in Tel Aviv where I saw how Dov started his career as a junior trader in CIBC and once again he was a role model for me with the long hours he spent in such a demanding job. And as always, Dov helped me again in finding my next position where I will be able to fulfill my skills as he knew I wasn't happy at my job. During the time we lived together, he also

invited another younger friend to live with us for free, just since Dov knew he needed our help for a few months.

I met my wife when Dov already relocated to Switzerland, but he got to know her and has been a great friend to her as well. Prior to our wedding we came to visit Dov few times and used to stay at his apartment. He always accommodate us without any excuses or asking anything in return. In one of our trips to Switzerland, his family (parents, brothers, and Celine – his girlfriend at the time) were also there and Dov invited us to join them so we all went up to the mountains for a vacation. Dov took care of my wife and me as if we were family members which was really important to me as I didn't want my wife to feel like an outsider. Dov has a truly welcoming heart and he loves having family, friends over and bringing people together. The true warm heart and smile Dov has is making friends to want to be around him as he sees everyone for who they are.

During the years, I also got to know Celine very well. It was a great story to see how Dov is evolving to the family person he became through his relationship with Celine and afterwards with their two adorable kids. Dov showed Celine all the love in the world in order to win her love and once that magic happened, he never stopped taking care of her. Since Celine is coming from a completely different background, Dov always made sure she will feel comfortable everywhere they go. We met every time they came for a visit, and it was noticeable how he is taking care of her and showing her the beauty of close family and being surrounded by a very close group of friends. Dov is the common factor for many of our friends, the glue in our group. I believe this is one of the reasons Celine fell in love with Dov - because of the warm, loving, family man that he is and the ability to bring so many people around him together.

In the last year when Dov was in prison, I missed talking to him, hearing him speak about ▓▓▓ and ▓▓▓ who I know he miss so much. I can't even imagine how hard it has been on him to miss the daily moments we all share with our children at this gentle age and the many "firsts" of his baby ▓▓▓. These moments he missed, that we as parents are taking for granted, also made me cherish them deeply as they are going in a blink of an eye. Dov is the keystone of this young family, and they need him greatly. all those moments he missed will never be returned, not to him and more importantly not to his children, in this year they will not have pictures with their dad or good memories, a year is such a long time for children at age four and two and it brings me to tears to think about it.

Of course, I can continue writing more about Dov, but I truly hope that I was able to share with you who Dov is. He is a noble person and has always been beneficial to society and to those around him. Thinking of him completely separated from his wife and young children for so long is mind blowing. Adding the reputation damage, I believe Dov has been already greatly penalized and I know he learned from his mistake. I beg the court to show leniency and allow him to get back to his life after this catharsis. I am completely certain that Dov will prove by example that this leniency was well given.

Respectfully,

Ehud Dekter



# A-36

The Honorable Victor Marrero
United States District Court
Southern District of New York
Daniel Patrick Moyniham US Courthouse
500 Pearl Street, New York, NY

14/07/2021

Subject Matter: Dov Melink

Your Honor,

My name is Omer Izhaki, a 42-year-old male, married, and a father of two. I hold a Business Administration bachelor's degree from the IDC in Herzliya, Israel. I was also a former Israeli Olympian in judo and I currently coach the Israeli national judo team.

I first met Dov when I was 15 at the talent development sports academy in Wingate Institute in Israel. At the time we were not that close, as I was younger than him, and we were from different sports (he was a swimmer, and I was a judoka). During the preparation for the Sidney Olympics campaign (Feb 2000) I injured my shoulder and had an operation, which unfortunately resulted in my failure to compete in the Olympics. ███████████████ and as I did not have a real job (I was full time training in judo). I ended up broke and with difficulty in finding living accommodations.

During that difficult time period, I surprisingly received a call from Dov Malnik, who offered me to stay at his place, just like that, for unlimited time. It is important to mention that at the time Dov was trying to pursue his dream to qualify for the Sydney Olympics as a swimmer. Dov, who lived in a 25 meter/square apartment and lived off his savings (he did not have any sponsors to support him). It ended up that I packed my belongings and moved to live with Dov.

I can assure with certainty that Dov saved me from living in the streets. He also gave me the opportunity to rehabilitate from my injury and to continue to pursue my Olympic dream. Without Dov, I could not make it! That was an example of a sensitive human with a heart of gold, who always helped others when they were in times of trouble.

Please feel free to contact me for further information,

Respectfully,

Omer Izhaki

# A-37

Geneve, 13th of July, 2021

**The Honorable Victor Marrero**
**United States District Court, Southern District of New**
**York, Daniel Patrick Moynihan US Courthouse**
**500 Pearl Street, New York, NY**

Dear Judge Marrero,

I know Dov Malnik for 3 years, and the nature of our relationship is professional. I am a kindergarden teacher in the Gan Yeladim school of the CIG in Geneva, and of Dov's son ██████ ████ during the year 2019-2020.

██████████████████████████████████████████████████████████

I truly hope that Dov will be allowed to return and support ████ as well as his daughter ████ whom I will be teaching in my class comes September.

Please accept honorable judge, my deepest greetings,

Yaffa Acher

Gan Yeladim Kids garden

Route de Veyrier 206, Veyrier, Switzerland

+41766163803

Genève, Le 13 Juillet, 2021

**L'honorable Victor Marrero**
**Tribunal de district des États-Unis, District Sud de New York,**
**Palais de justice des États-Unis Daniel Patrick Moynihan**
**500 Pearl Street, New York, NY**

Cher juge Marrero,

Je connais Dov Malnik depuis 3 ans, et la nature de notre relation est professionnelle. Je suis enseignante de maternelle à l'école Gan Yeladim du CIG à Genève, et du fils de Dov, Natan Manik, durant l'année 2019-2020.



et à soutenir Natan ainsi que sa fille Noa, à qui va etre dans ma classe en septembr.

Veuillez accepter, honorable juge mes meilleures salutations,

Yaffa Acher

Jardin d'enfants - Gan Yeladim

Veyrier, Suisse

A-38

France, August 1, 2021

The Honorable Victor Marrero

United States District Court, Southern District of New York

Daniel Patrick Moynihan U.S. Courthouse

500 Pearl Street, New York, NY 10007

Dear Judge Marrero,

I am writing this letter on behalf of Dov Malnik in connection with his upcoming sentencing. My name is Igael Suraqui. For nearly 5 years, I served as the emissary of Keren Hayesod-UIA (United Israel Appeal) in Geneva. Keren Hayesod is an official fundraising organization for Israel with branches in 45 countries. Its work is carried out, in accordance with Israeli law, granting the organization a unique fundraising status to further the national priorities of the State of Israel. It is a registered corporation of the State of Israel.

As part of the fundraising activity in Geneva, Keren Hayesod holds annual Prestigious fundraising events with the participation of well-known public figures such as politicians and artists. In order to finance such fundraising events, Keren Hayesod receives support from various sponsors and donors, usually in exchange for adding their name on the invitation of the event and sometimes also being invited to the VIP cocktail before the event, in the presence of the major donors.

I met Dov when I moved to Genev, and I remember that I quickly noticed that Dov is a kind and modest person, and seemed always willing to help. With the time we also became friends and I got to know his family as well. Dov was very helpful to me and my family when we landed in Geneva and was one of those who made us feel at home.

During my first year, we at KH have approached Dov asking him if he can help us finance part of an event that wes organized by the young branch of KH with a famous Israeli singer. The purpose of this kind of events is to support one of the youths at risk villages in Israel. Without hesitation Dov immediately said yes. He was also supporting similar events later on, even if he was not even in Geneva for the yearly events on some of them.

For me it is important to mention that Dov refused every time to add his name on the invitation (this is not something common), he told me that there is no need for that and that he do it for the youth at risk village benefit and not for self-promotion. In fact, even when offered free invitation, he was happy to donate his invitations to others. This example showed me how Dov is someone who want to in a genuine way. My feeling was that he really understands and sees great importance in some of the

causes we looked at, for example in supporting youth at risk, and he recognizes that these young people have no chance for a better future without this type of support.

I know Dov for many years and I know his family. They are good people. Dov is someone who you will be proud to call your friend. He has contributed so much to the community without seeking any recognition. I hope that in sentencing you will take into consideration Dov's good characters, humbleness and the good he has done throughout his life to those in need.

With respect,

Igael Suraqui

A-39

7th of August, 2021

To the Honorable Victor Marrero,
United States District Court, Southern District of New York,
Daniel Patrick Moynihan United States Courthouse,
500 Pearl Street, New York, NY 10007-1312

Dear judge Marrero,

I submit this letter on behalf of Dov Malnik in connection with his sentencing.

My name is Roi Raz, I work as a healthcare analyst for AtonRa partners, a Geneva-based management firm with $1.5Bn assets under management. In the capacity of my role and analyze and lead investments in areas related to new therapeutic solutions for highly unmet medical needs.

Dov was one of the first friends I made when I arrived to Geneva almost 10 years ago, and he has been an important part of my life ever since. He has opened his life, friendships and network which was instrumental to my integration. Dov became a close friend and a person of confidence, with whom I could discuss important personal matters and from whom I always enjoyed having a professional advice. Arriving to a new city on my own, Dov was an integral part of helping me make Geneva my new home.

Dov is an emotional and sensitive person (perhaps much more than he lets people see), he is also one of the most caring and generous people that I have ever met. In a personal capacity he is always available and attentive to his surroundings, and financially speaking, have been donating and contributing to organizations and causes I was involved in (a fact I learnt only after the matters and never from him). Dov was always available and there for me in the most meaningful moments of my life; when my first son was born, he and Celine were the first to visit us in the hospital, and it is with them we chose to first announce this occasion when my wife was pregnant.

During this past year in which Dov was absent being locked in prison, it was heartwarming (although perhaps not surprising) to see people constantly calling me to ask about his wellbeing, people who care profoundly about him. Dov has touch the lives of so many people from diverse background. From boat repair mechanics to heads of banks, people that were aware of our close friendship often confided with me on how they appreciated interacting with Dov, his openness and kindness touched and connected him to so many individuals in his surrounding who were just waiting and willing to be there for him and his close ones during these tough moments.

But most of all, Dov is family man like not many people that I know, and a father every kid would want to have; his amount of patience, dedication and connection to his kids is inspiring. █████████ █████████████████████ There was never any doubt on the place of family in Dov's life. From his parents, brothers wife and kids, all of whom I frequently met, his presence is so centric to each and all of these relationships.

I ask you honorable judge Marrero to show compassion to Dov during his sentencing. There is no doubt in my mind that society and family could only benefit from his re integration. We can't wait.

Respectfully,

Roi Raz

████████████████ Geneva, Switzerland

**A-40**

**The Honorable Victor Marrero**

**United States District Court, Southern District of New York,**

**Daniel Patrick Moynihan US Courthouse**

**500 Pearl Street, New York, NY**

London, UK, July 14, 2021

Your Honor,

My name is Roni Rosenheimer. I am 41 years old, married and mother of three young children. I divide my time between my family, work as a partner in a private equity firm, and as an associate in a New York-based global organization, which works with leaders to create a more equitable world and a regenerative future for all.

Dov and I have been close friends for eight years now. There is an abundant amount of positive energy that one can feel when interacting with Dov. I felt that when we first met through mutual friends and from there on we have developed our friendship. During this time we each got married, we each became a parent, and in parallel continued to build our respective careers. Through this path alongside one another, which included deep, open hearted conversations, I got to know Dov, his values and his belief system. I know, above all else, that Dov is a good person.

When talking to Dov he is always present, with full attention and care. He is interested and genuine. He is open to share his thoughts and feelings and equally he is there to listen and to learn. He is kind and respectful. He has a big and generous heart. And with all the drive and success that he has achieved in his life, he has humility. Not just from what he has been through this year, but an innate one that has been there all along.

Dov's nature is that of love to others, respect, generosity, honesty, curiosity about the world and about people. He genuinely enjoys helping others. I know that Dov wishes to be a proud citizen of his community. He has an inner compass which guides him and makes him gravitate to the good. If he has slipped, it is out of character.

Dov is a family man. His family is everything to him. ███████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████ They were each other's backbone. They are today. I write here as a mother to a son who is Natan's age and to a daughter who is similar in age to Dov's young daughter, ████. ███████████████████████████
████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████

Dov is also a deeply reflective person. I work with leaders particularly on reflection and moving forward and making an intentional shift in life – Dov has gone through this path this year. I know full heartedly that if there were any lessons to be learned, any place during these horrid eight months of

the arrest to think about life choices and his role in society, I know Dov has gotten to the bottom of it in the most meaningful way.

I hope with all my heart that Dov returns home as soon as possible.  This will tremendously help in the healing process for his two young children and for Celine.

With my gratitude for reading my letter and wishes for your consideration for leniency for my dear friend.


Yours Sincerely,


Roni Rosenheimer

London, United Kingdom

**A-41**

07.11.2021

The Honorable Victor Marrero

United States District Court, Southern District of New York

Daniel Patrick Moynihan US Courthouse

500 Pearl Street, New York, NY

Your Honor,

My name is Jonathan (Yoni) Ben Zeev and I have been a good friend of Dov Malnik since childhood. Dov and I met each other during the 90's. We were both professional athletes - me in the field of wind surfing and Dov in swimming and we were both training at the Institute for Excellence in Sports during those years.

During our time as athletes, I have witness Dov's hard work and he was known as someone who never cuts corners, always takes training very seriously and fully invested in everything he does. Aside from sport, he was always a very positive person, someone you want to be around and know you can lean on in any need.

My relationship with Dov went further to our time in military service, of which I gave up my athletic career in order to serve my country in a more meaningful way. I volunteered to serve in one of the top combative ELITE units in the IDF, were I served for more than 6 years and finished my service with honor as a Lieutenant. I continued to serve for many more years as a reservist in my unit and participated in many special ops and combats. Like me, Dov also joined the IDF, even though he was part of the Elite Sportsmanship Program and was not obligated to do a meaningful military service, but it was important for him to serve in the army and to contribute to his country. As part of his service, he was stationed in a support role for a combative paratroopers unit and insisted to contribute in night patrols and protecting his base, of course with full vest and armament as it was in a risk zone at the time. We used to talk about our responsibilities and experiences during the weekends when we had a break from the service and since then we have maintained a strong relationship. Our families and children have gotten to know each other, and we are close with Dov's wife, Celine and his young children, ███████ and ███.

As part of my military service, I have sadly lost friends in the field of combat. My unit wanted to commemorate their service with the creation of a memorial path and a plantation of a small forest in honor of their names. When I talked about it with Dov, he immediately asked to participate and contributed generously to it through my unit's foundation, which has allowed this commemoration to take place.

I know Dov to be an example family man and father and it hurts me the situation that he, his family and especially his young children are in now. Dov is a man of honor and a true friend. He is sensitive to his surroundings and is always willing to help and contribute to the community.

I remember when his son was born as a premature infant and he spent a lot of time at the Ichilov Hospital in Tel Aviv. There I introduced him to a doctor who was developing a solution for infants with tongue-tie condition. Dov met him multiple times and provided him with advice in building a business plan and strategy for a product with commercial use. He also contributed

financially to this research without any benefit to himself. Today there is a commercial product called The Liper Device (www.liper-device.com), sold all over the world and helps infants with tongue-tie issues. This is just another example of the man Dov is.

Dov is a true friend, someone who is always there for you when needed, and not only for family and friends, but he is there to support his community as well. I hope that this letter will stand as a true testament to his genuine character, and that your honor will consider the devastating time he has already served separated from his loved ones and allow him to return home.

Sincerely,

Yoni Ben Zeev

**A-42**

14/7/2021

The Honorable Victor Marrero
United States District Court, Southern District of New York,
Daniel Patrick Moynihan US Courthouse
500 Pearl Street, New York, NY

Your Honor,

In face of the difficult decision ahead, I want to share my perspective and perception of Dov as I got to know him, with hope to add some color around this extraordinary person.

My name is Roy Bar Tal, 46 years old, a family man and a proud father of two. For the last 16 years I'm working as a management consultant, specializing in change management, managers' development (training, facilitation and coaching) in global and local companies such as Omrix Biopharmaceuticals (J&J Co.), Palo Alto networks, Teva Pharmaceutical, Plarium, etc.

I have a B.A in behavioral sciences, M.A in organizational development and consulting, and a certification as groups facilitator from Tel Aviv university (a 2 years program).

I consider myself a good observer of character because this is the main skill I need in my line of work.

I know Dov for about ten years. He is the best friend of my best friend from childhood, whom I love and appreciate dearly. From the moment we met (Dov and I), we clicked! and our mutual best friend was a good enough reason for him to treat me like a brother. I would meet with him few times per year and during those visits, we  spent quality time together, be it around sports activities, nature or deep conversations.

Dov is above all a kind, loving and generous person. he has a unique positive energy that influences and sweeps everyone around him, while at the same time he remains attentive and caring for his many friends. He listens carefully and takes candid interest because he actually cares about the people around him. He is the kind of person who is always willing to go to great length and make an effort to support his friends when needed because he is a stand up guy. It's clear that I can call him in the middle of the night in times of need without hesitation and he will be there for me because that's who he is.

Whenever i visited, he invited me numerous times to be his guest, to use his car when he was there or away. Few years ago he invited me to join him and his family for a ski vacation in a small cabin he rented in the mountains. During my stay I had a chance to watch him closely functioning as a family man. It was a heart-warming experience. He is a kind and loving partner to Celine and an amazing father for Natan an Noa.

His presence in the house is pleasant and warm, it's clear he loves Celine dearly and she loves him back. He has a very special connection with his now 4 years old son Natan. The two are wrapped around each other. The child adores his loving father and Dov's eyes are drowned with love when he looks upon the boy. It seems that the time they spend together is magical for both.

Being such a positive influence on his family, it breaks my heart to think of this amazing, kind and loving man being away from his wife and two kids which are so young and vulnerable and need him now the most.

I don't know what happened, but I do know that Dov is a unique person and a positive influence in the life of everyone around him. Starting with his family who hurts his absence, his parents, siblings and friends who misses him dearly.

I hope this letter helps to shed some light on Dov. He is truly one of his kind and I personally feel fortunate to know him.

Thank you for your time,


Roy Bartal
Tel Aviv, Israel

**A-43**

July 16, 2021

To: The Honorable Victor Marrero

United States District Court,

Southern District of New York

Daniel Patrick Moynihan

United States Courthouse

500 Pearl Street, New York, NY 1007-1312

Your Honor,

I first met Dov through my boyfriend (now husband), Shilo. They were friends since childhood and were a tight knit group who met each other through competitive swimming. I took a liking to Dov from the start - he was always kind, positive and pleasant to be around.

When we met, Dov was already living and working in Geneva, but went to great lengths to visit his family and friends in Israel as often as he could - sometimes every couple of weeks. During his visits he would make a point to stay with his parents' small apartments instead of the hotel he got from his work, and to visit his brothers very often. I know he insisted on never missing a family gathering, and despite working very hard when visiting, he would always find time at the end of the day to call us, his friends, and insist we get together and catch up.

Dov would often consult with me about his relationship with Celine, his girlfriend at the time, and would often ask me for a female's point of view. I could tell from the way he spoke about her that he admires and loves her dearly. It was very important for Dov to start a family, and he knew Celine was the one he'd want to share his life with. I remember when they first met he told me neither of them could speak the other's language very well; Dov was just picking up his French and Celine hadn't had much practice in English. But they were very much in love from the start and found a way to communicate which supersedes spoken language.

It took a fairly long time for us to meet Celine, because Dov wanted her to get comfortable with his heritage and culture, and did not wish to bring her to visit Israel before she wished to do so. When we finally met her everyone was very happy and it was clear that she was an amazing woman and they made a great couple. Some time later we found out she was studying Hebrew, something she asked for to better know his roots and origin.

When they had ▮▮▮▮, their eldest son, I could see the very strong bond they all share and the limitless love and care Dov radiated around them. I became very close with Celine and was happy to see she was always there for him, supporting and encouraging him to be in Israel so their son could experience our country and connect to his roots (and of course see his grandparents). Because they come from two very different cultures - the "by the book", polite

Swiss and the cheeky, "chutzpah" Israeli - Dov was sometimes worried about Celine when they were in Israel, wanting her to enjoy and have a good experience. She did. I think the cultural difference makes for a very special bond between them, and testified to excellent communication and mutual understanding.

When Celine was pregnant with their second child, it turned out to be a girl. Dov was floating on air when he told us - his side of the family is all boys, and he was so happy thinking about raising a little baby girl and the joy it would bring to his parents. Thinking now that Dov was not able to be with her through most of her meaningful experiences in her short life, is absolutely devastating.

I think out of our friends' group of 5 families, Dov is the one that brings us all together. We occasionally meet one friend or the other, but Dov, when he is in Israel, is the one to call up everyone and set up a time and place for us all to meet, not taking "no" for an answer. Making sure the kids are all friends and giving us experiences to cherish. When we'd meet, Dov would often tell us with a tired smile about ████ insisting he'd come sleep with him in his kiddy-bed. Not only was the bed too small for both of them, but ████ would grope for him in the middle of the night to make sure he was still sleeping next to him. When I found out Dov was being detained, the memory of this tale was especially saddening, and I know how much little ████ has been effected by this.

It is clear Dov is a family man and I cannot imagine the hardships Celine and their children went through this past year. Your Honor, I implore you to take the above into consideration when deciding the verdict. I believe Dov, Celine and the kids have suffered a great deal in this crazy year, being isolated and torn from each other, from their families, friends and even neighbors as Dov was incarcerated and COVID-19 put everyone's life on hold.

Thank you.

Ella Ayalon

**A-44**

Guy & Tal Avneon,
Raanana, Israel

July 13, 2021

To The Honorable Victor Marrero,
United States district court,
Southern district of New York,
Daniel Patrick Moynihan US Courthouse,
500 Pearl Street,
New York, NY

Your Honor,

We got to know Dov Malnik about ten years ago when we moved to Geneva. We have
relocated to Geneva with 2 kids, trying to create for our family a new circle of friends. Soon
after, we met Dov.

From the first day, Dov was always kind, friendly and always trying to help, always cared about
us and our kids. He helped us with all aspects, from getting to know new friends, helping us
discover Geneva, from the smallest things such as where to do our shopping and which doctor
we should go to, to the major things around town. It was very easy to observe his qualities as a
person and we became friends and stayed closet even after we left Geneva. Having moved
already to new places in our careers, we know that few are the people that you keep as friends
after you move to a different city not to mention to a different country. Good people, good
friends are rare to find, and those you make sure to keep around you.

We had the opportunity to share many experiences and time together with Dov and with Celine.
While we were already parents to our 3 children, and before Dov became a father himself,
whenever he was in Geneva and visited us he always took the time to listen to our kids, play with
them and preparing himself for the next big mission of his life - being a dad. We remember
hosting some social events at our place, while most adults were just talking with each other or
looking for the buffet, Dov was paying attention to the kids, playing with them, being the
responsible adult that makes sure that no kid is endangering himself or others.

Having Dov as a friend and a guest at our house provided us with the opportunity to demonstrate
to our children how the core values of our life can bring you far. They learned thanks to Dov that
the kind, nice uncle that is playing with them at our yard - achieved a lot, thanks to being hard
working person.

As a son of new immigrants from Ex-Soviet Union that came to Israel with nothing but hope for
a better future, with hard work and dedication, Dov made it on his own. Always striving to be the
best he can, never giving up helped him to succeed in life. With hard work and ambition, Dov
strived to be the best he could, he won national piano competition as a kid and became a
professional swimmer that reached the highest levels of swimming.

After his first son, Nathan, was born, we finally saw Dov as a father and we saw the most loving, protective, dedicated Dad in the world. He took care of him, woke up at nights to change diapers and calm his with his nightmares and was a full time dad, even while working hard as he always did, and even when he was abroad in Hong Kong or in Israel. He was just a great Dad.
Being a family person was not only being a good father. We saw in many occasions how well he treated his parents - with love and respect, helping them and supporting them. Always there for his brothers as well, guiding them, protecting them, being the leader of the family.

For us, Dov is a friend, a good person and an example for some core values we truly believe in. We know how hard this process had been on him and especially the time he already served in Switzerland at horrible conditions. We hope and pray that his good character, his qualities and the big price Dov and his family already paid will be weighted in favorably while the honorable court is taking its decision.

With due respect,


Guy and Tal Avneon

**A-45**

Tel Aviv, ISRAEL

13th of July 2021

**To: The Honorable Victor Marrero**

**United States District Court, Southern District of New York,**

**Daniel Patrick Moynihan US Courthouse 500 Pearl Street,**

**New York, NY**

Dear Judge Marrero,

I truly hope that I can assist in any way to my good friend Dov Malnik by writing this letter to you and providing my point of view on the beautiful character of Dov and his impact on my life and other people around him.

My name is Eran Price, born on January 16th, 1976 in Israel, married with 3 children. I am a founder of Helping Minds, a company that provides online treatment to people that suffer from psychological disorders and I know Dov for almost 6 years.

I was first introduced to Dov when I went with some friends to an off road riding adventure tour, 6 years ago. First thing I noticed about him was his big smile and welcoming approach. Dov is the kind of person, you will always want to talk to, positive, smart, extremely helpful, pleasant and treating his surroundings with respect and patience.  We had spent several days together and it was as if we have met years ago.

I had the pleasure of meeting Dov afterwards from time to time when he came to visit Israel from Hong Kong, and it always been a pleasure. He is simply a person that gives everyone around him the feeling that he is there for them, and his positive energy is influencing his surroundings.

Dov also helped me establishing my career path. Three years ago, when I just had my first steps in the medical industry, he spent significant time with me to advise me on my possibilities, shared some of his huge knowledge, made valuable introductions to other companies and people that helped me and gave valuable advice.  I know that Dov treats that way to so many other entrepreneurs and that he is a valuable part of the Israeli high tech eco system.

I also know how much he cares and loves his family and what a devoted husband and father. I have witnessed it, and it was always touching to see how his eyes get moist when he starts talking about his children.

I hope my letter can help you understand that Dov has such an amazing impact on so many lives in Israel, and that your honor could consider that he has already suffered dearly from the consequences of his actions. I know he truly regret it.

With kind regards,

*Eran Price*

Eran Price

**A-46**

July 11th, 2021
**The Honorable Victor Marrero**
**United States District Court, Southern District of New York,**
**500 Pearl Street, New York, NY**

Your Honor,

I am writing this letter with the aim to shed some light on Dov Malnik, who is my second cousin, and with a hope for leniency in his sentencing. My name is Dr. Dori Kalai, I am 44 years old and I live in Norway with my wife and our three children.

91 years ago in Lithuania, our grandfathers, who were brothers, were separated ahead of War War II. They were thankfully reunited in Israel after 44 years, and after losing most of their family members in the Holocaust. The close relationship between Dov and myself has developed thanks to our parents who ensured that our family will remain united and always keep our grandparents' brave and caring heritage.

In our childhood, we both lived in Israel relatively far from each other -Dov in Rishon, a suburb of Tel Aviv, and me in a small Kibutz in northern Israel. Nevertheless, our families used to meet  often and hence Dov's presence was so meaningful to me. I remember how Dov used to teach me about life in the big city, and patiently listen to my struggles in the countryside. He used to teach me and encourage me just by leading by example - caring and helping others, particularly older people.

Our ways were somewhat split when I was deployed very far from Dov during my military service. I served in a special commando unit and was rarely home during these years. However, our parents arranged family meetings whenever possible so we always stayed connected. I remember how impressed I was when seeing what a person Dov became at the age of 21 when we finished our service. He used to explain to me things that no other person in our age was thinking about and in particularly with his family values.

Our ways separated again when Dov began his studies in the USA while I stayed in Israel, got married, and established my home in northern Israel. I will always remember how Dov came to visit me and my wife in our farm to introduced Celine, his girlfriend at the time, who thankfully became the mother of his two sweet children Natan and Noa. This weekend was so beautiful, we all walked together in the fields, rode our horses together, and spent simple and genuine moments. We were so happy to see that Dov selected a sensitive and caring woman who didn't tell about herself but was always asking about us, just like him.

In 2015 I was relocated to Norway with my family to do my Ph.D. and sadly I was suddenly so far from my Parents. Shortly after I moved to Norway my father passed away and that was very hard for me. I was so impressed and happy to see how Dov always took the initiative and made the efforts to visit my mother when he was visiting Israel. She calls Dov and his family "The Wonderful Malniks" and every time that he visits her with his children, she says that he is so sensitive and caring just like his grandparents and his parents. Sadly, due to the last circumstances, the Wonderful Malniks couldn't visit her and like all of us, she misses it so much.

Your honor, Dov is a person who always thinks about others before thinking about himself. He is an amazing family man who takes care not only of his children but also of his parents. Recently, we got into Dov's shoes and we are supporting his dear parents the best we could, and sadly we saw Dov's father's health problems deteriorating because of Dov being in prison for so long.

I  kindly ask for your compassion and consideration for our dearest Dov.

With respect,

*Dr. Dori Kalai*

Dori Kalai, Ph.D.

# A-47

Geneva, August 11, 2021

The Honorable Victor Marrero

United States District Court, Southern District of New York

Daniel Patrick Moynihan US courthouse

500 Pearl Street, New York, NY


Honorable Judge Marrero

Céline Engeli is my twin sister. Dov Malnik is my brother-in-law. I have known Dov for many years and I have a regular contact with my sister, with Dov and their children.

Dov is first and foremost an excellent father. He is very caring and infinitely patient with his children, ███████ and ██████ I have never seen him lose his patience and sense of humor no matter what the situation. The kids love him, you have to see how happy they are when they leave for their weekly bike ride with their dad! and the dad has the same joy. Dov is also more than attentive to my twin sister.

Dov has always been very attentive to my parents as well, respected them and helped them with anything he could. Already many years ago, he helped my father move, and it's quite something to help my father sort through his stuff. It takes dedication and Dov has shown that dedication to my father time and time again. Dov has also always been extremely kind to my mother. Although he was abroad, he still cared for her and made sure she was always taken care of. His care for my mother even when not next to her touched me a lot and showed me how much he has the fundamental values to guide his choices and his life.

I am very concerned about my twin sister, Celine. Since October 2020 and Dov's arrest, life has been very difficult for my sister. She has found herself alone with their two small children. ██████████████████████████████████████████
████████████████████████████████████████████████████
██ ██████ ████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████

My sister has held on for months. She takes care of the two little ones and does everything she can to help them through this very difficult time for them. ████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████ I'm really worried that she won't be able to juggle all these responsibilities for much longer and will have to stop working. Celine worked very hard in university to get her MA in mathematics. Mathematics is not an easy environment for women and I am very proud of my sister's career path.

She succeeded in a field where there are very few women in Switzerland. She loves her job very much and it would break my heart if she had to stop working if the situation with Dov does not improve for her and the children.

When Dov was in prison in Geneva, it was already very hard for my sister and the children. Now that Dov is in the United States, I am very worried about the consequences for my sister and her children. Mistakes can happen, I have every confidence that Dov will be guided by his core values to continue to lead his life in an upright and respectful manner.

I present you, Mr. Judge, my most sincere greetings,

Pascal Engeli

The Honorable Victor Marrero

United States District Court, Southern District of New York

Daniel Patrick Moynihan US courthouse

500 Pearl Street, New York, NY


Genève, le 11 août 2021

Monsieur le Juge,

Céline Engeli est ma sœur jumelle. Dov Malnik est mon beau-frère. Je connais Dov depuis des années et et j'ai un contact régulier avec ma sœur, avec Dov et leurs enfants.

Dov est avant tout un excellent père. Il est très attentionné et d'une patience infinie envers ses enfants, ███ et ███ Je ne l'ai jamais vu perdre patience et son sens de l'humour qu'elle soit la situation. Les enfants l'adorent, il faut voir leur joie lorsqu'ils partent pour leur tour en vélo de la semaine avec leur papa! et le papa a la même joie. Dov est aussi plus qu'attentionné envers ma sœur jumelle.

Dov a toujours été très attentif à mes parents également, il les a respectés et les a aidés dans la mesure de ses possibilités l'étranger. Il a aidé mon père à déménager, et c'est quelque chose d'aider mon père à faire le tri dans ses affaires. Il faut du dévouement à toute épreuve et Dov a démontré ce dévouement envers mon père à maintes reprises. Dov a également toujours été extrêmement gentil avec ma mère. Même depuis qu'il vit à l'étranger, il s'est essayé d'occupé d'elle et a veillé à ce qu'elle soit toujours prise en charge. L'attention qu'il porte à ma mère, alors que comme lui j'étais à l'étranger aussi, m'a beaucoup touchée et m'a montré à quel point il possède les valeurs fondamentales qui guident ses choix et sa vie.



éline a travaillé très dur à l'université pour obtenir son MA en mathématiques. Les mathématiques ne sont pas un environnement facile pour les femmes et je suis très fier du parcours professionnel de ma sœur. Elle a réussi dans une filière où les femmes sont très peu nombreuses en Suisse. Elle aime beaucoup son métier et cela me briserait le cœur qu'elle doive arrêter de travailler si la situation avec Dov ne s'améliore pas pour elle et pour les enfants.

Lorsque Dov était en prison à Genève, c'était déjà très dur pour ma sœur et les enfants. Maintenant que Dov est aux Etats-Unis, je suis très inquiète quant aux conséquences pour ma sœur et ses enfants. Les erreurs de parcours peuvent arriver, j'ai toute confiance en Dov qu'il va être guidé par ses valeurs fondamentales pour continuer de mener sa vie de manière droite et respectueuse.

Je vous présente, Monsieur le Juge, mes salutations les plus sincères,

Pascal Engeli

**A-48**

August 28, 2021

Bella Polak

Yehud, Israel

**The Honorable Victor Marrero,**

 **United States District Court, Southern District of New York**

**Daniel Patrick Moynihan US Courthouse,**

**500 Pearl street, New York, NY**

Your Honor,

My name is Bella Polak, 48 years old, married and mother of two daughters, working as a social worker in a welfare and mental health organization. I am Dov's cousin - my mother and Dov's mother are sisters.

When growing up, my brother Moti, my parents and I spent a lot of time with Dov and his family, during family vacations, holidays, and visiting our grandmother. I have known Dov as a child and saw him growing into a very sensitive and caring man. He has a strong bond with his brothers - Ariel and Danny and with his parents. I remember when our grandmother, Fanya, was getting older, he used to come almost every weekend to visit her. She loved music and played the piano so Dov used to play for her. This made her very happy and emotional, she enjoyed spending time with him and appreciated it a lot.

Even after moving to Switzerland and later to Asia Dov made an effort to continue and take part in important family events. Several years ago was the tenth anniversary of our grandmother's death, Dov surprised us by coming to Israel with a very special memorial - a recording of our grandmother playing the piano he made as a child.

Me and my family always love meeting and spending time with Dov. Since he met Celine, and became a father to Nathan and Noa, I enjoyed watching him become a wonderful, caring and loving husband and father. I was very sorry to find out that he had to be separated from them for a long period of time and hope that they will be reunited continually.

On April 25th My father passed away unexpectedly. During the week of the 'Shivaa' As we were mourning, Larisa and Jacob, Dov's parents, came every day. Since Dov was imprisoned in Switzerland, they made a special effort to let him know what had happened. He was able to write us a letter and let us know about his deep sorrow. He shared with us how hard it was for him to be apart from us and not to be able to come to the funeral and to the 'Shivaa' of his only uncle. It was very emotional and difficult for all of us.

Your honor, I have known Dov as a caring and loving person, dedicated to his family, taking care of his parents, generous and considerate person. I know the last year was very complicated and troubling for Dov, his dear wife and children, his parents and brothers. I would kindly ask  for your consideration, for this young family which suffered greatly this year, and especially for Nathan and Noa, Dov's children, who need their father so much.

With respect,

*Bella Polak*

Bella Polak

+████████████

**A-49**

To the Honorable Victor Marrero,
United States District Court, Southern District of New York,
Daniel Patrick Moynihan United States Courthouse,
500 Pearl Street, New York, NY 10007-1312

July 8th, 2021

Dear Judge Marrero,

I submit this letter on behalf of Dov Malnik in connection with his sentencing.

I have known Dov for a good part of the past 30 years as a friend and a fellow member of the Israeli National Swim team. Being 6 years older than Dov, I have seen him grow and develop as a man and as an athlete. High-level Olympic sports' training can be grueling at times, and one's character is often shown during pressures and stress of training and competition.

Dov has always been a leader and a role model to young athletes. Winning in class, but more importantly, losing gracefully. I remember a race where a young up-and-coming swimmer has beaten Dov on the last few inches. Worrying how such a loss will be received, I was relieved and impressed by his class and demeanor. His well-wishes and encouragements to the young athlete have deeply impressed me. As an older athlete on the group, it has been my priority to stress to younger swimmers the importance of developing not just as an athlete, but as an overall human being. For me, Dov has embodied this philosophy, which made me feel very proud.

Using the opportunities sport has presented us with, Dov has always combined swimming with academics. As the first Israeli athlete in my generation to get a scholarship for a Division I U.S University, I was proud to see Dov following my steps, but more importantly, taking an active role in assisting younger swimmers in getting the opportunities as well. Dov has offered advice, directed and actively assisted numerous swimmers, including both his younger brothers, in getting scholarships for top U.S schools.

Dov has always been what I can define as simply a "Good Man". As a group of close teammates who have been together since our teen ages, we all value Dov as a great friend. One we can all come to for advice, help or just a good laugh. We have trained, competed, travelled, and lived together as athletes, and have chosen to stay close years after our athletic careers have ended.  Values matter to our group of friends. Family, hard work, loyalty, dedication, and community are all common values we share. It has been devastating for us to learn about Dov's falling. We know him as a family man, as a loving partner to Celine and an amazing father, and seeing his world fall apart shocked us all.

I have always known Dov to do the right things, from small to big matters. Dov has treated people, no matter what walks of life they came from, with dignity and respect. From being respectful, and considerate with the server at the dining room of our national

training center, or the janitor at the Olympic pool, he has led the whole team, by example, to behave in class.

I am certain that during the long period of incarceration Dov has learned a meaningful lesson in an extremely painful way. I have spoken to him and I am confident that his remorse and acceptance of responsibility is full and genuine.

I would like to conclude by asking for leniency and pray that he can reunite with his family after such a long period of incarceration, returning to be a good father and husband. Knowing Dov's good soul, I am convinced he will be a positive member of society, contributing and giving back. I am available at +972-542444962 for any further information you might require.

Sincerely,

Yoav Bruck

Yoav Bruck
Hazoreah street, Kfar Shmaryahu, Israel

**A-50**

The Honorable Victor Marrero
United States District Court, Southern District of New York,
Daniel Patrick Moynihan US Courthouse
500 Pearl Street, New York, NY

07.13.2021

Dear judge Marrero,

Let me tell you a little but about myself. My name is Eithan Urbach, 44 years old, and I was a swimmer in the Israeli national team since the age of 16. I participated in 2 Olympics games (Atlanta 1996 and Sydney 2000) and I was the first Israeli swimmer to make it the Olympic finals. I also participated in many European and world championships and I represented Israel with pride and dignity. For the last 15 years I have a swimming school and I try to instill the fun and love of water in children in the best way possible. I am married and the father of 2 sons.

I first met Dov at the age of 16, almost 30 years ago. We were both young swimmers who managed to get on the Israeli national swimming team, but since we trained in different clubs the acquaintance was quite superficial. That all changed when we started training together in the Israeli Institute of Excellence in Sports and we immediately connected.

I really liked being around him, he was a good person with an inner joy of life which he instilled in those around him. We spent long hours in the water together, in hard training early in the morning and all afternoons, as this is a swimmer's life. It is one of the most difficult sports to train for, and you have to have a strong character to be able to achieve great success. Naturally, Dov became one of my best friends out of the water as well.

When we grew up, and retired from swimming, we each took a different direction in life. Dov was interested in banking and received a job offer in Switzerland, and decided to go for it.

One thing you should know about Dov is that he is very much a family man, also as a child. His family accompanied him to all the competitions, which is not something you see often in our sports in Israel. No matter when and where they took place, weekends, holidays, near or far, they were always there. Today being a parent myself, I can understand and appreciate the size of his parents' commitment and effort. Whether it is traveling far, sitting alone in the bleachers and wait for your child to swim, while in the meantime he is of course with his friends, not with you. But you don't care, you are there for him, unconditionally. This is how Dov's parents were with him and with his two younger brothers who were also swimmers. It was admirable to see. Dov always set an example for his brothers, always taking care of them when his parents were not there. As a kid I remember thinking he would be a good dad. I was right.

Since Dov moved to Switzerland, we grew apart, each person was busy with his live, but we still met from time to time when he was in the country and we kept each other updated. Dov became a father before me, and I will not forget the expression on his face when told me about being a father and the feelings he experienced in the pregnancy of his wife Celine for many months. It's the first time I ever witnessed such sensitivity and gentleness from a male about his children. And when I first became a father - a year after Dov - we got to share experiences and in fact from that moment it was mostly what we talked about. About the funny and painful things we experience with our children.

When I learned of Dov's detention in Switzerland, I wrote him letters which delivered by post, as this was the only way to communicate with him and try to lift his spirit. I asked him how it is there during the detention period. This is a world that is foreign to all of us, as it was for Dov prior to his detention. The difficulty he kept mentioning was the insanely hard separation from his children. The worry, the distance, what they must feel without Dad. The fact that he even barely calls them. I never believed these conditions could take place in a country like Switzerland, but unfortunately they did. He did not talk about the other harsh conditions, about the arrest itself, his own difficulty. Only about the kids. I'm not surprised he became such a sensitive, involved and caring father - that's how his parents were. I have seen it very closely for years.

In one of the letters from the detention center, he told me about the way he communicates with his eldest child (age 4). Since he cannot write or read, Dov told me that he started painting for him, and it's not that he is talented in the field... He said that he started drawing basic drawings for him, and from the moment his son started sending him his own drawings (that the boy drew) Dov kept painting for him, and from starting with the simplest drawings, he constantly tried to improve. With these drawings, he tried to build with his son their world in the chaos they were in. I was really moved by this. He found the almost impossible way to communicate with a child at this age from prison, and I admire it. He also said that the drawings his son drew for him, which he kept by his bunkbed - he will keep for the rest of his life. That they helped him in his darkest hours there, more than anything else.

In one of the letters Dov told how involved a Dad he is, and it comes from a choice, entirely. The "pick up from school", the "take to classes and sit and watch" is not that he must, in the sense that his wife works and there is no one to do, he can easily afford a nanny but it is not even an option. Dov is a father to ▇ like his parents were for him. That's what he knows, and that's the man that he is.

I do not know the details of the case but I know he was punished very severely by now. I am sure that for many people to be detained for so long is very difficult, but for Dov it is far beyond the worst nightmares. Because of his unique connection with his son. I know Dov as a child, I know his true personality base, and I know he's a good person, and if he made a mistake, he would do anything to never make a mistake again, never fall to this dark place. Sometimes a person has to lose something to understand how important it is. But for Dov, he knew how important it was even before he lost it all. The precious time with his children and family. I have not seen it many times. It amazes me time and time again how much we become less relevant once our kids are born. And I have friends with a strong connection to their kids and there are those who are less connected. Dov is a league in itself.

For all this, I plea for your honor to allow this tremendously good man, good father, to return back to his children who need him so much at this young age. I believe he has learned his lesson and will never engage in any questionable conduct. I know he will try to do good for his family and for the society around him.

Sincerely yours,

*Eithan Urbach*

Eithan Urbach

13.07.21

The Honorable Judge Victor Marrero
United States Court, Southern District of New York.
500 Pearl street, New York, NY, United states of America

כבוד השופט

אספר קצת על עצמי, אני איתן אורבך, בן 44, שחיתי בנבחרת ישראל החל מגיל 17, השתתפתי ב2 אוליפידות
באטלנטה 96, וסידני 2000) והייתי השחיין הישראלי הראשון שהעפיל לגמר אולימפי. השתתפתי גם בלא מעט
אליפיות אירופה ועולם ויצגתי את ישראל בכבוד.ב15 שנים האחרונות יש לי בית ספר לשחייה ואני מנסה להנחיל
את הכיף והאהבה למים לילדים בצורה הטובה ביותר. אני נשוי ואב ל2 בנים.

את דב הכרתי לראשונה בגיל 16, לפני כמעט 30 שנה. שנינו היינו שחיינים צעירים שהצליחו ההכנס לנבחרת
הבוגרת של מדינת ישראל בשחייה  לא התאמנו באותם מקומות לפני כן אז הכרתנו הייתה שטחית למדי.
כשהתחלנו להתאמן ביחד מיד התחברנו.

מאוד אהבתי להיות בסביבתו, הוא היה אדם טוב עם שמחת חיים פנימית והשרה על הסובבים אותו אותה אווירה.
לא מעט שעות בילינו ביחד במים ביחד, באימונים קשים, מוקדם בבוקר וכל אחר הצהריים-ערב, זה עולמו של שחיין. זה
אחד תענפי הספורט הקשים ביותר לאימון וצריך אופי חזק להגיע להשגים. ובאופן טבעי דב הפך לאחד החברים
הטובים שלי גם מחוץ למים.

כשגדלנו, ופרשנו מהשחייה כל אחד לקח כיוון אחר בחיים. דב התעניין בבנקאות וקיבל הצעת עבודה בשוויץ,
והחליט ללכת על זה.

דבר חשוב לדעת לגבי דב זה שהוא הוא אדם מאוד משפחתי, גם כילד, המשפחה ליוותה אותו לכל התחרויות,
מה שלא קורה בדרך כלל, בכל זאת זה תמיד יצא על סופי שבוע.. היו כהורה אני מבין את גודל ההשקעה של
ההורים. אם זה בנסיעות אם זה לשבת לבד ביציע ולחכות שהילד שלך ישחה, ובינתיים הוא כמובן עם חברים
לו, לא איתך. לדב יש 2 אחים צעירים, שגם הם היו שחיינים. דב תמיד נתן דוגמא לאחים שלו, תמיד דאג להם
כשההורים לא היו. בתור ילד אני זוכר שחשבתי שהוא יהיה אבא טוב.

מאז שדב עבר לשוויץ, הקשר ביניינו כמעט התנתק לתקופה, כל אחד היה עסוק בחיים שלו, אבל עדיין נפגשנו מידי
כמה זמן כשהיה בארץ והתעדכנו.דב הפך לאבא לפני, ואני לא אשכח את ההנעה של פניו שסיפר לי על היותו אבא
ועל התתושות שחווה בחודשים הראשונים, פעם ראשונה שאני חווה כזאת עדינות ורגישות מגבר לגבי הילדים של.
וכשאני הפכתי לאבא לראשונה - שנה לאחר דב - יצא לנו לשתף חוויות ובעצם מאותו רגע זה היה בעיקר על מה
שדיברנו. על הדברים המצחיקים והכואבים שאנחנו חווים על הילדים שלנו.

כששמעתי שדב נעצר כתבתי לו מכתבים לרומם שנשלחו בדואר מכיוון שזאת היתה הדרך היחידה לדבר איתו
ולרומם את מצב רוחו. כששאלתי את דב איך זה המעצר,  מכיוון שזה עולם זר לי לחלוטין, כמו שהיה זר לדב. הקושי
היחיד שציין היה הקושי המטורף להיות מנותק לחלוטין מהילדים.  הדאבה, הריחוק, מה
הם מרגישים בלי אבא. זה שאיו לו אפילו שיחות טלפון אליהם. לא האמנתי שדברים כאלה יכולים להיות במקום כמו
שוויץ, אבל לצערי זה קיים. הוא לא דיבר על התנאים, על המעצר עצמו, הקושי שלו עצמו. רק על הילדים.
אני לא מופתע שהפך להיות כזה אבא רגיש, מעורב ואיכפתי - ככה הם ההורים שלו. ראיתי את זה מקרוב במשך
שנים.

באחד המכתבים מבית המעצר הוא סיפר שלי על הדרך שבה הוא מתקשר עם הילד הבכור שלו  (בן 3.5) - הרי
הוא לא יכל לכתוב או לקרוא. דב סיפר לי שהוא התחיל לצייר לו, וזה לא שהוא מוכשר בתחום… הוא סיפר שהוא
התחיל לצייר לו ציורים בסיסיים, ומהרגע שהילד התחיל לשלוח לו גם ציורים שלו (שהילד צייר) דב המשיך וצייר לו
ואף ניסה להשתפר בשעות הפנאי כדי שיוכל לתת לילד את הטוב ביותר (לא סתם ציורים פשוטים אלה לנסות
לבנות לו עולם שלהם בתוך הכאוס שבו הם היו). אהבתי מאוד את הרעיון. הוא מצא את הדרך הכמעט בלתי

אפשרי לתקשר עם ילד בגיל הזה מבית המעצר – ואני פשוט מעריך את זה כל כך. הוא גם אמר שהציורים שהילד צייר ישמרו איתו כל חייו - זה כל כך עזר לו בשעות הקשות שם, אפילו יותר מתמונות.

באחד המכתבים דב סיפר כמה הוא אבא מעורב, וזה מגיע מבחירה לגמרי. ה"לאסוף מבית ספר" , ה"לקחת לחוגים ולשבת ולבתבונן" זה לא שהוא חייב, במובן שאשתו עובדת ואין מי שיעשה, הוא בקלות יכול להרשות לעצמו מטפלת אבל זה אפילו לא על הפרק - דב הורה כמו שההורים שלו היו עבורו. זה מה שהוא יודע, וזה האדם שהוא.

אינני יודע את פרטי המקרה אך אני יודע שהוא נענש עד כה בחומרה רבה. אני בטוח שעבור אנשים רבים להיות עצור ככה כל כך הרבה זמן קשה מאוד, אבל עבור דב זה הרבה מעבר לסיוט הגרוע ביותר. בגלל הקשר הייחודי שלו עם בנו.

אני מכיר את דב כילד, אני מכיר את בסיס האישיות האמיתי שלו, ואני יודע שהוא אדם טוב, ואם הוא עשה טעות, הוא יעשה הכל כדי לעולם לא לטעות שוב, לעולם לא ליפול למקום החשוך הזה. לפעמים אדם צריך לאבד משהו כדי להבין עד כמה הוא חשוב. אבל עבור דב, הוא ידע כמה זה חשוב עוד לפני שאיבד את הכל. הזמן היקר עם ילדיו ומשפחתו. לא ראיתי את זה הרבה פעמים. זה מדהים אותי כל פעם מחדש עד כמה אנחנו הופכים פחות רלוונטיים ברגע שילדינו נולדים. ויש לי חברים עם קשר חזק לילדים שלהם ויש כאלה שפחות מחוברים. דב הוא ליגה אחרת.

ועל כן אני מבקש מכבוד השופט לאפשר לאיש הטוב הזה, אבא הטוב, לחזור לילדיו הזקוקים לו כל כך בגיל צעיר זה. אני מאמין שהוא למד את הלקח ולעולם לא יעסוק בהתנהגות מפוקפקת. אני יודע שהוא ינסה לעשות טוב למשפחתו ולחברה מסביבו.

בכבוד רב,

*Eithan Urbach*

איתן אורבך

**A-51**

To: ***The Honorable Victor Marrero***
United States District Court,
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, New York, NY 1007-1312


Dear Judge Marrero,

I would like to thank you for taking the time and reading my letter to you with regards to Dov Malnik sentencing. I first met Dov about 15 years ago. He was already living in Geneva, Switzerland and I was living in Tel Aviv, Israel. The first time we met was during one of his family and friends visits and my boyfriend at the time wanted to introduce him to me since he was one of his closest friends from when they were kids.

Since that night, we used to meet him on a regular basis every time he came for a visit and I got to know him much better. I learned that he is such a positive person that people really like to be next to. Every time we went to social events together, people were always talking to him, asking his opinion and enjoying his presence. My husband and I even asked him to be our driver on our wedding day (Oct. 2010) because we wanted someone who he is patient, fun and responsible and he was there for everything we needed on our important day. Every time my husband and I flew to Geneva Dov hosted us in his apartment making us feel at home. Always thoughtful and generous, he made sure we will enjoy our time together.

Over time I got to know his family as well and saw how well he is taking care of them. He visits his parents on a constant basis and helps them and his brothers in whatever they need – from minor day to day issues to meaningful issues like finding a job or helping them decide where to rent an apartment, buy a car etc. I was able to see in numerous events when his parents and brothers were with us how he respect them and he always wants what's best for them. I have also seen how Dov took care of his father in the past couple of years when his health deteriorated, and took care of all the medical consultations, treatments, and was really the support pillar during his father's battle.

In addition, I got to see Dov as a partner with his wife Celine with whom he had two lovely kids with. In every event and experience we shared, I saw how Dov is taking care of Celine, always generous and honest to her.

I plea for the court to show leniency in the sentencing of Dov and to allow him to get back to his life, family and friends. I am completely certain that he will prove by example that this leniency was well given, and I know how he is deeply sorry for his actions and everything it has brought on his surroundings.

Respectfully,

Meital Lahat Dekter

**A-52**

The Honorable Victor Marrero                                                    August 10, 2021

United States District Court, Southern District of New York,

Daniel Patrick Moyniham US Courthouse

500 Pearl Street, New York, NY

Your Honor,

My name is Ety Sheinfeld and am living in Israel with my husband Shahar and our two young daughters.

I am writing this letter to tell you a little about my dear friend Dov Malnik. I've known Dov for 17 years now, since he is my husband's close friend. From the moment we met I soon came to realize what a special person he is, and he quickly became a dear friend of mine too.

Dov is the kind of man that will never turn his back on his friends and family. Throughout the years, no matter where he was in the world, or how busy he was, I could always feel that I could count on him in times of need. He is the kind of man that can give you the advice you need when you're struggling, and also be truly and honestly happy for you when exciting times come your way.

Over the years Dov helped us go through more than a few crises, whether financially or personally, always with his smile and optimism, letting you know that things will be ok. He stood by me and my husband more than I can remember, and for that I will always be grateful to him.

Even though Dov lived much of his adult life abroad, he kept maintaining all his relationships back home thoroughly, just as if he was living next door. I believe this is something that tells a lot about a person, and the people who want to be around him.  In every visit he never missed a friends or family gathering, and often he was the one initiating and organizing them, making sure we are all happy and having the best time.

It was pure joy for me personally to watch his relationship with Celine developed into starting his own family when they had two kids - ███ and ███ Seeing him become the outstanding father that he is, so devoted and loving, was touching and at the same time utterly and completely natural, knowing how Dov is.

Dov is also a devoted son, the pillar of his family, and in a way he is really the main care giver to his family, supporting his parents, even when he wasn't living close by. When his ███████████████ ████████████ Dov was with him every step of the way, through the medical checks, consulting with experts, setting up appointment and making sure he is getting the best treatment possible. He was with him in throughout the surgery and was there to support in his recovery.

I truly hope that your honor will be able to see the kind of person Dov is, and how much he means to me and my family, and to so many others. He is deserved of mercy.

Sincerely,


Ety Sheinfeld

███████████████ Holon, Israel

**A-53**

14 July 2021

Tel-Aviv

Israel

To The Honorable Victor Marrero

United States District Court,

Southern District of New York,

Daniel Patrick Moynihan, United States Courthouse,

500 Pearl Street, New York, NY 10007-1312

Dear Judge Marrero,

My name is David Schwartz and I submit this letter on Behalf of Dov Malnik in connection with his sentencing.

I first met Dov in 2010 in Geneva, Switzerland. I just relocated to Geneva from London. After completing my business degree, I received an entry-level job offer and decided to move to Geneva. Although Dov is 6 years older than me and was already settled in Geneva, he was the person who helped me the most to settle in, and was one of the main reasons why I stayed in Geneva for several years.

I was introduced to Dov by a mutual friend, and to this day I still remember and cherish his genuine and warm welcome. He immediately introduced me to his circle of friends, invited me to all sorts of social events and weekend trips that he was going to. He even helped me find my first apartment and offered his car for me to use to go furniture shopping and other errands. All this and without ever expecting anything in return. Dov continues to be a caring and giving friend until today, even though we now live in different countries.

Prior coming to Switzerland, I have known who Dov was by name, as he was a very accomplished Israeli swimmer and I was a swimmer as well, although much younger. Yet, when talking to Dov, until today, he never let me feel anything else but equal in all respects. It did not matter who I was and what I did for a living, what family I was born to or where I was from. And he was like this with everyone. I remember meeting Dov's brother, Ariel, a couple of years after leaving Switzerland and telling him that Dov was the single reason I stayed there for so long and that he made such a positive impact on who I am today. We are still in touch until today and in fact I also got to know his brothers and got very close to them as well.

Dov is a true friend, one that you are thankful to have. He has an honest and kind soul and very positive presence in the lives of others. I find him very generous with his time and attitude and is an individual that will always help, whichever way he can to others, with big or small things alike.

I also find Dov to be an exemplary father and he devotes a lot of time to his family. Although his parents and brothers used to live in different countries, he also made the effort to be there in their lives, with daily calls, frequent visits and more.

I was shocked to hear about the recent developments and I am truly hopeful that the court will show leniency in his sentencing, it is my deep belief that Dov is a person that truly deserve it based on all the good that he has done throughout his life.


Respectfully,

David Schwartz

# A-54

July 3, 2021

Prof. Rudolf Klein



Hungary

To: Honorable Victor Marrero, United States District Court, Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007-1312.

Subject: Opinion on Mr. Dov Malnik

Dear Judge Marrero,

My name is Rudolf Klein, I am architectural historian, professor at Óbuda University here in Budapest and the father-in-law of Mr. Dov Malnik's brother, Ariel.

I think of Dov almost every day, sometimes several times during the day, though we have been meeting each other sporadically during the last couple of years on the occasion of larger family gatherings in Tel Aviv. The reason is quite unusual: Alma, our two years old granddaughter, smiles like Dov, the same enchanting, overwhelming, cheerful and engaging gesture. Thus, for us, Dov is Uncle Dov, and our Alma's smile is Dov's partial incarnation.

Dov in English means bear, traditional Hebrew name, which does not really apply to Mr. Dov Malnik. A bear, a forest animal, is not social, not friendly, though sometimes funny. Our bear, Dov is just the opposite, the epitome of friendliness, humor and helpfulness. He is the man, whom children like to climb.

Our first encounter with Dov was quite unusual. Arriving to Tel Aviv, we had to realize that our hotel room reserved via the Internet was uninhabitable. It was sizzling hot; all the city was packed with tourists and we became quite desperate. We called up Ariel, who told us to wait at a given

house number in a nice curvy street in the center of the city and Dov would come by and try to solve the problem. He arrived in a couple of minutes with the aforementioned irresistible smile on his face and a warm, firm handshake, asking us modestly: "If you don't mind the small and rather narrow elevator, I can give you the key of my flat for your stay in Tel Aviv." Surprised, we agreed. He came with us, showed around, and wished a pleasant stay. When we realized he was sacrificing his own convenience, we started to express our gratitude. He replied: "Don't feel bad about this, I shall go to my parent's home, they keep three rooms for their adult sons empty for the case they may need them. They will be very happy if I stay with them a whole week. This is a win-win situation." We were still baffled, but realized that we cannot refuse this offer.

After this unusual introduction we spent with Dov great family reunions, joking, eating and having nice time. Later Dov attended the wedding of our daughter Judith and his brother Ariel which was also an unforgettable encounter. During family gatherings we saw Dov as the caring son of his old, immigrant parents, who succeeded to start a new life, to raise and educate their three sons. We saw Dov as a gentle and loving father of his son and daughter, a generous husband, and last but not least a great brother of our son-in-law, Ariel and the youngest sibling, Dani, all of them economists of stature.

I understand that Dov has made a mistake, but I would like to ask you to take into account his human qualities, his generosity, positive attitude to life, the charming smile and the humanity behind it.

Regards,

Rudolf Klein

**A-55**

Budapest, Hungary

July 2, 2021

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moyniham United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Judge Marrero,

My name is Dr. Maria Klein Laszlo, MD, oncologist, living in Budapest, Hungary. Mr. Dov
Malnik is the brother of my son-in-law, Ariel Malnik.

I met Dov for the first time around 2016, prior to the wedding of my daughter to Ariel, Dov's
brother and ever since, my family and the Malnik family were very close. I got to know Dov,
his parents – Yacov and Larisa and his younger brother, Daniel. We have spent numerous
family occasion together, most notable for me, of course, is my daughter Judit wedding to
Ariel, Dov's brother in 2017.

Dov has always stroked me as an impressive, serious, educated person, witty, helpful and
considerate. He gave the impression of a well-balanced man that on many occasions seeks
how to help his aging parents and how to provide them the comfort he believes they deserve.
Although living abroad, he took care of his parents, visited them very often and had long
daily calls with them.

One example to illustrate it comes to my mind is that shortly after the wedding of my
daughter and Ariel, the married couple flew for a 3-week honeymoon. I was extremely
excited for them as Judit is my only child. I remember that Dov said in a family lunch after
the wedding, that he, his wife and child will stay in Israel for the next few weeks. Later I
learned that he did not want his parents, who both are retired for many years, to go from the
high feeling of their second son getting married to the lonely feeling of sitting alone at home

with none of their 3 children around. As a mother for one child living abroad myself, I was especially moved by this gesture, although it might seem small, it is not so trivial in the busy day-to-day lives of our children. I was immensely proud and still am to be related, by the marriage of my daughter, to the Malnik family and their family values of respect for the parents.

Another important thing about the Malnik family, which is less positive, and I do my best to help with as an Oncologist for the past 40 years is that last year Dov's father, Yacov,

████████████████████████████████████████████

████████████████████████████ not to mention during covid

times. This is one of the situations that family support can make a tremendous influence on the patient's moral, which directly impacts One's recovery chances. Times of depressions and sadness significantly weakness the immune system, opening the door a little wider to harmful diseases and viruses while the immune system is weak due ██████████████████

████████  ████████████  ████████████████████████████████  █

████████████████████████████████████

When I learned that Dov is in prison and as weeks went by and later awfully long months, I was most worry for his father. Dov's father is a very intrinsic person, never complains, never asks for help and hates to feel like a burden. He was keeping his emotions inside which reflected in extreme fatigue. I hope now that Dov is more reachable to his father, at least over the phone, it will also help his father's recovery, whom I deeply care about.

Knowing Dov for several years, I would like to ask your honor to take into consideration Dov's good heart and kindness as well as his father health and the hardship his family have gone through and show leniency in sentencing him.


Respectfully yours,


Dr. Maria Klein Laszlo

**A-56**

Aviad Lotan                                                      July 28 2021
+41 79 601 22 47
Chemin de la Miliere 23
1234 VESSY
Switzerland

To: The Honorable Victor Marrero

United States District Court,

Southern District of New York

500 Pearl Street, New York, NY


Dear Honorable Judge,

My name is Aviad Lotan, I am 40 years old engineer working in a global industrial company headquartered in Sweden, in the capacity of Machine Learning Product Manager. I am writing this letter from Geneva Switzerland where I live since March 2020 with my wife and our 2 young boys. My family and I relocated to Geneva from Tel-Aviv Israel, perusing career development opportunities proposed to my wife.

The first time I met Dov was in the beginning of 2020 in an after-school activity in Geneva, while our kids were playing together. His son ███ and my son Ron became good friends in the same kindergarten. Getting to know Dov for the first time, It was immediately clear to me that he is a highly involved dad, dedicated to his kids' welfare and actively making the effort to fulfil their internal world.

Following this first encounter, we decided to keep in touch and get our boys together but the global COVID-19 pandemic outbreaks, this new challenging situation involves uncertainty and social-distancing rules,took a toll on me and my family's integration into the new social landscape after relocating.

Dov, with his sensitivity and care for the other, played a key part in helping us at this point, both for the boys but also for us as a family. First, making sure that the two young boys can still maintain this friendship during this time despite all the challenges and uncertainty. Second, being actively supportive of his community friends at times of need, was another evidence of the sincere and good intentions Dov has.

Dov frequently shared with me good experiences from his personal life, may it be the birth of his first child, his excitement about hosting his brother for a visit after a long time, and was being very inviting to his social world. With time, the two families became friends and spent a lot of family time together. Dov and Celine are welcoming and hosted us open-heartedly. I was very happy to get to know this family, a relationship that was founded thanks to Dov effort to assimilate with his community.

The weekend before Dov's arrest in Switzerland last year, he came with ▮▮▮▮ for a short "playdate" for the kids. This casual meeting rolled out to be a spontaneous dads-and-kids adventure we all rememeber and cherish. Dov, me and our boys went spontenosly for hours to the woods near our hours for hiking, playing in nature, teaching our kids the beautiful simple things in life, and having a good time. We end up spending the day putting aside prior planes.

In this unplanned deture Dov again demonstrated the priority he gives to satisfy his friends and loved ones when needed, even at the cost of his own priorities in his life. It is clear to me that Dov and ▮▮▮▮ share a unique bond, very strong that is beyond a regular connection. Few days later, Dov abruptly disappeared, from us, from the communitee and from his ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Me and my family see Dov as a close friend, a kind and generous person that has suffered greatly from his unfortunate mistake. It is clear he is taking responsibility for it and he proved himself to me time and time again as a true friend, an honest and reliable individual.

I thank you for your consideration and for taking the time to read this letter, and hope you will allow Dov to return to Switzerland at this time to reunite with his family.


With best regards and appreciation


Aviad Lotan

A-57

July 15th, 2021

The Honorable Victor Marrero

United States District Court

Southern District of New York

Daniel Patrick Moynihan US Courthouse

500 Pearl Street, New York, NY


Dear Judge Marrero,

My name is Nir Tobis. I am an Israeli, 42 years old, father of three kids aged 12,10 and 7. I hold a position as a Chief Business Development Officer in a medical equipment company.

I know Dov since 1995, when we both joined the Israeli national swimming team. Dov is a dear friend of mine and was my mentor during our swimming career for about ten years.

Dov for me is a man of great kindness, loyalty, and a guy I know I can always count on when and if I'll be in any kind of need. I would like to share several angles that can reflect on Dov's character throughout the years of our friendship:

- As part of my swimming career, I've grew up and educated at the Israeli boarding school for elite athletes. Growing up in this institution is extremely intensive and demanding in terms of physical and educational challenges. Dov, being a year older than me and a more experienced swimmer, was mentoring me through those intensive years. Dov was a model figure to me to look upon, to learn how athletic determination and hard work should be followed. Dov was consistently encouraging me to push further and keep on exercising to achieve higher goals from myself. Not only that Dov was extremely dedicated athlete, Dov knew how to lead us, a group of young athletes also outside the pool, as a social leader.
- When I was 20 years old, during my military service, Dov was one of the major factors who pushed me to apply to a US university to earn a college degree. Dov taught me about the procedure and guide me how to apply for an athletic scholarship. I will always be thankful to Dov, who showed me the path of combining athletic excellence while pursuing an academic degree.

- During my early 30's I got married to Yael, who met Dov and became a friend of his as well. At that time, Yael was looking for mentorship and guidance in her career. Dov assist her for a significant period of time, obviously without asking for any return, mentored her and guide her towards a successful path in the financial arena.

As many, I put my kids and their values at the top of my priorities and concerns. I've shared with them my story with Dov and explained them how significant Dov was in my life, how he was a mentor for me, what a great friend he is and how I will always value our relationship. I've shared that with them so they'll follow Dov's steps with their friends and other people in need. For me, Dov is a true MENSCH.

Respectfully,

Nir Tobis

Nir Tobis

# A-58

Geneva, Switzerland, August 28th, 2021

**To: The Honorable Victor Marrero**

**United States District Court, Southern District of New York,**

**Daniel Patrick Moynihan, United States Courthouse,**

**500 Pearl Street, New York, NY 10007-1312**

Dear Judge Marrero,

My name is Michael Hessel and I live in Switzerland with my wife and children. I would like to submit this letter for Dov Malnik, whom I know from the time we both worked at UBP bank in Geneve.

I joined UBP few years after Dov started there and spent two years working side by side in the same team. As a young banker, I was fortunate to have Dov's experience to draw on and Dov was always willing to help as a colleague and a friend. We worked closely together for several years until Dov's departure towards the end of 2012. Being in a small team and often working closely together, I got to see firsthand Dov's true character on a professional and personal level.

Private banking is a profession based on complete trust, as the clients are entrusting you with their lifetime assets and their future, and they require complete dedication, professionalism, and above all, integrity. I have always known Dov to be an honest and upstanding employee, very professional and very appreciated by his clients, with whom he developed close personal relationship. He would go out of his way to attend to their every need, never shied away from hard work and always with a smile.

At the bank, he was respected for his integrity and as far as know always acted with the highest ethical standards, being honest and transparent. Throughout the years he was promoted several times up to a director level, which shows the confidence the management had in him.

On a personal level, Dov has always been a caring and generous friend, very humble and approachable. He never declined providing help or friendly advice and has an incredibly big heart. He would always find time to hear people who need advice and I have known him to support important initiatives for the Geneva Jewish community. I also got to know Dov as a family man, a devoted father to his two small children

I feel that this incident in front of you today is not representative of Dov's true character as I have closely witnessed, and I hope that you will consider his past deeds and truly good nature, to allow him to rebuild his life after this devastating period.

Yours faithfully,

DocuSigned by:

*Michael Hessel*

42524EBD456341B...

Michael Hessel

# A-59

July 26th, 2021

From: Mr. Shaul Eyal



Raanana, Israel

To: The Honorable Victor Marrero

United States District Court, Southern District of New York

500 Pearl Street, New York, NY

Your Honor,

My name is Shaul Eyal and I have been an equity research analyst at several U.S based investment banks for over twenty years. I have known Mr. Dov Malnik professionally and socially for over 15 years during my tenure at CIBC Oppenheimer World Markets where I was a research analyst and Dov was an institutional sales trader. I consider Dov a close friend and a colleague.

I want to take the opportunity and shed light on some of Dov's personal traits:

- Dov is a hard worker who has never resisted long hours of work at the office. Working from the Tel-Aviv office of CIBC Oppenheimer required him to cater to both local and international institutional investors which meant working around the clock given the various time difference between multiple market time zones. Always with a smile on his face and always considered someone to rely on, Dov has performed his professional duties flawlessly and was among the office leading employees.

- Adding to his welcoming and never resisting hard work, Dov was a professional athlete, a swimmer from a young age, who spent countless hours at the swimming pool. Of note, his professional swimming career required him to sacrifice a significant military service at the Israel Defense forces (IDF). In Israel, military service is compulsory but the majority of military personnel views it as an honorable right. I can personally attest to that as a Lieutenant in Israel's special ops unit (reserve duty nowadays). With this as a backdrop, Dov has never given up on his right to share the military workload with his brethren and has elected to volunteer at his little spare time away from the pool and instruct diving candidates at the Israeli version of the Navy. This personal trait of never avoiding a collective responsibility speaks volumes of Dov's character. He is never deterred from taking and sharing responsibility for his actions and views hard work and public service as a given right.

Honorable judge, I would very much welcome the opportunity to humbly stand in front of this court and share with you the above and more as you come to consider the sentencing of Dov Malnik. I would board a plane from Tel Aviv to New-York in a heartbeat if my physical presence could add more to the overall considerations of Dov's sentencing.

Sincerely,

Shaul Eyal

**A-60**

August 12, 2021

The Honorable Victor Marrero
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

The Honorable Judge Marrero,

I am writing this letter as a testimony of Dov Malnik's character for his upcoming sentencing.

I met Dov over 30 years ago when we were both teenagers on the Israeli National Swim Team. Although we were teammates on the national team, we did not share the same swim club, the same strokes, and there was a small age gap between us. Due to this, as teenagers, I did not know Dov very well.

After high school, I joined the Israeli military for three years, and then went to college at the University of Minnesota - Twin Cities. In my junior year, Dov joined the University of Minnesota's swim team, and that is when I began to know Dov on a different level. Dov made an immediate impact on the swim team as a swimmer and a leader. As recognition for his impact and leadership, he was elected as team captain by coaches and peers during his last two years on the team.

In college, Dov was an All American swimmer, maintained a GPA above 3.0, and he obtained Academic All Big Ten honors. Even with his demanding swim and school schedule, Dov was always willing to help recruit new swimmers. He was a respected mentor to younger students and athletes. But, even with his immense swimming and academic acheivements, Dov did not forget his roots. Family came first for him. As a first generation son of Jewish immigrants to Israel, he went back to Israel to visit his parents and brothers whenever time allowed. When time did not allow, he often joined the local Jewish community on holidays and other occasions.

To illustrate how much family means to Dov, I do not have to dig too far back. When I showed an interest in a girl that Dov went on a few dates with, he not only encouraged me to pursue her but also helped facilitate my dating her. A couple of years later, when I married that same girl, Dov was not in the U.S. to attend the wedding, but a phone call from Israel was not too far behind. When we had our first daughter, again Dov was one of the first to call and congratulate us.

Now, on the eve of my 20th wedding anniversary with two teenage daughters, my wife and I are both grateful for the role that Dov played in bringing us together. Knowing that Dov has a wife

and two young children of his own only strengthens my opinion that leniency should be considered in his sentencing. Dov's greatest driver in life was and is his family. Now that he has a family of his own, I ask the court to allow him to be part of their everyday lives.

Respectfully,

Yoav M Meiri, OLY

**A-61**

Danny Gabay

██████████████ Israel

The Honorable Victor Marrero

United States District Court, Southern District of New York,

Daniel Patrick Moynihan US Courthouse

500 Pearl Street, New York, NY

July 12th, 2021

Your Honor,

My name is Danny Gabay, a 52-year-old Israeli businessman, married and the father of three children.

I am proud to say that I am a friend of Dov Malnik !!!

Dov and I have known each other for over a decade and right from the first acquaintance I realized that I was dealing with a very serious guy.

In Hebrew we call these guys "the salt of the earth" When the intention "the best of our sons". Dov is an educated, hardworking, humble, honest and talented person and above all - a true friend.

Dov immediately shows up for any call for help, is always welcoming and pleasant-mannered and the famous smile never leaves his face.

Despite the geographical distance, the friendships between us have crossed borders and countries. Dov lived in Switzerland and afterward in Hong Kong and I lived in Israel and we made sure to maintain regular contact and get together occasionally from time to time.

When Dov came to Israel to celebrate personal events he often asked me to invite his friends from our riding group, even those not in the circle closest to him, so that they could enjoy and create happiness for many people. Giving without limit, in humility and in love of the others.

I was next to him 4 years ago when his eldest son, ████, was born. And I was very happy to hear when his second daughter, ████ was born a year ago. Dov is a devoted and loyal father who loves his children very much. No matter how big and physically strong he is, when you talk to him about his children immediately his eyes get moist and wet.

All of us here in Israel were very surprised to hear about the incident for which Dov was arrested in Switzerland. It does not fit the character we know and love. Without going into the details of the case, I can testify that the incident left Dov with a deep mental scar that I doubt could be repaired. Tough incarceration, dealing with the problems his actions created, reputational damage and most of all the lost time, that he will never get back, with his beloved young children.

I plea to your honor to consider Dov's case from a perspective of grace. He has learned his lesson and we are all here waiting to hug our beloved friend soon.

Sincerely,


Danny Gabay, Israel.

דני גבאי

צוקי ארסוף, געש, ישראל

The Honorable Victor Marrero

United States District Court, Southern District of New York,

Daniel Patrick Moynihan US Courthouse

500 Pearl Street, New York, NY

July 12th, 2021

כבוד השופט  שלום רב,

שמי הוא דני גבאי, איש עסקים מישראל, בן 52 נשוי ואב לשלושה ילדים.

אני גאה לומר שאני חבר של מר דב מלניק !!!

דב ואני מכירים למעלה מעשור ומיד מההכרות הראשונה הבנתי שיש לי עסק עם בחור מאוד רציני.

בעברית אנו קוראים לבחורים האלה "מלח הארץ". כאשר הכוונה היא שאלה טובי בנינו. דב הוא אדם משכיל, חרוץ, צנוע, ישר ומוכשר ומעל לכל - חבר אמיתי.

דב מתייצב מיד לכל קריאה לעזרה, תמיד מסביר פנים ונעים הליכות והחיוך המפורסם לא יורד לו מהפנים.

למרות הריחוק הגיאוגרפי, החברות ביננו חצתה גבולות ומדינות. דב התגורר בשוויץ ובהונג קונג ואני בישראל אך למרות זאת הקפדנו לשמור על קשר קבוע ומפגשים חברתיים מידי זמן.

כאשר דב היה מגיע לישראל לאירועים אישיים, הוא היה מבקש ממני אישית לארגן גם את החברים שלנו מקבוצת הרכיבה, גם את אלה שלא במעגל הקרוב אליו, כדי לשמח שתהיה שמחה לכמה שיותר אנשים. כך בנתינה ללא גבול, בענווה ובאהבת אדם.

הייתי לידו לפני 4 שנים כאשר נולד בנו הבכור, ▇▇ ושמחתי מאוד לשמוע כאשר נולדה לפני שנה ביתו השנייה, ▇▇. דב הוא אב מסור ונאמן שאוהב מאוד את ילדיו, כמה שהוא גדול וחזק פיזית כאשר מדברים איתו על ילדיו מיד עולה לחלוחית בעינו.

כולנו פה בישראל הופתענו מאוד לשמוע על האירוע שבגינו דב נעצר בשוויץ. זה לא מתאים לדמות שאנו מכירים ואוהבים. מבלי להיכנס לפרטי המקרה אני יכול להעיד שהאירוע הותיר אצל דב צלקת נפשית עמוקה שספק אם אפשר יהיה לתקן. שלילת החרות הזמנית, ההתמודדות עם ההאשמות, הכתבות בעיתונים ובעיקר בעיקר חוסר הזמן, שלא יחזור, בקרבת ילדיו הקטנים והאהובים.

אני מבקש מכבודו לדון בעניינו של דב בגישה של חסד. המסר הועבר ואנו כולנו פה מחכים לחבק את החבר האהוב שלנו במהרה.

בברכה,  דני גבאי

# A-62

To the attention of: The Honorable Victor Marrero

United States District Court,

Southern District of New York

500 Pearl Street, New York, United States of America

Dear Judge Marrero,

I submit this letter on behalf of Dov Malnik in connection to his sentencing.
I have known Dov for more than 20 years, and even though we were never very close friends, I think I can wholeheartedly say that I view him as a friend, a good man, who never did wrong to anyone.

I first met Dov as part of the Israeli national swimming team. I was the Israeli national champion in 100 backstroke while he was 6 years younger and was the young star in the 100 and 200 breastroke. Later he become national champion representing Israel in world championships and even holds some national records to this day. Later our life took different path when I left swimming to joined the Israeli air force and served as a fighter pilot for 8 years, while Dov continued to dominate the swimming pool. I was nevertheless impressed with his commitment when he still chose to do a full and meaningful army service in parallel to his swimming career, even ought it is not trivial for athletes at his level.

I met him again almost 15 years latter via mutual friends that relocated to Geneva, Dov was close friend of them, and it was a very pleasant surprise to meet him again and instantly we were friends like in the good old days.

During the time that I spent with Dov (me and my wife would visit Geneva 2-3 times a year in the coming years), he always demonstrate a humble behavior, offered his help in any issue we faced and demonstrated a good friendship and willingness to help. We later stayed in touch and I learned he settled down and become a father to ██████ and ███ 2 sweet kids and a great husband to Celine.

It was a big shock for us to learn that Dov was arrested and faced a charges on financial crime. Dov was always an honest guy, a man of high values, and I can't understand how he found himself in this situation. Whatever happened, I am sure that it is not something that is characterizing of him, it is simply not him.

I ask you to find mercy in your heart in his sentence so he could rebuild his life.

Lt. Colonel Eliav Tal

29.7.2021

# A-63



Rabbinate of Venezia

Venezia

Thursday, July 22, 2021

### Personal recommendation for Mr. Dov Malnk

The undersigned, Daniel Touitou, Chief Rabi of Venice, hereby solemnly swear that four years ago I got to know Dov Malnik and his family.

I got to spend time with Dov, Celine, and their young child ▮▮▮▮ (who was 2 years old) for a month, and the following summer again stayed with them for two weeks.

Since I came to teach his wife Celine, I got to see a little of the intimacy of the couple, I was in their house many times, and I have seen them in different personal situations. Afterward I also met them to study in their house in Hertzelia. We had many conversations about personal and family issues, on his dream as a man and a Jewish person, on the way he wish to rise his family and his children.

My impression of Dov is of a kind and gentle person, polite, and inviting, perhaps a bit shy that is nevertheless very easy to connect with and make deep conversations with. I have witnessed his concern for his wife and son and the major place that family has in his life, for is by his word the essence of everything he has in life.

Towards me he was more than honorable, and fulfilled all his commitments and promises. Even after our professional contact finished, he kept in touch with me to update me on the birth of his second daughter, and it was important for him to send me pictures of the kids that he loves so much.

In my view, Dov is an exemplary father, husband and family man, that despite his international business that often required traveling, always made sure everything was organized for Celine so she has help with managing the house and raising the children.

Throughput my stay, he always took care of me, was sensitive to my needs as an observing religious person, shared with me his thoughts and dreams in his family and how important it is from him to build it on Jewish values as foundation.

The time I spent with him brings good memories, pleasant, with a very sweet family.

I wish him a lot of success and hope that the honorable court will consider his exceptional qualities as a human being, a Jewish person, a husband and father when judging him.

With kind regards,

Daniel Touitou

1



**Rabbinato di Venezia**

ב"ה

יום חמישי, ו' אב תשפ"ב

ב"ה

**המלצה אישית למר דב מלניק**

החתום מטה, **דניאל טואיטו**, רבה הראשי של ויניציה מצהיר בזאת באמונה כי לפני ארבע שנים זכיתי להכיר את בני משפחת דב מלניק

ביליתי עם **דב, סלין** ובנם הצעיר ⬛⬛⬛⬛⬛⬛⬛⬛ש, ובקיץ שלאחריו שוב שהיתי איתם כשבועיים.

היות ובאתי כדי ללמוד עם אשתו סלין, זכיתי להכנס מעט לאינטימיות של הזוג, הייתי בביתם פעמים רבות מאוד, וראיתי אותם בחייהם במצבים אישיים שונים. לאחר מכן גם נפגשנו ללמידה בארץ בביתם שבהרצליה. היו לנו שיחות רבות על נושאים אישיים ומשפחתיים, על החלומות שלו כאדם וכיהודי, על האופן שבו רצה לגדל את משפחתו ואת ילדיו.

ההרשמות שלי מדב היא של אדם נעים הליכות, מנומס, חביב ולבבי, אולי מעט מופנם שעם זאת לא קשה להתחבר אליו ולפתח איתו שיחת רעים. ראיתי את דאגתו לאשתו ולבנו ואת החשיבות המרכזית של המשפחה בעיניו, שהיתה לדבריו הטעם לכל דבר חשוב בעיניו.

כלפיי הוא היה יותר מהוגן בכל דבוריו והתחייבויותיו. גם אחרי שהסתיים הקשר המקצועי בנינו, דב שמר איתי על תקשר כדי לעדכן אותי על לידת ביתו השניה, והיה לו חשוב לי לשלוח לי תמונות של הילידים שכה אהב.

בעיני דב דוגמא לאב, לבעל ולאיש משפחה, שחרף עסקים חובקי עולם נסיעות רבות ותכופות הוא דאג להשאיר תמיד את הכל מסודר כך שתהיה לסלין כמה שפחות טירחה וקושי בניהול המשפחה וגידול הילדים.

כל זמן שהותיו בג'ניבה הוא דאג לי והיה רגיש לצרכים שלי כאדם שומר מצוות, חלק איתי הרבה מאוד ממחשבותיו וחלומותיו בעניני משפחתו, ועד כמה היה לו חשוב לבנות אותו על ערכים יהודיים.

הזמן שביליתי שם זכור לי לטובה, ימים טובים ונעימים בחברת משפחה מאוד מתוקה.

אני מאוחל לו הרבה מאוד הצלחה ומקווה שבית המשפט יתחשב באיכויות יוצאות הדופן שלו כאדם, כיהודי, כבעל וכאב בשעה שידון בעניניו.

בברכה



דניאל טואיטו

**A-64**