07.13.2021

The Honorable Victor Marrero
United States District Court, Southern District of New York,
Daniel Patrick Moyniham US Courthouse
500 Pearl Street, New York, NY

Your Honor,

I asked to write this letter to you as I know Dov and his family for more than 12 years now, and when I came aware of this difficult situation, I knew I needed to try and testify for the Dov I know so that you will see more sides and the true man he is.

My name is Alon Netser, I am a CFO and COO of several startup in the Healthcare industry. I am not familiar with the specifics of the case in front of you, but I do know Dov and have known him for a long time and with many types of interactions, including business and private. Dov was always true, professional, transparent, and fair.

I met Dov during my relocation to Geneva and thru the local community. Dov was the go-to person for questions for anything locally one would need to know, any question or help I needed. As such, we became friends and spent time together, privately, in different events and in joint vacations, both with the families andalone.

The Dov I know helped me several times when I needed it and when I was too shy to ask. With no questions asked, no return or difficulties and always with a smile and a real care. Furthermore, during my work I needed some professional guidance and asked Dov for it- Dov was always there, always trying to understand, to help and to guide.

Over time we also got to know Celine and were amazed by Dov's love and caring for her, around his family Dov was always happy, shining and caring. When we moved back to Israel we stayed in touch with Dov and Celine who were also in Israel and saw how Dov tried to spend quality time with his son ▮▮▮▮ and his daughter ▮▮▮ always reminding us to do the same and cherish those simple and unique moments. It is devastating to know that Dov has already missed so much time with his family and children that need him so much.

I tried to keep it short as I cannot find enough words during these difficult times. I am overwhelmed with emotions, and I can only hope you will find it in your heart to allow Dov to reunite with his wife and children as soon as possible and avoid a ruined family.

Sincerely,
Alon Netser

**A-65**

The Honorable Victor Marrero
United States District Court, Southern District of New York,
Daniel Patrick Moynihan US Courthouse
500 Pearl Street, New York, NY

Subject: Dov Malnik                                         July 21, 2021

My name is Nir Yusim, a friend of Dov Malnik's since we first met in kindergarten, and I have been connected with him through our families ever since. I started swimming lessons with Dov and I can count to credit many years of training and shared experiences. Over the years Dov has evolved to become an outstanding swimmer with major achievements in Israel. All the way to the swimming summit Dov maintained modesty, never bragged about his accomplishments and did not let the weaker teammates in swimming feel inferior or unimportant.

After graduating from the US and finishing his swimming chapter in life, Dov built his career with the same dedication and diligence that characterized him in swimming.

I myself have remained active in the field of sports and every year for the past decade I have been organizing an international competition for youth in badminton in Israel. The competition attracts youth players from 30 countries around the world. In 2018 when the tournament was in question due to lack of funding, Dov signed up to support without any hesitation to help the competition with his generous donation and actually saved its existence.

Anyone who is active in the field of sports in Israel knows how difficult it is to raise donations in Israel, even with very close friends. Dov came to the rescue immediately both because he was happy to share his successes from his job and also because he understands the hearts of the youth athletes.

A caring and sensitive person like Dov will not remain indifferent to the matter in question and this will not pass him by without affecting him in a profound and changing way.

I am confident, from my personal acquaintance with Dov, that he deserves the mercy of the court and the leniency in ruling of the Honorable Judge in his case.

Sincerely,

Nir Yusim

**A-66**

07-11-2021

The Honorable Victor Marrero,
United States District Court,
Southern District of New York Daniel Patrick Moynihan  US Courthouse,
500 Pearl Street, New York, NY


My name is Moti Hershku, I am 71 years old, married to Tzila, father of three children and grandfather to six grandchildren.

After starting with our bare hands in 1972 a small factory for Poliatilan cardboard boxes and made it in the course of time into a successful public company, in 2009 we sold our holdings and went on early retirement.

We were looking where to invest the proceeds of the sale and so, through a recommendation of friends, we arrived to a Swiss bank which specialized in private banking, where we met Dov Malnik. From the first moment an amazing chemistry was created between us and within few months a relationship was formed, which was based on an absolute and complete trust. Dov turned out to be top class as a professional, always energetic, very knowledgeable of the capital markets, thriving to create and be on top of movements in the markets. Despite our substantial age gap, slowly but surely a relationship was formed, warm, friendly, fatherly, and Dov shared with me many of his personal experiences and his inner thoughts. Our relationship was very tight, and we talked practically every day, not always in the regular working hours. Dov was always available and attentive to my challenging questions. He is a man of hard work, very humble and always ready to help others.

Dov told me about his childhood, his accomplishments and awards in the sport of swimming, about his family, his parents and brothers, and about the connection with his future wife Celine, which was only starting at that time.

With every visit in Israel, whether it was for work or personal, Dov always found the time to meet with me, and later on with my youngest son Eyal, which is at the same age as him, and with him as well Dov formed a strong friendship.

After leaving the bank, our relationship continued and we were guests at his celebration with Celine, his amazing wife. Dov built a family to be proud of, and he has today two beautiful kids who miss so much their father, to whom they are so attached, and in this fragile age he has been absent from their life.

Dov is an remarkable husband and father, who is connected deeply with his children and his wife, a true friend with a huge heart, who knows to help and support his friends in time of need

and for all that your honor, I plea for you to consider the major pain already suffered by this amazing man in the last few years, and it is in your power to allow him the opportunity to come back to his family and rebuild his life. I am a man of fate, and I have always believed that god is looking from above and protects those people with compassionate and merciful heart.

I wish you a healthy and long life, and I pray that Dov will come back quickly to his family.

Respectfully yours,

Moty Hershku

*07-11–2021*

*THE HONORABLE VICTOR MARRERO*

*UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK*

*DANIEL PATRICK MOYNIHAN US COURTHOUSE*

*500 PEARL STREET, NEW YORK, NY*

שמי מוטי הרשקו, בן 71 נשוי לסלין , אב לשלושה ילדים וסבא ל 6 נכדים.

לאחר שהקמנו במו ידינו ב1972 מפעל קטן לייצור אריזות פוליאטילן והפכנו אותו במרוצת השנים לחברה ציבורית מצליחה, בשנת 2007 מכרנו את האחזקות שלנו ויצאנו לפנסיה מוקדמת.

חיפשנו היכן להשקיע את תמורת המכירה וכך , בהמלצת חברים, הגענו לבנק שוויצרי שהתמחה בבנקאות פרטית ושם פגשנו את דב מלניק. מהרגע הראשון להכרותינו נוצרה בינינו כימיה מדהימה ובתוך כמה חודשים של הכרות , נוצרה מערכת יחסים שהתבססה על אימון מוחלט. דב התגלה כאיש מקצוע מעולה, נמרץ, בעל הכרות מעמיקה עם שוק ההון, יוזם ותמיד ער לתנודות בשוק. למרות פער הגילים בינינו נוצרה עט עט מערכת יחסים חברית ואבהית ודב שיתף אותי לא מעט בחוויותיו האישיות ובלא מעט התלבטויות. הקשר שלנו היה מאד הדוק וכמעט מידי כמה ימים שוחחנו, לא תמיד בשעות עבודה מקובלות. דב היה תמיד זמין ותמיד קשוב לשאלות ובקשות שלי. הוא איש של עבודה קשה , צנוע ותמיד מוכן לעזור ולתרום .

דב סיפר לי על ילדותו, על הישגיו וזכויותיו בתוארים בענף ספורט השחיה, על משפחתו , על הוריו ואחיו ועל הקשר עם אישתו לעתיד שהיה אז בתחילתו.

עם כל ביקור בישראל, בעניני עבודה או ביקור משפחתי, תמיד דב פינה זמן למפגש איתי ובשלב מאוחר גם עם בני הצעיר , אייל, שהם באותו גיל, איתו נקשר קשר חברי אמיץ.

לאחר שדב עזב את הבנק , הקשר נשמר והיינו אורחים בחתונתו לסלין, אישתו המדהימה. דב הקים משפחה לתפארת, יש לו היום שני ילדים מקסימים שמתגעגעים געגועים עזים לאבא שאליו הם כה קשורים ודווקא בגיל הרך הוא נעדר מהם.

דב בעל ואבא למופת,  הקשור קשר אמיץ לילדיו ולרעיתו , חבר אמיתי עם לב ענק שידע לעזור ולתמוך בחבריו בזמני מצוקה ולכן כבוד השופט, אנא תתחשב בסבל

הרב ובמה שעבר על האיש המדהים הזה בשנים האחרונות ובכוחך להעניק לו את ההזדמנות לחזור לחיק משפחתו ולבנות את חייו מחדש. איש מאמין אנוכי ותמיד האמנתי שאלהים מסתכל מלמעלה ושומר  על אנשים עם חמלה ולב רחום.

אני מאחל לך בריאות ואריכות ימים ומי יתן ודב יחזור במהרה לחיק משפחתו.

בכבוד רב,

מוטי הרשקו

**A-67**

July 20, 2021

Dale Hersey

████████████████████

The Honorable Victor Marrero
United States District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, New York, NY 10007

*Re: Dov Malnik Support Letter*

Judge Marrero, Your Honor,

There have only been a handful of moments in my life where I sit back and think "wow, I never thought I'd be doing this". Writing a letter of this subject represents one of those moments. That said, I am pleased to write this letter in support of Dov Malnik, my dear friend Daniel Malnik's brother. I have known Daniel since 2010. I met him during our "super-day" interviews in New York City for what ended up being our first employer after completing our undergraduate studies. Daniel and I hit it off immediately, so much that we agreed to be roommates upon moving to New York City full-time in the Summer of 2011. While our lives since have taken us to different geographies and employers, we remain extremely close friends. During the years we spent living together, and many years after, I have learned how important family is to Daniel, especially his brother, Dov. It was not uncommon for Daniel to spend our 20-minute commute each morning and late evening on the phone with Dov or to find him in a conference/break room in our offices pushing Dov for a fresh round of mentoring to get him through the difficult decisions of that day. I always wished I had my own Dov to rely on – Daniel truly cherishes the relationship he has with his older brother. I have seen firsthand how Daniel and Dov's relationship has shaped Daniel's character, which is best described as sensible, loyal, trustworthy, hardworking with a no-excuse attitude.

When the COVID-19 health pandemic struck our Nation, Daniel and I finally reunited in-person when Daniel temporarily relocated to Florida, where I have resided since 2017. We were roommates again, this time in West Palm Beach. It was not long after Daniel's arrival in early 2020 when he shared the news about the charges Dov faced and his ultimate arrest in Switzerland. Little did I know that the catalyst for relocating to Florida with me was his way of escaping all the madness that was quickly surrounding him and his family. This was my chance to be Daniel's support system and repay him for all the years he had been there for me during the tough moments of my life. I could immediately tell how impactful Dov's situation was on Daniel, and over the course of the next 6-7 months, I witnessed how devastating it was on him and his family. Often, Daniel would confide in me details of Dov's detainment in Switzerland and the intense stress faced among his family. I saw Daniel's struggle on daily basis as he was not able to connect with his older brother, other than via letters. I was shaken by the environment described, which says a lot as I pride myself on my physical and mental toughness. I watched as Daniel juggled the emotional trauma that comes with such a helpless situation, as his surrounding family members struggled to get through the days without Dov's presence.

Finally, now, there is a chance to put an end to this beloved family's nightmare. A nightmare that I am beyond supportive to see end. While Dov and I have never been "tied-at-the-hip," like his brother and me, my heart hurts and I question basic humanity for what he has gone through over this past year. To face incarceration in normal times is beyond challenging, but to go through it during the COVID-19 health pandemic, in a non-native country and to face such impossible conditions is unfathomable.

Judge Marrero, Your Honor, I hope you find the compassion to accept Dov's forgiveness, and to see that not only Dov, but his family and friends, including my best friend, Daniel, have been penalized more than adequately and to permit him to return home where he belongs.

Respectfully,

*Dale Hersey*

Dale Hersey

# A-68

The Honorable Victor Marrero,

United States District Court, Southern District of New York

Daniel Patrick Moynihan US Courthouse, 500 Pearl street, New York, NY


July 24th, 2021

Greetings,

My name is Nili Rabinowitz Shalem, I am a human resources manager at a company called Plarium, I live in Herzliya in Israel.

I know Dov Malnik for 13 years now.

From the first moment we met, I felt like he was a particularly sensitive, loving, family and warm person. Cheerful, polite, full of joy of life and love for others.

I have seen up close how he helps everyone around him, in guidance, encouragement, help with the children, taking part in other's moment of joys and support at work and school. Dov has always been the smiling face to you in any situation - family, social and community events. His devotion was very evident - towards everyone around him, family friends and acquaintances – he is constantly around, asking, interested, respectful and kind towards everyone and everyone's families - no matter where they are from and what the context was. It was always important to Dov that people are happy and feel good around him - he noticed everyone, opened his heart and home to them, donated, protected and gave a hand.

I saw Dov in as a father, giving it all to his son and later to his baby daughter when she was just born. He supported his wife in everything and did his best to make her and everyone around him happy in any way possible.

As a mother of 3 little girls, I was very impressed with his dedication and devotion ██████████████ ████████████████████████████████████████████████████████████ ███████████████ Not only that, but he also donated later on necessary equipment to the hospital - and we learned this from an acquaintance we know in the hospital, not from him - so that even in this, he kept his astonishing modesty.

Dov decided to build his life with Celine, despite being of a different religion and culture. Here, too, Dov did not give up, and despite the hardships and cultural differences, did everything to bridge the gaps, and build a home that indeed built from diverse foundations – but is full of love and joy.

Dov spent every moment of his free time with his family, with inexhaustible energies, fully present, implicated and with love. This is how he spends time with each of his loved ones - taking care of them, their safety and security, their mood and their feelings.

In his sensitivity I have seen more than once how he helped without saying a word to the people who needed help, donated his money and energy, pushed and gave of his abilities and skills, and turned worlds to make people live their lives better.

It is known that anyone who needs something or is undecided and wants advice can turn to Dov, and he will immediately stop and give him a sympathetic shoulder and ear, and do for him whatever is needed.

I think Dov is a true friend, father, son, brother, and exemplary spouse, and I can wholeheartedly testify that he is a good person, with a wide heart, generosity and love for others.

Respectfully,

*Nili Rabinowitz-Shalem*

Nili Rabinowitz-Shalem

The Honorable Victor Marrero,

United States District Court, Southern District of New York

Daniel Patrick Moynihan US Courthouse, 500 Pearl street, New York, NY

24 ליולי 2021

שלום רב,

שמי נילי רבינוביץ שלם, מנהלת משאבי אנוש בחברת פלאריום, מתגוררת בהרצליה.
אני מכירה את דב מלניק מזה 13 שנים.
מהרגע הראשון שבו נפגשנו, הרגשתי שמדובר בבן אדם רגיש, אוהב, משפחתי וחם באופן מיוחד. עליז, מנומס,
מלא שמחת חיים ואהבה לזולת.
ראיתי מקרוב איך הוא עוזר לכל אחד שסביבו, בשיחות הכוונה, בעידוד, בעזרה עם הילדים, בהשתתפות בשמחות
ובתמיכה בעבודה ובלימודים. דב היה תמיד הפנים המחייכות אליך בכל מצב – אירועים משפחתיים, חברתים
וקהילתים. המסירות שלו היתה בולטת מאוד – כלפי כל אחד שסביבו, משפחה חברים ומכרים – נמצא כל הזמן
בסביבה, שואל, מתעניין, מכבד ואדיב כלפי כולם וכלפי המשפחות של כולם – לא משנה מאיפה הם ומה היה
הקשר. לדב תמיד היה חשוב שאנשים יהיו שמחים וירגישו טוב לידו – הוא שם לב לכל אחד ואחת, פתח את
ליבו ואת ביתו בפניהם, תרם, הגן ונתן יד.

ראיתי את דב באבהותו, נותן כל כולו לבנו ואחכ לבתו התינוקת כשרק נולדה. הוא תמך באישתו בכל דבר
ועניין והתאמץ מאוד לשמח אותה ואת כל הסובבים אותו בכל דרך שרק ניתן.

כאמא ל-3 בנות קטנות, התרשמתי מאוד ממסירותו ואיתנותו.
███████ לא רק זאת, אלא גם תרם ציוד הכרחי לבית החולים – וזאת
שמענו ממכר שלנו בבית החולים, לא ממנו – כך שגם שם צניעותו הפליאה.

דב החליט לבנות את חייו עם סלין, על אף היותה מדת ותרבות אחרת. גם פה דב לא וויתר, ועל אף הקשים
השונו התרבותי, עשה הכל כדי לגשר על הפערים, ולבנות משפחה למופת. הוא עזר לסלין להתמקם ולהקים בית
שאומנם בנוי על מקורות שונים – אך הוא מלא באהבה ובשמחה.

דב בילה כל רגע מזמנו הפנוי עם משפחתו, עם אנרגיות בלתי נדלות, נוכחות מלאה, השקעה ואהבה.
כך הוא גם מבלה עם כל אחד מהיקרים לו – דואג להם, לשלומם ולבטחונם, למצב רוחם ולרגשותיהם.
ברגישותו ראיתי לא אחת איך סייע בלי לומר מילה לאנשים שנזקקו לעזרה, תרם מכספו ומרצו, דחף והעניק
מיכולותיו וכישוריו, והפך עולמות כדי לגרום לאנשים לחיות את חייהם טוב יותר.

זה ידוע שמי שצריך משהו או מתלבט ורוצה עצה יכול לפנות אל דב, והוא מיד יעצור ויתן לו כתף ואוזן קשבת,
ויעשה בשבילו כל מה שידרש.

אני חושבת שדב מהווה חבר אמת, אבא, בן, אח, ובן זוג למופת, ואני יכולה להעיד בלב שלם, שהוא אדם טוב, עם
לב רחב, נדיבות ואהבה לזולת.

בברכה

נילי רבינוביץ-שלם

*Nili Rabinowitz Shalom*

**A-69**

July 3,2021

The Honorable Victor Marrero
United States District Court, Southern District of New York,
Daniel Patrick Moyniham US Courthouse
500 Pearl Street, New York, NY 10007-1312


Your honor,

After hearing recently about the events that happened to one of Israel's best swimmers in the past, Dov Malnik, I could not hold myself from writing this letter.

My name is Boris Finegold, and I worked with Dov's father, Yacov Malnik, in the Israeli Air Force in the field of electronic engineering for over 30 years.

I know Dov from his early childhood, I know the whole family who gave the perfect upbringing to their three sons. From the time Dov was young, he started swimming as did his two younger brothers. Dov spent a lot of time in his life to train hard, for hours every morning and evening, day in and day out, and was also able to do well in school.

I would like to tell you about one of the experiences I witnessed while attending the Israeli national championship held at the Wingate Institute of Sport.  Dov was in a very good form and won gold medals in the 50, 100 and 200 meters breastroke. By winning the 100, Dov qualified to be on the 4 X 100 Relay team who was a favorite to win gold.

Dov's close friend, who was a couple of years older, was also his biggest competitor and his teammate, and participated in his last meet before retiring. I'll never forget that Dov went to his coach and asked to give up his spot on the relay team to his friend, so he can have a chance to win gold in the last race of his career.

It's difficult for me to think about Dov being a negative element and in a criminal court. It is not representative of who he is and how he has lived his life. I hope you will take my letter into consideration and give Dov a second chance so he can go back and be there for my friend, his father and the rest of this wonderful family.


Sincerely yours,


Boris Finegold

3 июля 2021 г.

Достопочтенный судья Виктор Марреро,
Окружной суд США, Южный округ Нью-Йорка
Дэниел Патрик Мойнихэм Здание суда США
500 Pearl Street, Нью-Йорк, NY

Прочитав недавно в печати о событиях которые произошли с одним из лучших в прошлом пловцов Израиля Довом Мальником не мог остаться в стороне чтобы не написать это письмо.

Я, Файнгольд Борис, работал с его отцом,Яковом Мальником, в Военно-Воздушных силах Израиля,в области электроники больше 30 лет.
Знаком с Довом с его  раннего детства,знаю всю семью которая дала прекрасное воспитание всем своим трем сыновьям.С малых лет Дов начал заниматься плаванием и этому примеру последовали и его младшие братья.Спорт в его жизни занимал огромное количество времени,тренировки по несколько часов утром и вечером,каждый день.Вместе с тем отличная успеваемость в школе.

Мне бы хотелось рассказать один из случаев,в котором я был свидетелем.Это произошло на соревнованиях по плаванию в спортивном комплексе "VINGATE" в 2003 году. Его близкий друг пловец,Ури Штильман ,старше Дова на пару лет,уже заканчивал свою спортивную карьеру.Оба они выступали за команду "HAPOIL JERUSALEM ". Дов на этих соревнованиях был в очень хорошей форме,занимал первые места в заплывах на 50,100,200 метрах.
По окончанию соревнований должна была быть эстафета 4х100 метров где Дов должен был участвовать.Никогда не забуду Дов подошёл к своему тренеру и попросил чтобы вместо поставили в эстафету Ури для того чтобы напоследок он бы смог выиграть ещё одну медаль.Так это и случилось Ури был очень доволен.Все и я в том же числе были удивлены этим поступком.
Так воспитали его родители,спортивная секция,школа.Это один из множества примеров в которых Дов думал и заботился больше о других чем о себе.
Поэтому мне было очень странно прочитать статью,которая в отрицательной степени характеризует Дова .

Надеюсь что вы примете во внимание это письмо и на ваше снисхождение.


С Уважением


Борис Файнгольд.

**A-70**

The Honorable Victor Marrero,

United States District Court,

Southern District of New York

Daniel Patrick Moyniham US Courthouse,

500 Pearl street, New York, NY

July 7. 2021

<u>Testimony of the character of Dov Malnik</u>

The honorable Judge Victor Marrero,

I have known Dov Malnik's family for many years. In fact, for as long as I can remember - and for more than 65 years - I grew up with Dov's mother.

Although Larisa Malnik, back then Larisa Reznik, is a distant relative of mine, there was a warm and loving bond between our families. We met often and loved to mark birthdays and holidays together. We have always known that her family are honest, responsible and caring people – ones who can be trusted.

We later immigrated to Israel together in the early 1970s. There were quite a few adjustment difficulties, but we continued to keep in touch. I was at Larisa's wedding and I was glad that her husband Yacov Malnik is also a kind-hearted and pleasant-mannered man. The ties between the families were maintained even after the birth of their children.

I remember Dov from the first week of his birth. I followed his development and was happy to see him become a thoughtful and hardworking boy. I especially remember the birthday of Dov's grandmother, Fania, when I was impressed with how he cared for her, how he played the piano for her, how he always liked to listen patiently to her stories. Not every teenage boy is willing to pay such attention to his sick and old grandmother, but Dov did so willingly.

Over the years I have followed Dov's sporting and academic achievements. He was the pride of his parents. At the same time, I was under the impression that he always remained the same humble and sensitive person as I knew him.

I was also happy to meet Dov's wife during their union ceremony. They both seemed happy and full of dream for their future. I admired how Dov found time amidst all the hustle and bustle to pay attention to a personal conversation with me. I saw how he cared for his wife and enthusiastically recounted her work as a schoolteacher. I grew up in a family of teachers so it is easy for me to understand how much Celine needs her husband's emotional support.

They had their first son, ████ ██████████████████████████████████
███████████████████████████████████████ At that time Dov needed full mental
strength to encourage his wife and for many hours to stay in a hospital next to his son. Together they
prevailed.

As an expert on the psychological problems from birth trauma, I know how much little ████ needs the
daily support and love of his father besides him. They have a unique bond. Indeed, Dov serves as an
example of an exemplary father.

I do not have enough words to describe my concern for Dov's two small children if they are forced to
continue living without the close daily presence of their father. In light of all this, I would plead to
consider the whole family and give Dov a chance to return to his roles as a son, father, husband and as a
man who always knows how to contribute to the society.

Sincerely,

*Alon David*

Dr.Sc Elizabeth Levin

July 7. 2021

The Honorable Victor Marrero,
United States District Court,
Southern District of New York

Daniel Patrick Moyniham US Courthouse,
500 Pearl street, New York, NY

לכבוד השופט ויקטור  מררו,

עדות האופי של דב מלניק

שנים רבות אני מכירה את משפחתו של דב מלניק. למעשה מאז שאני זוכרת את עצמי – וזה כבר יותר מ-65 שנים – אני גדלתי עם אימא של דב.

אומנם לריסה מלניק, אז לריסה רוניק, היא קרובת משפחה רחוקה שלי, אך היה קשר חם ואוהב בין המשפחות שלנו. נפגשנו לעיתים קרובות ואהבנו לציין ימי הולדת וחגים ביחד. תמיד ידענו כי המשפחה שלה הם אנשים ישרים, אחראים ואכפתיים – כאלה שניתן לסמוך עליהם.

אחר כך עלינו ביחד לישראל בתחילת שנות ה- 70. היו לא מעט קשיי קליטה, אך המשכנו לשמור על הקשר. הייתי בחתונה של לריסה ושמחתי שגם בעלה יעקב מלניק הוא איש טוב לב ונעים הליכות. הקשרים בין המשפחות נשמרו גם אחרי לידת ילדיהם.

אני זוכרת את דב מהשבוע הראשון של לידתו. עקבתי אחרי התפתחותו ושמחתי לראות איך הוא הופך לנער מתחשב וחרוץ. זכור לי במיוחד יום הולדתה של סבתו,  דודה פנינה, כאשר היא סיפרה לי על נכדה האהוב. התרשמתי כיצד הוא דאג לה, איך ניגן בפסנתר את היצירות שהיא אהבה, איך אהב תמיד להקשיב לה בסבלנות. לא כל נער מתבגר מוכן להקדיש את תשומת לב כזאת לסבתה חולה וזקנה, אבל דב עשה זאת בחפץ לב.

במשך השנים עקבתי אחרי ההישגים הספורטיביים והלימודיים של  דב. הוא היה גאווה של הוריו. יחד עם זאת, התרשמתי שהוא נשאר תמיד אותו בחור צנוע ורגיש כפי שהכרתי.

הייתי גם בחתונה של דב. שניהם נראו מאושרים ומלאי תוכניות לעתיד. התפעלתי איך דב מצא זמן בין כל ההמולה להקדיש לי תשומת לב לשיחה אישית. ראיתי איך הוא דואג לאשתו ומוסר בהתלהבות על העבודה שלה כמורה בבית הספר. אני גדלתי במשפחה של זוג מורים ולכן קל לי להבין עד כמה סלין (אשתו של דב)  זקוקה לתמיכה רגשית של בעלה.

אחר כך נולד בנם הראשון של דב וסלין, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ביחד ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮ הם התגברו.

כבעלת דוקטורט וכמומחית לבעיות פסיכולוגיות של טראומות לידה אני יודעת עד כמה זקוק ▮▮▮ הקטן לעידוד ולאהבה יום-יומית של אביו  לידו. במיוחד בשל הקשר הייחודי ביניהם. ואכן דב משמש דוגמא של אב למופת.

אין לי מספיק מילים  כדי לתאר את דאגתי לשני ילדיו הקטנים של דב אם הם יאלצו לגדול בלי ליווי צמוד של אביהם. לאור כל זאת, אני מבקשת להתחשב בכל המשפחה  ולתת לדב הזדמנות לחזור לתפקידיו כבן, כאבא, כבעל וכאיש שתמיד יודע לתרום לסביבה ולחברה כולה.

בכבוד רב,

*Alon David*

אליזבטה לוין, Dr.Sc
July 7. 2021

**A-71**

July 4, 2021

The Honorable Victor Marrero

United States District Court, Southern District of New York,

Daniel Patrick Moynihan US Courthouse

500 Pearl Street, New York, NY

Subject: Character testament - Dov Malnik

Dear Judge Marrero,

My name is Carmel Livyatan and I am the head swimming coach at the Academy of Excellence in Sports in Israel.

I got to know Dov closely in the year 2000, the year I came to Minneapolis as an assistant coach for the University of Minnesota swimming team.

Dov was there, a prominent swimmer in his senior year of school and on the swimming team. I came for an unpaid volunteer position and had no place to stay. I was new in a foreign country, not knowing anyone and couldn't navigate my way around.

Although Dov was several years younger than me, he understood the situation and helped me in every possible way. He drove me from place to place more times that I can count, gave me a place to stay at his apartment and simply helped me out. I stayed in Minneapolis for about six months.

This period ended up being an important milestone in my coaching career. Thanks to Dov, I was able to go through this experience and even enjoyed it in the process. Not only that, I was able to gain a friend. A special person who gives as much as he can, always with a smile, and never asking for anything in return.

He helped me in every way possible, and I am grateful to him to this day. I hope you would take this into consideration when making your decision.

With respect,

Carmel Livyatan

Head Coach

████████████████████ Israel

██████████████

**A-72**



## א.רבינוביץ ושות' | עורבי דין
## A.Rabinowitz & Co. | Law Offices

**Asher Rabinowitz, Adv.**
**Emil Gehorsam, Adv.**
**Rozil Amir, Adv.**
**Nurit Lifshitz,Adv.**

July 14, 2021

The Honorable Victor Marrero
United States District Judge
Southern District Of New York
Daniel Patrick Moyniham US Court House
500 Pearl Street
New York, NY 10007

Your Honor;

### Re: Mr. Dov Malnik

This letter is written to you as a character testimony for Mr. Malnik.

1. I have known Mr. Malnik for over 12 years and throughout my dealings with him, which were all on personal and not professional basis, I got to know a kind, sensitive, thoughtful person and a true friend and, as we say in Yiddish, a "mentch".

2. I have seen Mr. Malnik reaching out for friends in destress, I saw his attitude to the state of Israel, to his family members and to his friends and I also saw him on a daily base as a father, husband and a friend and founds his attitude to his family and friends impeccable, setting an example to his fellow friends.

3. Mr. Malnik is a great sportsman (swimmer) and represented Israel in the Olympics and other international competitions, achieving remarkable results bringing proud to the State of Israel, his family and friends.

4. In the last few years Mr. Malnik has experienced severe personal family problems with his father, ███████████████████ ████████████ Dov left his duties and attended to his father and his

████████████     ████████████████ Israel. ████



**א.רבינוביץ ושות' | עורכי דין**
**A.Rabinowitz & Co. | Law Offices**

Asher Rabinowitz, Adv.
Emil Gehorsam, Adv.
Rozil Amir, Adv.

medical situation in a most outstanding and remarkable manner of which one may think, way beyond the call of duty.

5. Some 4 years ago, when his first son was born premature, during a visit to Israel, his son was confined to hospital for many weeks. Dov stayed by his wife and son, days and nights until his son recovered and could fly back to Geneva, where they live. In appriciation of the care he got from the hospital (public hospital) and although he was not required to do so, he donated a handsome amount to the ward, to purchase much needed equipment to save future infants.

6. I believe Mr. Malnik has heavily suffered from the extremely harsh imprisonment conditions he had experienced in Switzerland prior to being sent to the United States (it is a different question for discussion on the impressment of prima facie innocent persons and the condition of such impressment). I believe that this fact should also be taken into consideration when sentenced by your Honor.

7. Mr. Malnik has a young wife and two small children. I believe he has not seen his younger daughter for more than a glimpse and his elder son (now about 4 years old) for hardly any time. This, in itself, is a heavy punishment for any person.

8. I trust this letter, together with other letters which I believe you have or will be receiving, will shed an extremely positive light of Mr. Malnik and will assist in easing his sentence as much as possible.

9. Thank you for taking up the time to read this letter.

Sincerely Yours,

Asher Rabinowitz, Adv.

**A-73**

July 12th, 2021

The Honorable Victor Marrero

United States District Court, Southern District of New York,

Daniel Patrick Moynihan US Courthouse

500 Pearl Street, New York, NY

Your Honor,

The first time I have encountered the name of Dov Malnik was at the beginning of the Millennium. Dov, who was in those days one of Israel's most known sportsmen, broke one swimming record after another and represented the country with great honor in many international competitions. He, together later with his brothers continued to make his family name (Malnik) quite famous in the sport field, while Dov remained certainly the greatest star.

After several years, the life hazard granted me the pleasure to meet Dov in person and make his acquaintance. It was at one of our visits to Geneva (Switzerland) where my daughter's family relocated out for professional reasons. As it happens many times, I was quite surprised since Dov was, at my first impression, very far from the tough appearance or behavior that usually characterizes such successful sportsmen. All the hardness needed to overcome the difficult moments a competitive career like his requested, remained locked inside him and to the contrary of my in-advance built-up image, I met a very tender and sensitive person who always cares about the people around, them being friends, family but not only.

During the time, together with my spouse, we made friends with Dov Malnik parents, thus getting many opportunities to size up the great and real character which Dov possesses. Due to his remarkable sensitivity, Dov is kindhearted and genuine philanthropist, in many instances giving charity in secret as the Jewish ancient tradition dictates.

It's in harmony with Dov Malnik's character that he is not only a good son but also an excellent father and family man. Knowing Dov, I am convinced that he got all potential to regain his best path in life and he is worthy this.

With all my respect,

Richard Stein Pietreanu

Yehud, Israel

A-74



14.08.2021

For the honor of the Honorable Judge Victor Marrero

District Court, Southern District of New York

500 pearl street, New York, New York.


Honorable judge,

My name is Hadar Ben Dror, and I would like to submit this letter as a character recommendation to Dov Malnik.

I have known Dov Malnik since he was 14 year old. Dov was an outstanding swimmer and I, as the coach of the Israeli youth team, had the privilege of coaching him on a daily basis, staying with him in training camps in Israel and abroad and at the Wingate training center, until the end of his career in the pool.

In the early stages of him being on the national team, the connection was very close since he was one out of only 3 swimmers who were preparing for the international championships. I met a hard responsible and serious guy who knows how to train hard and fight for victories but on the other hand he had social skills, and willingness to help other swimmers in times of crisis, give from himself to others and was always important for him the well-being of other swimmers in the team. As he progressed with his achievements, Dov stayed longer at the Wingate Institute, and occasionally and on my recommendation taught swimming to younger athletes and emerged as a role among the children. It is evident that it was important for him to pass on his love of the sport of swimming to the younger generations.

After he finished swimming, our relationship was less frequent but stayed good and remained with mutual appreciation. All these years, Dov continued to advise young swimmers, provide mental support and supported the development of the sport of swimming in Israel.

Dov is a man who knows how to work for the community and I have never doubted his kindness and honesty. I'm sorry to see what happened to him these days, and I believe he will know how to take responsibility for his actions and not repeat mistakes he have made.

With kind regards


Hadar Ben Dror

Former coach of the Israeli national swimming team



14.08.2021

לכבוד כבוד השופט ויקטור מררו Honorable Victor Marrero

בית המשפט המחוזי, מחוז הדרומי בניו יורק Southern District of New York Court

500 pearl street, New York, New York.

כבוד השופט,

שמי הדר בן דרור, ואני מעוניינת לשלוח מכתב זה כהמלצת אופי לדב מלניק.

את דב מלניק אני מכירה מאז היה בן 14. דב היה שחיין מצטיין ואני כמאמנת נבחרת הנוער של ישראל זכיתי לאמן אותו בצורה יומיומית, לשהות איתו במחנות אימון בארץ ובחו"ל וגם במרכז האימונים בוינגייט עד לסיום הקריירה שלו בבריכה.

בשלבים הראשונים של חברותו בנבחרת, הקשר היה קרוב מאד מאחר והיה מדובר ב3 שחיינים בלבד שהתכוננו לאליפויות הבינ"ל. פגשתי בחור אמין, רציני שיודע להשקיע ולהילחם אך מצד שני היו לו כישורים חברתיים ובכל מקום אליו הגיע קיבל הערכה והקשבה. דב היה ידוע כמישהו שתמיד מוכן לעזור לשחיינים אחרים בעיתות משבר, לתת מעצמו לזולת ותמיד ידע לדאג לרווחת השחיינים האחרים בקבוצה. עם ההתקדמות בהישגים שהה דב יותר זמן במכון וינגייט, מדי פעם ובהמלצתי הדריך שחייה והתגלה כדמות ומודל לחיקוי בקרב הילדים. ניכר כי היה לו חשוב להעביר את האהבה לספורט השחייה לדורות הצעירים.

לאחר שסיים לשחות הקשר היה לעיתים רחוקות יותר אבל נשאר קשר טוב עם הערכה הדדית. דב פעל לייעוץ לשחיינים צעירים, בתמיכה מנטלית ועידוד ספורט השחייה בישראל. דב הוא איש שיודע לפעול למען הקהילה ומעולם לא הטלתי ספק בטוב לבו וישרו. צר לי על מה שקרה לו בימים אלו, ואני מאמינה שהוא ידע לקחת אחריות על מעשיו ולא לחזור על טעויות שעשה בעבר.

בברכה

הדר בן דרור
מאמנת נבחרת ישראל בשחייה לשעבר



A-75



**MACCABI WORLD UNION**
WORLD EXECUTIVE HEADQUARTERS

August 28th, 2021

The Honorable Victor Marrero
United States District Court, Southern District of New York
500 Pearl Street, New York, NY

You Honor,

My name is Amir Peled and I am the chairman of the Maccabi World Union, an international body which is one of the largest and longest running Jewish organization in the world, spanning over five continents, 80 countries, and over 450,000 members. Founded in 1895, Maccabi uses its signature sports activity to attract Jews of all ages into closer personal identification and involvement with their communities and with Israel. Our clubs serve as community centres providing a wide diversity of educational, cultural, social, and sports activities. Most famously MWU is the organizer of the Maccabiah games in Israel every 4 years, known as "The Jewish Olympics".

I write this letter in connection with Dov Malnik's sentencing and ask the honorable court to show leniency in his sentencing. I do not have a close personal relationship with Dov but having been involved with Israeli sport in different capacities for decades, I have been following Dov for many years, and can attest to some of the qualities I have witnessed.

Dov Malnik is former Israeli star swimmer, who was multiple times national champion and former national record holder. He represented Israel with honor in several world championships and countless of international competitions. He also participated in two Maccabiah games - in 1997 and in 1993 where he won the junior title breaking the Maccabiah junior record in the 200 breaststroke.

Dov was the captain of the Israeli swimming delegation to the Maccabiah games in 1997, and being selected as captain by his teammates shows his leadership qualities and determination to work hard and support his fellow athlete to achieve their potential to and overcome obstacles in this tough demanding sport. From my experience and knowledge, Dov has always been an exemplary ambassador of the sport of swimming, of Israel and the values that the MWU stands for. He was and still is highly appreciated in the sports circles in Israel and since retiring and moving on oversees to different career path, he continued to be in contact with the swimming community and supported initiatives and athletes.



**MACCABI WORLD UNION**
WORLD EXECUTIVE HEADQUARTERS

It is with deep regret that I have learned of his indictment and was surprised to see Dov's name come up in negative context. Although I do not have the full details of the matter, I am confident that Dov's action for which he stands in front of you today do not represent the values of which he has always lived his life by, and is not indicative of who he is. I am confident that Dov will learn from his mistake and will continue to be an important and supportive pillar of the Israeli sport and the Jewish community.

With kind regards,

Amir Peled

# A-76

**The Honorable Victor Marrero**
**United States District Court,**
**Southern District of New York**
**500 Pearl Street, New York**

Your Honorable Sir,

Please allow me to introduce myself, my name is Yehoram (Romi) Stein, and I am the Co-
founder and CEO of OpenLegacy Technologies Ltd and its US based subsidiary, OpenLegacy
Inc.

OpenLegacy is a global enterprise software start-up, which drastically accelerates digital
transformation across key industries with Legacy applications, such as Banking, Insurance,
Telco, Industrial and Government (recall COVID-19 challenges across State & Local, for
example in NJ, where massive citizen services interruptions occurred due to outdated use of
Legacy technologies).

Today, OpenLegacy employs 120 people across the North America (NA), Latin America,
Europe and Asia Pacific. OpenLegacy NA is our fastest growing region, with 25 US based
employees and growing.

I am sharing this information to highlight that our path to success was quite challenging,
especially in the early days, back in the 2014-time frame.

In those days, my Co-founder and I were struggling to find angel investors that could
comprehend our vision to "help any enterprise, no matter how complex to turn truly digital", see
beyond the figures and understand the opportunity to bring innovation and make life easier for
consumers and citizens by making long-overdue digital services available to them in the
immediate present vs. the distant future.

One of those unique people we eventually found was Mr. Dov Malnik, who saw our financial
fight and the risks involved, but due to his own great innovation spirit, sustained us strongly in
our passion to change the technology domain and make the world a bit more digitally accessible
for consumersand citizens

Furthermore, over the first few years of our company's life, we ran into significant business and
financial challenges. And unlike other investors who turned their back to us or were reluctant to
help us -  Dov Malnik's was always open to hear us and assist us and saved no effort to support
our young company and team. For example, when one of our early client prospects was delaying
a planned technological project, (digitizing Dairy farming health regulations and medical
treatments) - Dov Malnik reached out directly to the client and helped reassure the client, that he
would personally be involved and work with us to ensure a successful delivery andguaranteed the
outcome of our planned project.

Thus, my Co-founder, Roi Mor and I would forever be grateful for Dov Malnik's personal
support and positive attitude, seeking to help people and do good. In our case as inexperienced
entrepreneurs – it made a major difference to get us on the successful path of becoming a global
company, helping make the world a bit more accessible to people.

Lastly, on a personal note, I would urge your honor to consider my inner knowledge and belief that Dov Malnik is a very good person at his core, always willing to help people in need, regardless of who they are.

Sincerely Yours,
Yehoram (Romi) Stein
July 12th , 2021

A-77

The Honorable Victor Marrero
United States District Court, Southern District of New York,
Daniel Patrick Moynihan US Courthouse
500 Pearl Street, New York, NY

July 16, 2021

Your Honor,

My name is Eran Ophir, I am a scientist with PhD in Life sciences from the Weizmann Institute of Science, Living in Israel with my wife and 3 kids. I met Dov during my Post-Doctoral training in Switzerland, and we became friends. I spent 4 years in Geneva, Switzerland and in those years, I learned to know Dov as a kind and generous person, with big heart, always willing to help and be there for his friends. Dov is always in the position of giving from himself while never asking back anything in return.

Dov is a very devoted family man. I remember how I was touched by the love between this couple and inspired when one time Dov made a surprise for Celine and in front of all our friends prepared a song for her and played the piano (he is a very talented Pianist with a real artist's soul).

Few year ago when his baby boy Nathan was born I was not surprised to see Dov, with his big heart, sensitivity and being such a family person, taking his role as an amazing father, waking up at night to feed and take care, to hold his baby boy in his arms with eyes full of love.

I do not know the specifics of this case but the Dov I know is respectful and a very good person, a friend who is always willing to help, contributes in the most positive way to his friends and his community. Dov already paid so much by reputation and by being separated from his family, including his newborn baby girl Noa that he hardly knows. I hope that the great price Dov already paid will be considered by your Honor.

Thank you,



Eran Ophir, PhD

**A-78**

*15/07/2021`*

*THE HONORABLE VICTOR MARRERO*

*UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK*

*DANIEL PATRICK MOYNIHAM US COURTHOUSE*

*500 PEARL STREET, NEW YORK, NY*

Dear Judge,

My name is Eyal Hershko, 40 years old, married + 3 children.

I got to know Dov through my father, Moty, who met Dov when he sold his holdings in his lifelong company and was looking for ways to invest his money wisely and in good and safe hands.

At first, I would hear from the side the warm bond that was formed between Dov and my father who is considered a pretty difficult person, but as soon as I saw that the bond became a relationship that was beyond work I also naturally began to develop friendships with Dov who is also my age.

Over the years, the friendship between me and Dov became closer and closer, to the point that I almost found a match for him while he was still single. Finally Dov got lucky and he won the love of his heart for which he courted for so long. Eventually, he established a lovely family with two amazing children and although his work requires from him many hours on the computer, Dov is a devoted and invested father, an exemplary family man.

It might seem natural that Dov's friends will praise him but in my opinion not at all, I actually think that in moments of distress in life, it is revealed who you are as a person to others, how much you are loved and surrounded, which is what happens to Dov now.

I wish to Dov my dear friend, long life and for our good friendship to continue.

Sincerely,

Eyal Hershku

15/07/2021`

THE HONORABLE VICTOR MARRERO

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

DANIEL PATRICK MOYNIHAM US COURTHOUSE

500 PEARL STREET, NEW YORK, NY


שמי אייל הרשקו, בן 40 נשוי + 3 ילדים.

את דב הכרתי דרך אבי, מוטי, אשר הכיר את דב כאשר מכר את אחזקותיו במפעל חייו וחיפש כיצד ניתן להשקיע את כספו בתבונה ובידיים טובות ובטוחות.

בהתחלה, הייתי שומע מהצד את הקשר החם אשר נרקם בין דב לאבי שנחשב לאדם דיי קשה, אך ברגע שראיתי שהקשר הולך ונהיה קשר שהוא מעבר לעבודה התחלתי גם אני באופן טבעי לרקום חברות עם דב שהוא בין היתר בן גילי.

עם השנים החברות ביני לבין דב הלכה ונהייתה יותר ויותר קרובה, עד למצב שכמעט ומצאתי לו שידוך עוד שהיה רווק. לבסוף התמזל מזלו של דב והוא זכה באהובת ליבו שאחריה חיזר חיזר כל כך הרבה זמן.  לימים, הקים משפחה מקסימה עם שני ילדים מדהימים שאף שעיסוקו מצריך שעות רבות על המחשב ,דב הוא אב מסור ומשקיע, איש משפחה משכמו ומעלה.


זה אמנם נראה מובן מאילו שחבריו של דב ישבחו אותו אך לטעמי ממש לא, אני דווקא חושב שברגעיי מצוקה בחיים, מתגלה לך כמה אתה אדם אהוב ומוקף כמו שקורה לדב כעת, ולכן אני מבקש ממך כבוד השופט, להסתכל ראשית על האדם שלפנייך ולא על דברים אחרים.

מאחל לך דב חברי היקר, אריכות ימים והמשך חברות טובה!

אייל הרשקו.

**A-79**

July 28, 2021

London, United Kingdom

The Honorable Victor Marrero

United States District Court, Southern District of New York,

Daniel Patrick Moyniham US Courthouse

500 Pearl Street, New York, NY

Your Honor,

My name is Liron Goldstein and I would like to submit this letter to plead for leniency in the sentencing of Dov Malnik. I am currently pursuing an MBA from London Business School and prior to that, I was working with Dov.

I first met Dov in 2016 in Hong Kong, through a mutual friend. He was very friendly and humble. At the time, I was doing an internship in Hong Kong, and I was looking for an analyst role in a finance company. Dov was the one who gave me an opportunity and hired me for an analyst position. Although we have over a decade apart in age, I was always amazed by Dov's simplicity and down to earth approach. He would treat every person with the same manner and the same attention, whether it is a young analyst or a large investor.

With time, I got to know Dov personally, I came across a very professional person with a great character. He was always happy to mentor and share advice and always with a smile on his face. Dov made sure that everyone feels heard and comfortable in the business environment, he really listened to the needs of everyone and always asked for opinions on how things can be done better. He never undervalued anyone's opinion.

I learned about Dov's family as well and got to know his wife, son and brothers. I met a very humble and nice family. For Dov, his family was always first, no matter how urgent things were at work, he always had time for his family and made sure they will come first. Whenever he spoke about his son, he had a spark in his eyes and he told me, not once, how different of a person he became since his son was born and how much his priorities are different now.

Dov  also encouraged me to go to Business School when i was considering it, he pointed out the benefits and advised me on how should I plan my path post-graduation. I am grateful for him for supporting and encouraging me in this decision.

Your Honor, I would not want to overstep, yet, knowing Dov, I honestly think that he has so much to contribute to society and more importantly to his young family. I hope the court would consider this and Dov's good deeds and heavy price already paid when sentencing him.

Sincerely,

Liron Goldstein

**A-80**

11/7/21

The Honorable Victor Marrero

United States District Court

Southern District of New York

Daniel Patrick Moynihan US Courthouse

500 Pearl Street, New York, NY

Dear Judge Marrero

My name is Rafi Chaski and I am 52 years old, I live in Israel, married and a father of three.

My acquaintance with Dov began six years ago through a mutual friend. The connection between us was immediately formed because my son is professional athlete similarly to Dov, and he is a member of the Israeli triathlon national team in Israel. As a person who was been there as a professional swimmer I was helped by Dov, I consulted with him and my son and I also received very important guidance from him. Dov was always patient and took the time to really be interested in assisting us, and his help as always been genuine.

He have seen Dov act in this way with many of the people in our group, and everyone know that Dov is someone you can turn for help when you need, because he has strong desire to help others with lots of caring.

I you will be able to see from the letters your honor gets how Dov's positive and important actions effect many people, and I pray you will allow him to return home.

CHASKI REFAEL

**A-81**

17.7.2021

The Honorable Victor Marrero

United States District Court, Southern District of New York,

Daniel Patrick Moyniham US Courthouse

500 Pearl Street, New York, NY


Your honor,

We, the undersigned Arkady Brazhin (retired IBM Israel) and Irina Khamelis (retired BEZEQ Israel), consider it our duty to tell about the family of our close friends Larisa and Yakov Malnik, their three sons, and especially about their eldest son Dov Malnik.

Over the years of our friendship, we realized that this family differs from many families in its cohesion and mutual understanding. The older generation of the family has invested incalculable energy in the upbringing of their three sons. And this was reflected in the high level of education they received, as well as in numerous sport achievements.

The example of the attitude of parents to their older generation of grandparents could not but be reflected in the attitude of children to their parents. The eldest son of Dov by him being the eldest took the central place in the family. One cannot but appreciate his concern for his parents, as well as for his younger brothers. It is safe to say that no family decision is made without his active participation. In him, the younger brothers received another parent. His many sporting achievements were examples to his brothers. For all training sessions and competitions in swimming at any time Dov's father drove his sons for years, accompanied and supported by advice and deed. And even nowadays, when the sons are already adults, their father goes to meet and escort them to the airport at any time of the day or night, no matter what. Dov's mother Larisa is a person of great responsibility, not a single request is ignored. The family is surrounded by honor and kind attitude from numerous friends.

We got to meet Dov for the first time 6 years ago. He bought tickets for a special theatre show for him his girlfriend Celine, and his parents. His parents were not able to come that day, and he offered that they give the tickets to someone from their friends. Through that we ended up going to this magnificent show, sitting together with Dov and Celine, and although he did not know us at all and despite the 30 years of age different between us, he made us feel natural and comfortable, was very kind, and refused to accept any return for the tickets he gave us. He is a good man, kind man, and we hope that you will how him mercy with sentencing.


Arkady Brazhin and Irina Khamelis

Достопочтенный Виктор Марреро,

Окружной суд США, Южный округ Нью-Йорка

Дэниел Патрик Мойнихэм Здание суда США

500 Жемчужная улица Нью-Йорк, штат Нью-Йорк

Достопочтенный Виктор Марреро,

Мы, нижеподписавшиеся Аркадий Бражин (пенсионер IBM Израиль) и Ирина Хамелис (пенсионер BEZEQ Израиль), считаем своим долгом дать рассказать о семье наших близких друзей Лариса и Яков Малник, их трех сыновей и в особенности об их старшем сыне Дов Малник.

За многие годы нашей дружбы мы поняли, что эта семья отличается от многих семей своей сплочённостью и взаимопониманием. Старшее поколение семьи вложило неисчислимую энергию в воспитание своих трех сыновей. И это выразилось в высоком уровне образования полученном ими, а также и в многочисленных спортивных успехах.

Пример отношения родителей  к своему старшему поколению бабушек дедушек не смог не отразиться и на отношении детей к родителям. Старший сын Дов по своему состоянию...характеру ведущего ... занял центральное место в семье. Нельзя не оценить его заботу о родителях, а также и о младших братьях. Можно с уверенностью сказать что ни одно семейное решение не принимается без его активного участия. В его лице младшие братья получили ещё одного родителя. Его многочисленные спортивные достижения были примером братьям. Дов получил звание рекордсмена Израиля по плаванью и его братья добились также этого звания несколькими годами позже. На все тренировки и соревнования по плаванью в любое время отец годами возил сыновей. Сопровождал и поддерживал советом и делом.  Да и теперь когда сыновья уже взрослые люди отец в любое время суток ездит встречать  и провожать  их в аэропорт. Мать Лариса человек исключительной ответственности. Ни одна просьба  не  остаётся без внимания. Оба родителя много лет проработали на ответственных должностях на больших государственных предприятиях. Семья окружена почётом и добрым отношением со стороны многочисленных друзей

Впервые мы с Довом встретились 6 лет назад. Он купил билеты на специальное театральное представление для своей подруги Селин и его родителей. Его родители не смогли приехать в тот день, и он предложил передать билеты кому-нибудь из друзей. Благодаря этому мы в конечном итоге пошли на это великолепное шоу, сидя вместе с Довом и Селин, и хотя он совсем не знал нас, несмотря на то, что между нами различались 30 лет, он заставил нас чувствовать себя естественно и комфортно, был очень добр, и отказался принять какой-либо возврат за билеты, которые он нам дал. Он хороший человек, добрый человек, и мы надеемся, что вы проявите милосердие к нему с приговором.

Аркадий Бражин и Ирина Хамелис

17 июля 2021 г.

**A-82**

July 9, 2021

The Honorable Victor Marrero

United States District Court, Southern District of New York,

Daniel Patrick Moynihan US Courthouse

500 Pearl Street, New York, NY

<u>Subject: Dov Malnik support letter</u>

Dear Judge Marrero,

My name is Eran Groumi, I am 51 years old an ex Olympic swimmer representing Israel. I manage a swimming club in Israel in which dozens of kids and adults are learning to swim and practicing on a daily basis. We also have a masters team which is mostly comprised of ex swimmers who train for leisure.

Although I am older than Dov, I have known him for many years, first as a young up and coming swimmer when I was at the pick of my career, and later as a teammate when I made a comeback to swimming after retirement and trained together with Dov for few years. I can attest to Dov's true character as a hard worker athlete, who has achieved great levels not due to exceptional physical talent, but through dedication and hard work every single day, starting at 5 am in the pool. This is how he has been successful in his swimming career.

We have a tradition in our masters club where we celebrate birthdays by swimming a pool length multiplied by the age of the birthday person. With time, each year the distance is getting longer and longer. Some of our masers are ex swimmers with whom Dov used to swim in the national team, and although Dov was not part of our club, and in fact was living abroad, it was always beautiful for me to see how Dov makes the effort to be there, sometime arriving especially from aboard to be there for his friends, even if didn't really trained regularly. He would come, swim grueling exercises, giving it all that he had, and was really happy to simply be there to participate in the celebration of his friends.

I know these last legal developments have been very difficult for him and his family including his two brothers, both ex swimmers as well. Our small community in Israel was all in shock hearing about what happened and we are deeply sadden by it. All we hope for that your honor will consider all the love he gets even in this moment.

Sincerely yours,

Eran groumi

Eran Groumi

**A-83**

**14.7.2021**

**The Honorable Victor Marrero**

**U.S. District Court for the Southern District of New York**

**United States Courthouse, 500 Pearl St.**

**New York, NY 10007-1312, USA**

Honorable Judge,

My name is Ovadia Azouri, I am 52 years old and I have known Dov for more than a decade. He and I met while sharing the same hobby – off road riding. In our group of people sharing the same passion, Dov is one of the most dedicated, hardworking and innovative people I have ever met.

In my own experience, Dov never misses the opportunity to help others. Once I needed a critical part for my bike just before going on an important weekend trip in the dessert which I planned for many weeks. I messaged our group of friends and of course Dov immediately jumped and quickly made sure that I get it in time although we weren't very close friends at that time.

That made me understand Dov's character, his willingness to reach out and help, be there at the time of need. People such as Dov are the kind of people you want to have next to you when in trouble.

I hope and pray that Dov will be able to reunite with his family and friends in the nearest future. He is a good man and deserve your honor's mercy.


Best regards,

Ovadia Azouri

A-84

July 25, 2021

Herzliya, Israel

The Honorable Victor Marrero
United States District Court
Southern District ofNew York
Daniel Patrick Moyniham US Courthouse
500 Pearl street
New York, NY

Dear Honorable Judge Marrero,

My name is Nir Yeshaya, I'm a private banker in an established private bank. I have moved to Geneva, Switzerland in 2013 and have recently returned to live in Israel in a city called Herzliya with my wife and two small sons.

My first interaction with Dov was in 2013, several weeks after I have moved to Geneva from Tel Aviv, Israel. I have met Dov via a common friend. Dov was nice and very friendly and we immediately became good friends. He was always welcoming, friendly and accepted everyone for who they are, regardless of their background. Dov was inviting people to his house for whichever reason, if it is just for barbeque or to watch soccer games, etc. He was really the backbone of the Israeli community in my early year in Geneve. I owe many of my social connections and interactions to Dov which helped me cope with a not easy transition year to a new country and for that I will always be grateful. Dov was also immensely helpful with career advice and was mentoring me and others to help us navigate in a new country in a new business environment.

I can describe Dov as kind and generous, one who is first to volunteer and help people. He was always looking for the welfare of the people around him and played a substantial part to connect the Jewish and Israeli communities in Geneva. I remember how Dov helped to finance and organize a fundraising concert by an Israeli performer in Geneve which was a great success and brought together so many people. Dov was always happy to help a good cause and he always did whatever he could in order to help those in need. Whether financially, moral support or by introducing to the relevant people; I also know that he was frequently donating to Israeli youth organizations.

Dov is a great husband and father, I remember the hours he spent with Natan, his first-born child, in the playground. When Natan was born I was still without kids of my own and from time to time I used to accompany him on the weekends to the playground. I remember the joy and happiness in the eyes of Natan every time Dov was running and playing with him. Unfortunately he did not got the chance to do the same with his little girl, Noa, as he spent such a lengthy prison time exactly in the year of her starting to walk

and run. Nowadays, as I have two young kids of my own, I appreciate and understand how committed he is to his children and what an amazing father and husband he is.

With time I have also got to know his brothers and parents. I have witnessed a family with great values and very modest. It is clear to me where did Dov got his good heart and care for fellowman. It sadness me that his good family has to go through all the pain and sorrow they are going through in the last year.

I would like to thank you for taking the time to read this letter.

With best regards and appreciation

Nir Yeshaya

# A-85

The Honorable Victor Marrero
United States District Court, Southern District of New York,
Daniel Patrick Moyniham US Courthouse
500 Pearl Street, New York, NY

14 July 2021

Your Honor,

My name is Shiri Netser and I am a Director of Business Development in a global pharmaceutical company in Israel.

When I heard about the sentencing and Dov's situation in this case, I immediately wanted to support and do what I can to help him. Unfortunately, the sad circumstances brought this opportunity that I can be of help to him, after many years he offered his generosity and friendship to me and my family.

I have known Dov for the past 10 years. We met soon after our family moved to Geneva, and together with a group of Israelis who live there, he immediately welcomed us and offered his help and support.

Soon after we moved I was on maternity leave and Dov offered to meet me and introduce me to some of his colleagues and friends to help me find a job in Geneva and the area. Dov was our go-to person for any question and we soon became friends spending time together on joint vacations.

With time we also learned to know his partner Celine as part of the group, and we were happy to see their growing love. Despite his demanding career, Dov cared a lot about his kids and showed plenty of affection and love for them.

While I am not familiar with the details of the case, I hope you will be able to consider his great character and young family as they need him in their lives.

Sincerely,
Shiri Netser

A-86

The Honorable Victor Marrero

United States District Court, Southern District of New York,

Daniel Patrick Moynihan US Courthouse

500 Pearl Street,

New York, NY

Ramat Asharon, Israel

July 13th, 2021

Re: Dov Malnik

Dear Judge Marrero,

My name is Tal Mashkif, I am 53 years old, married with two children, and live in Israel. Let me assure you, your honor, I have known Dov as a good friend, strong person and wonderful family man over many years. I have known his family, I saw him growing up, taking the first steps into the sport career and becoming a good man with kind heart.

Thanks to his strong character and hard work he achieved huge success in sport career. Being highly motivated, I know him as one of the most successful athletes I ever met. At the same time, despite ambitions, Dov is a person whose highest value has always been family and the well- being of the loved ones.  I always knew him as a great family man, loving husband and an amazing father facing the world with and open mind and gratitude.

Beside his own professional achievements, I have seen him do great and right things for children, being a leader and a role model to young athletes. He often spent time advising young athletes on how to combine life as an athlete with developing your future for the life after sport, to make sure that the transition will be ok when eventually athletes retire. He encouraged them to apply to universities, helped with admission procedures and with exams. I was sincerely impressed to see him taking care of their future in the way he did it.

Knowing his good soul, l am convinced he has learnt this painful lesson and deserved the second chance to be a positive member of society as he has always been.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Dov to be an honorable individual, a valuable member of the society and a good human being.

Sincerely yours,

Tal Mashkif

A-87

ISRAEL
11 july 2021

For:
The Honorable Victor Marrero,
United States District Court,
Southern District of New York Daniel Patrick Moynihan US Courthouse,
500 Pearl Street, New York, NY


Your Honor,

My name is Oren Tamir, I am 50 years old and live in Israel.

I met Dov five years ago in an off-road riding group. Dov is a positive-minded guy, who is always smiling, always wanting to do good for the environment. Dov is the type of guy who constantly asks how he can help.

Over the years, Dov and I got to travel several times together abroad, as part of our riding group. Dov has always been very dominant, leading the group's good spirit and putting everyone in a upbeat mood. He is simply a friend who is fun to be around. A friend everybody want to have.

When Dov traveled to Hong Kong or to Switzerland, we kept in touch, and when he came back to Israel, we always met and went on trips with the family and kids. He loves nature, the simple things, and he is a true people's person. A well-rounded guy, he can converse about many interesting topics, and always be genuinely interested in you.

I truly wish everyone to have at least one friend like Dov. Someone who knows how to listen and give good advice, someone you can trust and always count on. And of course with his captivating smile that oozes positivity.

It's inspiring to see how Dov treats his wife Celine, with all the sensitivity and understanding in the world. He is a family man first and foremost and seeing him separated like this from his kids for so long is heart breaking.

Sincerely yours,


Oren Tamir



**A-88**

05.07.2021

The Honorable Victor Marrero, United States District Court

Southern District of New York

Daniel Patrick Moyniham US Courthouse, 500 Pearl str.

New York, NY

Your Honor,

My wife Rima Yossim and I met the Malnik family 40 years ago when our eldest son Nir went to the Wizo kindergarten with Dov (Dovik).

Later, Dovik and Nir trained together for several years in swimming clubs in Rishon Lezion and Holon. Deep friendship has been formed between the two families which has been maintained throughout the years to this day.

Over the years we have witnessed Dovik's development as a son, brother, friend. If I had to describe Dovik in one word, I would say "Mensch". Dovik supports and cares for his retired parents in every possible way:

Finding an expert surgeon for his dad.

Helping his younger brothers at work and school.

Financial support for buying an Apartment.

You could say it's a natural thing, but I want to tell you about a case that Dovik helped me directly and anonymously, so I could not thank him for that.

Every year, the Maccabi Rishon Lezion Badminton Club organizes an international youth badminton championship. Hundreds of young badminton players from Europe, Asia, and America participate in the competition. In 2018, Dovik learned that one of the sponsors would not transfer the guaranteed amount and thus there was a fear that the competition would be canceled due to the budget deficit. I, the club chairman is in charge of the competition budget, told Dovik's father about it. When Dovik heard about the situation he decided to make a significant contribution through his parents, which eventually made it possible to hold the championship.

I have heard of similar cases where Dovik immediately undertook to personally help friends in Israel and abroad with a whole heart and a willing mind. I would respectfully ask to take into consideration Dovik's rare character and qualities in determining his sentence.

Sincerely

Victor Yossim

Rishon Le Zion, Israel

05.07.2021

לכבוד

The Honorable Victor Marrero, United States District Court

Southern District of New York

Daniel Patrick Moyniham US Courthouse, 500 Pearl str.

New York, NY

כבוד השופט,

אשתי רימה יוסים ואנוכי הכרנו משפחת מלניק לפני 40 שנה כאשר הבן הבכור שלנו ניר הלך לגן ויצו יחד עם דב (דוביק).

בהמשך דוביק וניר התאמנו כמה שנים יחד בסקציות שחיה בראשון לציון ובחולון. בין שתי המשפחות נוצרו קשרי ידידות עמוקים שנשמרים לאורך כל השנים עד יום הזה.

במהלך השנים אנו היינו עדים להתפתחותו של דוביק בתור בן, אח, חבר. אם הייתי צריך לתאר את דוביק במילה אחת, הייתי אומר "המאנצ'". דוביק תומך ודואג לשני הוריו פנסיונרים בכל דבר אפשרי:

- מציאת רופא מנתח לאבא
- עזרה לאחיו הצעירים בעבודה ובלימודים
- תמיכה כספית ברכישת דירה

אפשר לומר שזה טבעי, אבל ברצוני לספר על המקרה שדוביק עזר לי באופן ישיר ובעילום שם, כך שגם לא יכולתי להודות לו על כך.

מידי שנה מועדון בדמינטון מכבי ראשון לציון מארגן אליפות בינלאומית לנוער בבדמינטון. בתחרות משתתפים מאות שחקני בדמינטון צעירים מאירופה, אסיה, אמריקה. בשנת 2018 לדוביק נודע שאחד התורמים לא יעביר את הסכום המובטח ובכך הסתמן חשש שהתחרות תבוטל עקב הגרעון התקציבי. אני, שבתור יושב ראש המועדון אחראי על תקציב התחרות, סיפרתי על כך לאביו של דוביק. כאשר המקרה נודע לדוביק הוא החליט להעביר תרומה משמעותית דרך הוריו, מה שבסופו של דבר אפשר לקיים את האליפות.

אני שמעתי על מקרים דומים בהם דוביק התגייס מייד לעזור באופן אישי לחברים בארץ ובחו"ל עם לב שלם ונפש חפצה. מבקש להתחשב בתכונות אופי הנדירות של דוביק בקביעת עונשו.

בכבוד רב

ויקטור יוסים

# A-89

The Honorable Victor Marrero                                    July 12th, 2021

United States District Court, Southern District of New York

Daniel Patrick Moynihan US Courthouse

500 Pearl Street, New York, NY

United States of America


Your Honor,

My name is Yonatan Arami, and I write this letter for Dov Malnik's sentencing. Dov and I met in 1998 at the Wingate School- at the time he was a professional swimmer, and I was a professional athlete in judo. Through mutual interests, we instantly connected and built a relationship.

One of the major things I remember while I was a professional athlete was a hard period, during the preparation for the Olympics games. Dov helped me go throw it with lots of conversations sometime into the middle of the night. He supported me while I needed this the most. For me, this kind of attention isn't taken for granted. Throughout our relationship, Dov was always been a role model to me- humble, professional, and the epitome of sportsmanship.

After retiring from being an athlete in 2004, Dov continued on to study and work abroad, but we always kept in touch. He was always surrounded by great people and emanated generosity and friendship.

Dov is honest, professional, kind, and humble in an unparalleled way. He has suffered a great deal in the past year being separated from his kids, and with the devastating reputational damage to him in Israel. It is not easy to overcome this, but I know Dov will do his best.


Sincerely yours,

*Yohonatan Arami*

Yonatan Arami

Tel Aviv, Israel

# A-90

From:                                                                July 14 2021

Guy Rabinowitz



████████████, Israel


To:

The Honourable Victor Marrero

United States District Court

Southern District of New York

Daniel Patrick Moynihan US Courthouse

500 Pearl Street, New York, NY, 10007


Dear Honourable Judge Marrero,

My name is Guy Rabinowitz, I am thirty-six years old. I have served as a special forces officer in the IDF. I have a bachelor's degree in business and literature from Baruch College in NYC. In the past four years I have been working as a theatre actor. I have personally known Mr. Dov Malnik for the past thirteen years as a very intimate friend of my family. Over the years, Mr. Malnik has proved to be one of those special friends, those that instantly become much more then just friends, they become family.

I believe that what constitutes the unique bond which exists between family members is the unconditional love, loyalty and dedication that somehow seems to take precedence over any other life matter. The first time I met Mr. Malnik was when I came to visit my brother Ron who was back then relocated to Geneva Switzerland with his wife. Dov was the friend who took my brother in, introduced him to his new city and made sure he felt right at home. When I met Dov on my trip to Geneva, as the younger brother of Ron, he was not under any obligation to open his heart to me, to give me any special attention or to show true interest in my life. I was just the younger brother of his new friend after all. Furthermore, as my background shows, I did not naturally belong with the business community, I did not have any vested interest in it or had anything to offer professionally to Mr. Malnik. To Dov none of that mattered, it was of no importance to him. For him, I was instantly a fellow friend, a person whom he could share a conversation with, share experiences with, give his time and energy to. I remember thinking to myself after that trip when we met: "Wow, what a wonderful individual Dov is, I'm truly happy my brother has been so lucky as to meet Dov and have him as a friend and confidant". It is not very often we are privileged with having such individuals in our lives.

I was not wrong at all. Over the years Dov has become a part of our family, a cherished guest at any dinner or vacation, a friend who will always go out of his way to help and assist. If ever I was in a tough spot and needed some sound advice, Dov would be there to offer his help.

When I started my journey in the theatre, Dov would encourage me to show up to as many auditions as I could, to learn more about the history of the arts, to perfect my skills, to respect my peers and

make sure I was a supportive ensemble member. As a past Olympic swimmer Dov has an innate sense of discipline and work ethic which he taught me to be of the most profound importance.

Dov's humble personality and thoughtfulness were a foundation for me to stand upon in testing times. He made me feel equal and respected. He showed me what friendship and comradeship meant. I was not surprised to see him become a most incredible husband and father. I watched him support his wife Celine through every stage of the birth of their first son Nathan which was challenging and hard. Dov was there at every turn, supporting, encouraging and being a spectacular team mate to his Celine.

As the elder son of the family he grew up in, Dov still gives the same kind of special care, love and attention to his siblings and parents each and every day.  I know I would like my sons to have the same bond of love that is shared by the parents and children of Dov's family.

Dov is a friend, a husband, a father, a neighbor and a community member I would consider myself lucky to have. He has helped me and many others more than once, more than twice, with unrivaled care and sensitivity.

I personally hold Mr. Malnik in the highest regard. I have nothing but gratitude for his unique humanity and huge generosity of heart and mind.


Sincerely

Guy Rabinowitz

**A-091**

**The Honorable Victor Marrero**

**United States District Court, Southern District of New York,**

**500 Pearl Street, New York, NY**                                   **7.7.21**

Your Honor Judge Marrero,

My name is Saar Shlomo and I live with my wife and two daughters in Switzerland. I am the global safety & security head of the IATA aviation company.

I got to know Dov very closely in the time I have lived in Israel and in Switzerland. Dov entered my life pretty quickly, from the first time we met in a mutual friend's house, we shared many conversation topics and discovered common interests. We both grew up in the same modest environment in Israel, graduated from the same class and we have mutual friends.

I should note that pretty quickly we got into each other's lives, and of course over the past few years we have known each other In-depth and have shared many experiences together, including with our families on many occasions in Israel and in Switzerland.

I've always seen the spark in Dov's eyes when we talked about the important things in life and what really matters. About family and children, good friends, the simple things the world has to offer like the nature and the sea. In these conversations we were both filled with pride about what we have achieved in our personal life – our partnership with our wives and our children.

I remember a time we sat in my backyard and my two daughters were jumping up and down on the trampoline. Dov looked at me with joy, genuinely happy to see how proud I was in this moment. For him there is nothing better than spending an afternoon with his kids, sharing father-son moments with his son █████

Your honor, Dov is a family man with a big heart! All I ask is that you consider leniency in his sentencing, but particularly for his children and for Celine who miss him so much and have not seen him for almost a year.

Dov is the backbone of the family and family is all that matters to him.

I join the many requests for leniency and consideration for this dear person.

With respect and regards,

Shlomo Sahar

Bellevue, Geneva, Switzerland

█████████████

**The Honorable Victor Marrero**

**United State Southern district of New York**

**500 Pearl Street, New York, NY, USA**

7.7.21                                          לכבוד השופט  ויקטור מררו

שמי סהר שלומי אני גר עם משפחתי , אשתי ושתי בנותיי בשוויץ

Saftey & Security Manager at IATA ████████

הכרותי הקרובה עם דב היא במהלך השנים בהן גרתי בישראל ובשוויץ.
דב נכנס לחיי די מהר החל מהפגישה הראשונה בבילוי משותף שבה גילינו נושאי שיחה ועניין
משותפים, גדלנו באותה סביבת מגורים צנועה בישראל וחולקים את אותו מחזור לימודים ולנו חברים
משותפים .
אציין שדי מהר נכנסנו אחד לחייו של השני. וכמובן במהלך השנים האחרונות הכרנו באופן מעמיק
ויצרנו חוויות משותפות רבות יחד כולל יחד עם המשפחות שלנו בלא מעט ארועים וחוויות בשוויץ
ובישראל .

תמיד ראיתי את הניצוץ בעניים של דב שדיברנו על הדברים הפשוטים של החיים על מה חשוב באמת .
על משפחה וילדים על חברים טובים על מה שיש לעולם להציע על טבע על ים .
בשיחות הללו היינו שנינו מתמלאים וגם גאים על מה שהשגנו בתחום האישי כלומר זוגיות וילדים.
אני זוכר את הפעם שבה ישבנו בגינה אצלי בבית והבנות שלי קפצו על הטרמפולינה בחצר ודב היה
המאושר לראות את כמה שמחתי ברגע הזה. בשבילו זה הכי כיף לבלות אחר הצהריים עם ילדיו, לחלוק
רגעי אב ובנו עם ████ יש להם קשר חזק מאוד. דב ציין שזה בדיוק מה שהוא הולך לעשות אצלו בגינה
כדי לצפות בילדיו הקטנים שמחים וקופצים בביטחה .
אמר וגם קיים !

כבוד השופט דב הינו איש משפחה עם לב גדול ! כל מה שאני מבקש זאת הקלה בעונשו של דב עבורו
אך ביתר שאת עבור ילדיו וזוגתו שמתגעגעים אליו והוא אליהם שלא התראו במעט שנה.
דב הוא עמוד התווך של המשפחה והמשפחה זה כל מה שחשוב לו.
אני מצטרף לבקשות הרבות להקלה בעונשו ולהתחשבות באדם היקר הזה .

With respect and regards

Sahar Shlomo
████████

A-92

Thursday, July 15, 2021

To The Honorable Victor Marrero
United States District Court,
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, New York, NY 1007-1312

Dear Judge Marrero,

My name is Sunita de Laat, I am 40 years old, Dutch in my origin, and I would like to submit this letter concerning my dear friend Dov Malnik.

Dov and his family have been a very warm and welcoming family to us, when we moved to Switzerland after my husband was relocated there.

I felt he was there for us for any questions we had, and even when he was in Hong Kong he would still take the time to guide us from a distance and introduced us to people who could help us. When moving countries there is always a lot of bureaucracy involved in the process, and Dov offered his advice and help anytime we needed it, which was a great support for us, especially since we did not speak the language.

Dov is such a devoted family man. We have very fond and warm memories from when his daughter was born 2 years ago. We came to visit then and spent a beautiful afternoon together, Dov was making us feel as part of their family. I have seen him as a warm, loving and very caring father for both ████ and ████ and I know that not being able to see them for so many months while in prison has absolutely devastated him.

I understand this is a complex matter, but Dov is very important to me and my family and we would be very grateful of a lenient sentence that will allow him to come back to his kids after all this suffering. I am sure he has learned his lesson forever.

With respect and regards,

Sunita de Laat

Geneva, Switzerland

████████████

**A-93**

**July 4ᵗʰ, 2021**

**The Honorable Victor Marrero, United States District Court, Southern District of New York**

**Daniel Patrick Moyniham US Courthouse, 500 Pearl street, New York, NY**

My name is David Alon.

I have known Dov Malnik since his birth in 1978 because I have worked with his father Yacov for over 30 years.

We both later retired and continued to be in touch. From my acquaintance with Dov, I can definitely say that he is a really good person, sociable, open, loved by people, loves people, always ready to help others, polite, respectful of people and respected by others, with a good and caring heart. And that, your honor, he inherited from his family. He's certainly not a problematic person who would disrespect others, mock, hurts or insults people.

I remember that years ago we went on vacation together with the families, and our children connected so well and always in a good atmosphere - much of it thanks to Dov who knows how to treat people well and connect with them.

Although he was very mature, developed and powerful as a child, he never used his power for doing harm, only for good. This was later reflected in his accomplishments.

My sons were in the swimming group with Dov and his brother. Dov has always helped and supported children younger than him. Later when he grew up and reached high levels, he was a leader in the team and also in the US when he was chosen by his teammates in college as captain - which is certainly indicative of his character.

When his father was in the hospital after his operation for cancer treatment, we came to visit him, and we met Dov there. In a conversation with him it turned out that he was there all the time, every morning and throughout the day. You see that he did not just come as an obligation, he came to help as much as possible and to be the support that his father needs so much with battling this cancer.

When he became a prominent and respected athlete and trained twice a day, his father Yacov would drive him before work to practices, and again after work. He was so dedicated, always calling to make sure everything was fine - he gave everything to the success of the boys, and was very devoted to them.

I hope Dov will soon be able to enjoy his family, children and all his friends again.


David Alon

4.7.21

The Honorable Victor Marrero, United States District Court, Southern District of New York
Daniel Patrick Moyniham US Courthouse, 500 Pearl street, New York, NY

שמי דוד אלון.

אני מכיר את דב מלניק מאז לידתו בשנת 1978 כי עבדתי עם אביו יעקב מעל 30 שנה .

לאחר מכן יצאנו לפנסיה ואנו ממשיכים להיות בקשר.  על פי היכרות שלי עם דב, אני בהחלט יכול לומר
שמדובר באדם באמת טוב, חברתי, פתוח, אהוב על הבריות, אוהב אנשים, בן אדם טוב שמוכן תמיד
לעזור לזולת, מנומס, מכובד ומכבד אנשים, עם לב טוב ואיכפתי.  ואת זה הוא ינק מהמשפחה שלו.

הוא לעולם לא יזיק לאחרים או צוחק או פוגע או מעליב אנשים.

אני זוכר שלפני שנים יצאנו יחד לטפש עם המשפחות, והילדים שלנו התחברו מאוד ובאווירה טובה-
הרבה תודות לדב שיודע להתייחס היטב לאנשים ולחבר ביניהם.

כמה שהיה בוגר, גדול וחזק אף פעם לא ניצל את הכוח שלו לרעה אלא לטובה. בהמשך זה התבטא
בהישגיות שלו.

הבנים שלי היו בקבוצות שחייה עם דב ואחיו.   דב תמיד עזר ותמך לילדים יותר קטנים ממם בקבוצה.
גם בהמשך כשהתבגר והגיע לרמות גבוהות, הוא היה מוביל בקבוצה וגם בארה"ב כשלמד באוניברסיטה,
נבחר ע"י חבריו לקבוצה כקפטן- וזה ודאי מעיד על האופי שלו.

בנוסף, למשל כשאביו היה בבי"ח לטיפולים בסרטן, באם לבקח, פגשנו את דב ובשיחה איתו התברר
שהוא נמצא שם כל יום מהבוקר כל הזמן, ורואים שלא בא סתם לביקור כדי לצאת ידי חובה, אלא בא
לעזור ולתרום כמה שיותר ולתמוך באביו שצריך אותו כל כך בהבראתו מהמחלה.

בהמשך, כשהתחיל להיות ספורטאי גדול ונחשב והתאמן פעמיים ביום, אביו יעקב היה מסיע אותו לפני
העבודה לאימון, גם לאחר העבודה שוב, כמה דאג עם טלפונים בזמנו שהכל בסדר- השקיע את כל כולו
להצלחה של הבנים, והיה מסור מאוד כלפיהם.

אני מקווה שדב במהירה יוכל שוב להנות ממשפחתו, ילדיו וכל החברים.

דוד אלון

A-94



# GIDEON FISHER & Co.
## *Law Offices and Notary*

PARLEX INTERNATIONAL LAW GROUP

**Gideon Fisher- LL.M. Cambridge, FCIArb**   גדעון פישר- קיימברידג' LL.M, מוסמך לבוררות בינ"ל FCIArb

| | | | | | |
|---|---|---|---|---|---|
| Daphna Fisher | Ofer Reznik | Gali Bitton | גלי ביטון | עופר רזניק | דפנה פישר |
| Ram Toren, Notary | Yigal Barak-Ofer | Liba Musan Levi | ליבה מוסן לוי | יגאל ברק-עופר | רם תורן, נוטריון |
| Dan Shwec | Shiran Shai | Yodan Kurizki | יודן קורייצקי | שירן שי | דן שוזץ |
| ▬▬▬ | Meir Bar On | Boaz Talsky | בועז טלסקי | מאיר בר און | נעה קלאו-ליון |
| Amitai Naveh | Shiri Levy | Daniel Rosenbaum | דניאל רוזנבאום | שירי לוי | אמתי נוה |
| Raz Even-Har | Limor Amit | Pnina Jan | פנינה ז'אן | לימור עמית | רז אבן- הר |
| Hila Tsairi | Haim Sharvit | Nicole Leschov | ניקול לשצ'וב | חיים שרביט | הילה צאירי |
| Yaacov Brey | Sivan Azarzar | Adi Bar | עדי בר | סיוון אזרזר | יעקב בריי |
| Ruth Gerby | Racheli Berliner | Ziv Karmi | זיו כרמי | רחלי ברלינר | רות גירבי |
| Idit Hagler | Valeria Flaxberg | | | ולריה פלקסברג | עידית הגלר |
| Offri Meroz | Daniel Intract | | | דניאל אינטרקט | עופרי מרוז |
| Matan Geringer | Omri Meiri | | | עמרי מאירי | מתן גרינגר |
| Karen Bechor | Oron Moshe | | | אורון משה | קארן בכור |

August 2, 2021

To:     **The Honorable Victor Marrero**
        United States District Court
        Southern District of New York
        Daniel Patrick Moynihan US Courthouse
        500 Pearl street
        <u>New York, NY</u>

Dear Honorable Judge Marrero,

I am a partner with the law firm of Gideon Fisher and Co. seats in Tel Aviv, Israel. I am a member of the Israeli bar (1997) and the New York State bar (1999). I practice corporate law with emphasis on high-tech related transactions.  I started my career as an officer in the Israeli Naval Commando Unit ('Navy Seals' equivalent) where I serve as Lieutenant Colonel until now (in reserve) in command of the reserve forces serving in the training programs.

I have known Dov for the last ten years. During that period, I served as his legal counsel for various corporate affairs. We have worked together in several investment transactions in high-tech start-ups. I was always impressed by Dov's down to earth attitude and fair approach while negotiating with entrepreneurs and founders. Not even once has he let his role as the 'Investor' blind him to the needs and concerns of the founders, he never put his own interest ahead of them even in situations that many others would leverage the circumstances in their favor.



# GIDEON FISHER & CO.

*Law Offices and Notary*

PARLEX INTERNATIONAL LAW GROUP

No doubt, Dov has made a mistake. A mistake that will probably cost him his career and reputation. But Dov admitted to his mistake, took responsibility and he is willing to pay the price.  I truly believe that Dov's mistake does not represent his true self and values. I know him, and I owe him great respect despite that unfortunate mistake.

I ask you Honorable Judge Marrero to show mercy for Dov in his sentencing and trust that he is a good man that has helped many people throughout the years.

I thank you for your consideration and for taking the time to read this letter.


With best regards,

Amitai Naveh, Adv.  Lt. Col (ret)

**A-95**

**11 July 2021**

<u>**Aviel Aharon**</u>

███████████████ **Israel**

The Honorable Victor Marrero,

United States District Court,

Southern District of New York / Daniel Patrick Moynihan US Courthouse,

500 Pearl street, New York, NY

Your Honor,

It is with great emotions, and out of enormous gratitude to Mr. Dov Malnik, who is a rare and special man in his generosity and kindness, that I am writing you this letter.

My name is Aviel Aharon, I am 46 years old, a pest exterminator by profession, married to Adi Aharon who is a chemistry teacher. We are simple people who work hard for a living, we have been married for 24 years and we are the parents of three children.

I have known Dov for over ten years and I really have only good words to say to you about him.

When I needed help, I always knew I could turn to Dov. He opened his heart and his house to me and was always happy to help me and my children, he gave me help even beyond the financial aspect. Dov always listened to me and supported me and was happy to give me good advice. It might sound trivial, but it's not. He always does this in the most caring way, and see you for who you are.

Dov has more than once offered to give me his home in Israel for me to use while he was in Hong Kong so that I can use it and have my children play in its garden. He also let me and my son use his vehicle and everything with a big smile and while giving a good feeling that he enjoys giving and sharing what he has. Never giving you the feeling you will owe him something in return.

He even went as far as to give me some work when I needed some help financially, and always treated me with great respect, paid me handsomely and generously.

Your honor, Dov is one of the better and more generous people towards the other I have gotten to know and I sincerely hope that this will reach your heart while you decide his judgment.

Regards,

Aviel Aharon

**11 july 2021**

אביאל אהרון
ההגנה 57, הרצליה, ישראל

The Honorable Victor Marrero,
United States District Court,
Southern District of New York / Daniel Patrick Moynihan US Courthouse,
500 Pearl street, New York, NY

כבוד השופט,

בהתרגשות רבה, ומתוך הכרת תודה גדולה למר דב מלניק, שהנו אדם נדיר ומיוחד בנדיבותו וטוב ליבו, אני כותב לך מכתבי זה.

שמי אביאל אהרון, אני בן 46, מדביר מזיקים במקצועי, נשוי לעדי אהרון שהיא מורה לכימיה. אנו אנשים פשוטים שעובדים קשה למחייתנו, אנו  נשואים מזה 24 שנים ואנו הורים לשלושה ילדים.

אני מכיר את דב את למעלה מעשר שנים ויש לי רק מילים טובות לומר לך אודותיו.

כאשר נזקקתי לעזרה, תמיד ידעתי שאוכל לפנות אל דב. הוא פתח את ליבו וביתו בפני ותמיד שמח לסייע לי ולילדי, והעניק לי עזרה אף מעבר לפן הכלכלי, דב תמיד הקשיב לי ותמך בי ושמח לתת לי עצה טובה.

דב הציע לא אחת לתת לי את ביתו אשר בישראל שאשתמש בו בזמן שהייתו בהונג קונג בכדי שאעשה בו שימוש ביחד עם ילדיי שיהנו מהגינה בו. הוא נתן לי ולבני להשתמש בכלי הרכב שלו והכל עם חיוך גדול ותוך מתן הרגשה טובה שהוא נהנה לתת ולחלוק את מה שיש לו.

דב  אף הרבה להעסיק אותי ולתת לי עבודה ותמיד נהג בי בכבוד רב שילח לי ביד רחבה ונדיבה.

אדוני השופט, דב הוא אחד מהאנשים היותר טובים ונדיבים כלפי האחר שזכיתי להכיר, כולי תקווה כי הדברים יגיעו ללבך בזמן שאתה גוזר את דינו.

בברכה,

אביאל אהרון

# A-96

July 29th, 2021                                        The Honorable Victor Marrero

                                                       United States District Court,

                                                       Southern District of New York

                                                       500 Pearl Street, New York, USA

Your Honor,

I have known Dov Malnik for the past 8 years. However, it is more than enough for me to
reach out and share the story of our acquaintance, and while I am not familiar with any of
the specifics of the case in front of you, I truly hope this will convince you that he is really a
good man who is dedicated to the ones so many people.

In late 2012 I co-founded a tech startup and worked on it full time. While looking for
investors I met Dov, who was a good friend of my co-founder. After a few meetings Dov
has politely rejected the investment offer. A year later, my first daughter was born. During
all this time, I did not take a salary to give the company a greater chance to succeed, but
after two such years it became quite hard to build and grow our company without being
able to provide for my family, and I found myself at a real crossroad.

My co-founder turned to Dov for advice, who proposed we do some paid IT consulting work
with his company so we can keep working on our initiative and vision, which we did
throughout the following year. Unfortunately, in practice, our consulting was not as
beneficial to the firm as we hoped for, but he never ceased trying to make it effective. I will
be forever grateful for this not-obvious gesture, not to be taken for granted  as a chance he
gave us, where we could both provide for our families and keep working on our startup.

During these years I got to know as a kind and honest man, who believes in hard work and
who is willing to help his friends much beyond expected. Although this is but one example, I
have heard similar stories from others. I truly hope that my experience, when told alongside
others, could attest to the true and honest character of Dov as a kind, supporting and
simply a good person.

Respectfully,

Michael Gutkin

**A-97**

July 12, 2021

Geneva, Switzerland

To The Honorable Victor Marrero,

United States District Court,

Southern District of New York, Daniel Patrick Moynihan US Courthouse,

 500 Pearl street, New York, NY


Dear Honorable Judge Marrero,

My name is Lior Renous, I currently live in Geneva, Switzerland and I would like to submit this letter on behalf of Dov Malnik's towards his upcoming sentencing. I have known Dov for several years and have also got to work with him when I was working with a company in Geneva and he was working for a related sister company in HK. In fact, it was Dov who recommended me for this finance administration position although I was a student with very little experience in this field and I am very grateful for him for this.

The Dov i got to know is a down-to-earth person, sociable and likable by anyone who meets him. Whenever i speak to him, he is truly interested in what I have to say he always tries to see if and how he can solve a problem when it arise, big or small.

In several occasions, I got to experience Dov's generosity, not only material one. He would not hesitate to take initiative to help people and invest his precious time for it and he is also a dedicated supporter of the Jewish community which is one that is also close to my heart.

████████████████████████████████████████████████████████████. Eventhough he needed my help for a work related project (the two companies were doing a venture together), he always encouraged me to put work aside and take care of myself and my health first, and his character was truly shown in these little moments of humanity. He sincerely cared about my well-being and made me feel I have another person to lean on.

I also got to know him as a family man. We often exchanged stories about our kids and discussed parenting issues. The way he talked about his kids, I could see how involved he is with them. How much of a hands-on father he is whenever he can, and the excellent care and joy he takes in raising them. I was also exposed to how great of a brother and son he is, helping them whenever they needed and went above and beyond to support them.  He always made it clear to anyone that when it is business vs. family, family always comes first.

Dov is a kind soul, caring, supporting person, such a positive presence in the lives of others. He has been away from his children who need him, his family who count on him, for a long time now. I am modestly asking your Honor to please show compassion and allow Dov to reunited with them.

With appreciation,

Lior Renous

# A-98

To the Honorable Victor Marrero,

United States District Court, Southern District of New York,

Daniel Patrick Moynihan United States Courthouse,

500 Pearl Street, New York, NY 10007-1312

Your Honor,

My name is Sarina Shtein, I live in Israel and am now retired for several years now from my former position as R&D engineer at a governmental institution in Israel. I have made Dov's acquittance since 2007as he was and still is one of the closest friends of my daughter Yael who resides in Geneva. Having spent substantial amount of time over the years in Geneva myself, I had the opportunity to meet with Dov and get to know his closely.

I will certainly not be exaggerating to state that Dov's strong personality and above all his human warmth, and care for others is simply unique. So many moments I have seen him connect with people, give to people, loved by people. I remember clearly, even now after some twelve years, his approach towards Yael's first daughter ▮▮▮▮ when she was a baby girl. His tenderness and genuine interest and care for the newly-born were absolutely remarkable for (then) a single young man at the start of his thirties.

Years have passed and seeing now Dov with his own two children, it is just natural that he is an extraordinary loving father and as I always watched him wrapping them with love and affection, it breaks my heart to know the pain that his incarceration has brought on them. For me, as a mother, I have also always noted Dov's devotion to his parents and brothers that makes him an accomplished family man.

I have chosen to point out these aspects of Dov's personality as I believe, like most of the people who have intimate knowledge of him, that these human characteristic are so strong, and have so much potential to do good for so many people around him. I also have the strong conviction that in the moment that there should be made a decision about his fate and future it is a minimum to getting an equitable appreciation of the true person who is Dov Malnik.

With all my respect,

Sarina Stein Pietreanu – Israel ▮▮▮▮▮▮▮
July, 5th, 2021

# A-99

Saturday, July 24, 2021

From:                                                      To:

Snir Gliksman                                          The Honorable Victor Marrero,
                              United States District Court,
                                                               Southern District of New York
Switzerland

                                                               Daniel Patrick Moyniham
                                                               US Courthouse,
                                                               500 Pearl Street,
                                                               New York, NY

**Re: United States of America v. Dov Malnik, 19 Cr 714**

Honorable Judge Marrero,

My name is Snir Gliksman, and I am chief operating officer of a Swiss wealth management company based in Geneva. I started my career as a first sergeant in Israeli paratroopers, where I spent 3 years leading a team of new recruits through basic traineeship to special missions.  Since then, I have gained my B.Sc. in Biotechnology Engineering and Master of Business Administration and have over 15 years of professional experience in corporate development and finance from leading Israeli and global companies.

I got to know Dov through mutual friends following our move to Geneva, Switzerland in 2012. We shared similar interests and quickly connected. Dov was always kind, generous and made me feel an important part of the friends group. We spent great time together and I got to know him personally, including his passion for swimming, snowboarding and sports. On numerous occasions, we had long conversations about the financial markets. He always struck me as wise and intelligent person.

Moving to a new country with a wife and a toddler can be a difficult, stressful, and challenging period. Still, having good friends like Dov, who care and help you with whatever you need is essential to make this life transition easier. For that, I am very grateful that I met Dov. He made me feel at home.

Dov made a mistake that will cost him his reputation and career. Yet, he admitted to it, took responsibility and he is willing to pay the price. Dov owns up to his actions and he is accountable. We all make mistakes, but we all deserve mercy and a second chance. I sincerely believe that Dov's mistake does not represent his true character and values.  And as a father for 2 daughters, the long period of time that Dov could not spend with his little ones, is a high price he already paid.

Therefore, I ask you Honorable Judge Marrero, to show mercy for Dov in his sentencing and trust that he is a good and kind man that helped many people throughout the years.

I thank you for your consideration and for taking the time to read this letter.

With best regards and appreciation,

Snir Gliksman



# A-100

July 12, 2021

Or Ellencweig

17 Rue Adrien Lachenal

Geneva, Switzerland

**To The Honorable Victor Marrero**

**United States District Court, Southern District of New York,**

**Daniel Patrick Moynihan, United States Courthouse,**

**500 Pearl Street, New York, NY 10007-1312**

Dear Judge Marrero,

My name is Or Ellencweig. I have known Dov for the last 9 years since he gave my wife an opportunity to work for him. During this time, I have come across Dov's unique ability to care and help his surroundings.

During the time I have known Dov, he became a friend, and although I was not meeting him regularly, as we both work many hours, and for several years we were also living in different countries, it gave me confidence to have him by our side. I always felt that the happiness of my wife and my family was the main priority for Dov before anything else.

I have found Dov's selflessness, modesty and values inspiring. Despite his success and accomplishments, he remained a genuine and humble person that always found the time to take care of the people. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Being on my own in a foreign country with 2 kids, Dov was supporting and offering help every single day. Working and managing people for a while now, I can honestly say I rarely witnessed this level of caring from a manger elsewhere. Once again, Dov put my wife and my family wellbeing as the priority no matter what, investing time and effort to ensure we are safe and healthy. For this I would be always thankful.

Your honor, I have heard countless stories about Dov, from my wife and form friends, I can tell you that all of them are true. As a manager myself, I interview employees and meet with many business partners, and I can tell you that it takes for me only a short moment of looking into someone's eyes to sense honesty, to see if a person means what he says, It became an almost radar-like feature in me. I can tell you with full confidence that looking into Dov's eyes, even once,

is enough to understand that despite the mistake he made that brough him to this, he is still an extremely good person- a person of heart, faith, and genuine kindness.

Honorable judge I truly believe that Dov is deserving the court's mercy and leniency. I wish he can reunite with his family as soon as possible. For sure a man that keeps caring for other people and making them happy deserve peace and happiness for himself, especially after an exceedingly difficult time he and his family went through.

With respect,

Or Ellencweig

# A-101

6.VI. 2021

I've shares with Mr. Dov Malnik, the same floor during the majority of his detention and we spend a lot of time together. With this letter, I would attest that he is a very kind and friendly person. He is always ready to help the others when one opportunity is present.

Mr. Malnik is known for his generosity towards everyone is in need. Here a lot of people don't have any money or the opportunity to work and he is always there to help them. He is also able to speak any languages and is available for those who need translations. Our two workshops often operated together and we know him as a very conscientious worker. I know that he is a good student at school where he learns about programming.

His main preoccupation is for his family. The possibilities for the visits are very few here especially during this pandemic. I know that hurts him a lot because he is always speaking about his wife and children and how much he miss them. It's obvious that he is a devoted father. This extradition will worsen this situation and I think it will be very hard for his to bear it.

I wish him the best and I hope he will get back in his family soon.

Maret Thomas

8. __. 2021

I've shared, with Mr. Malnik Dav, the same floor during the major part of his detention and we spend a lot of time together. With this letter, I would attest that he is a very kind and friendly person. He is always ready to help the others when one opportunity is present. Mr. Malnik Dav is known for his generosity towards everyone is in need. Here a lot of people don't have any money or the opportunity to work and he is always there to help them. He is also able to speak many languages and is available for those who need translations.

Our two workshops often operate together and we know him as a very conscientious worker. I know that he is a good student at school where he learns about programming.

His main preoccupation is for his family. The possibilities for the visits are very few here especially during this pandemic. I know that

hurts him a lot because he is always speaking about his wife and children and how much he miss them. It's obvious that he is a devoted father. This extradition will worsen this situation and I think it will be very hard for him to bear it.

I wish him the best and I hope he will get back in his family soon.

Maret Thomas

'21

**A-102**

April 2021

My name is Mario Ariazzi, I am currently held in detention in the prison of Champ Dollon in Geneva,

And sharing a cell with Dov Malnik. In my time I shares with Dov, I have come to know a compassionate, sensitive and, caring person, who helped me in my difficulties during my incarceration.

When I first arrived in Dov's cell with nothing on me, and having no family to help me from the outside, Dov immediately gave me food items, snacks, canned tuna and quick soup boxes. He also gave me a thermos to have hot water, which he purchased in the prison store and a diskman. When he realized that I have no money to buy anithing, he transferred me 50 chf which is the maximum allowed between inmates. He also helped me with daily tasks which I need helped due to my medical condition, always willing and and caring.

Dov is a good person, and does not belong in prison. His small kids are the most important thing in his life, and I watched him every eveng making paintings for them tears in his eyes . I pray that, he could join them at home soon.

Mario Ariazzi

APRIL 2021

MY NAME IS MARIO ARIAZZI, I AM CURRENTLY HELD IN DETENTION
IN THE PRISON OF CHAMP DOLLON IN GENEVA,
AND SHARING A CELL WITH DON MALNIK IN MY TIME I SHARED WITH
DON, I HAVE COME TO KNOW A COMPASSIONATE, SENSITIVE AND
CARING PERSON, WHO HELPED ME IN MY DIFFICULTIES DURING MY
INCARCERATION.
WHEN I FIRST ARRIVED IN DON'S CELL WITH NOTHING ON ME, AND HAVING
NO FAMILY TO HELP ME FROM THE OUTSIDE, DON IMMEDIATELY GAVE
ME FOOD ITEMS, SNACKS, CANNED TUNA AND QUICK SOUP BOXED.
HE ALSO GAVE ME A THERMOS TO HAVE HOT WATER, WHICH HE PURCHASED
IN THE PRISON STORE AND A DISKAN. WHEN HE REALIZED I HAVE NO MONEY
TO BUY ANYTHING, HE TRANFERRED ME 50 CHF WHICH IS THE MAXIMUM,
ALLOWED BETWEEN INMATES. HE ALSO HELPED ME WITH DAILY TASKS WHICH I
NEED HELPED DUE TO MY MEDICAL CONDITION, ALWAYS WILLING AND,
AND CARING.
DON IS A GOOD PERSON, AND DOES NO BELONG IN PRISON. HIS SMALL KIDS
ARE THE MOST IMPORTANT THING IN HIS LIFE, AND I WATCHED HIM EVERY
EVENG MAKING PAINTINGS FOR THEM TEARS IN HIS EYES EYES. I PRAY
THAT, HE COULD JOIN THEM AT HOME SOON.

                              MARIO ARIAZZI

**A-103**

June 2021

I would like to attest for Dov Malnik, who I got to know during my detention in Champ Dollon prison. I would like to attest for the exceptional character of Dov who helped me a lot during my detention as well as to others.

Dov helped me with writing letters, for example to the prison management, to the social services, or to the workshop chief. He also helped me a lot with advises and mental support during this very difficult period, especially with the restrictive measures against the COVID 19 that created a situation exceptionally difficult for inmates.

Dov helped a lot with translation to other foreign inmates who only speak English or Russian. He also constantly gave food articles and other articles from the prison cantina to other inmates who did not have money to buy.

Finally, I have witnessed up closely the suffering of Dov here, being disconnected from his wife and his young children for very long months, and it really hurt my heart. Dov is very close to them, and is very involved in their life, and I hope that he could come back to them quickly. He really deserves it.

Nicolas Bayer,
Champ Dollon prison

juin 2021

Je voulais atteste pour Dov Malhik, qui je pris
connaissance pendant mon detention a la prison de
Champ-Dollon. Je voulais atteste pour le caractere
exceptionnelle de Dov, qui me beacoup aide pendant
mon detention et avec les autres.

Dov me aide de ecrire des lettres, par example a la
direction, au service social, ou au chef de travaille. Il me
egalement beacoup aide avec des conseils et de soutien
mental pendant cette periode tres difficile, specialement
avec le mesures contre le COVID-19 que cree une
situation particulierement difficile pour les detenus.
Dov a beacoup aide avec de tradiction pour de detenus
etrangers que parle seulement anglais ou russe. Il
a aussi contamment donne au autre de diverse
articles alimentation et de produit diverse au detenus
qui ne avez pas d'argent.

Finallement, j'ai vu de proche la souffrance de Dov
ici, d'etre deconnecte de sa femme et ses enfants
en bas age pendant de longe mois, et ca me vraiment
brise le coeur. Dov est tres attache a eu et tres
implique dans lors vies, et j'espere que il pouvait
le retrouve rapidement. Il merite ca, vraiment.

Nicolas Bayer
prison de champ Dollon

BAYOR

A-104

To:     Honorable Victor Marrero,
        United States District Court, Southern District of New York
        500 Pearl street, New York
        United States

Dear Judge Marrero,

My name is Ruth Storch, I am and I write in connection with Dov Malnik's sentencing to ask for leniency for a very good person who have probably made an uncharacteristic error in judgment and broke the law.  and I write to you in relation to Dov Malnik's sentencing and thank you for taking the time to read my letter.

I have known Dov for over 10 years, and although our relationship has been mostly professional since I work as a travel agent at Azuri American Express travel agency and helped him for many years in his travels, through our work I got to know him very closely, got to know his family and some of his friends. Despite the age difference between us (suffice to say I am much over the retirement age) I would consider Dov to be much more than a client, but a true friend. Dov is a good man your honor, a kind, resecting, caring person, who really cares for others.

On numerous occasions I would get a call from people telling me Dov sent them so I take care of them, and he would cover their flight. These were people who Dov wished to help and make happy, for example he offered a friend with financial difficulties to take his family on a much needed vacation after a rough period, I remember the person being so grateful for Dov's recognizing it and making him this surprise. On other occasions Dov invited people he knew from abroad to come and visit Israel, as he is a very patriotic person. Dov always undermined his actions when speaking to me, saying that these costs are not a big deal but they could be meaningful for some of these people. From watching from the side for many years, I can say that he genuinely likes to make people feel good, to give to people.

With time, I also got to know Dov's parents and brothers. They are a very warm, kind and down to earth people, and Dov is completely dedicated to them. Dov's parents are extremely nice, always proud of Dov and talk about him with glowing eyes in any opportunity. As a mother and grandmother myself, I can only imagine what they have been through in this past year, with their loved son locked in prison while they are locked in their home during this pandemic. I am heartbroken to think about the many months were Dov was not in touch at all with his wife and small children.

From my perspective and my age, I can say that we all make mistakes, big and small, but life is bigger than this, and a person should be judged by all that he has made, not just one act.

Respectfully yours,

Ruth Storch

                                        August 3, 2021

# A-105

July 4th, 2021

**The Honorable Victor Marrero,**

**United States District Court, Southern District of New York**

**Daniel Patrick Moyniham US Courthouse, 500 Pearl street, New York, NY**

Your honor,

My name is Dr. Malvina Alon, a senior physician recently retired after 35 years of work at the Sourasky Hospital in Tel Aviv.

I have known Dov since the day he was born, I have known him as a gifted, honest man who always loves to help others.

I want to give an example of his devotion towards his family: ███████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

███████████████████████████████

Before they were released from the hospital, Dov approached the department head about what he could contribute to them, what they needed. Eventually he donated a respiratory support instrument, and even asked to remain anonymous - and this testifies to the character of a person, to his modesty and generosity.

In addition, he organized an evening at a restaurant for the hospital staff, and did not even attend the event, so that they would not feel uncomfortable, so it's only for them.

I hope that Dov could come back now to his family and his children.

Respectably yours,

Dr. Malvina Alon

4.7.21

The Honorable Victor Marrero, United States District Court, Southern District of New York

Daniel Patrick Moyniham US Courthouse, 500 Pearl street, New York, NY

כבוד,

שמי ד"ר מלבינה אלון, רופאה בכירה גימלאית לאחר 35 שנות עבודה בבי"ח מרכז סוראסקי ת"א.

אני מכירה את דב מיום לידתו, היכרתי אותו כבחור מחונן, ישר, שתמיד אוהב לעזור לזולת.



מבוקר ועד ערב על יד אשתו והתינוק– עושה הכל למענם.

לפי ששיחררו אותם, דב ניגש למנהל המחלקה בשאלה מה הוא יכול לתרום להם, למה הם זקוקים.

בסופו של דבר הוא תרם מכשיר הנשמה, ואף ביקש להיות בעילום שם – וזה מעיד על אופי האדם, על צניעות ורוחב לב.

בנוסף, אירגן ערב במסעדה למען אנשי הצוות, אפילו לא השתתף באירוע, כדי שלא ירגישו לא בנוח.

אני מקווה שדב בהקדם יוכל לשוב למשפחתו וילדיו.

ד"ר מלבינה אלון

# A-106

The Honorable Victor Marrero

United States District Court, Southern District of New York,

Daniel Patrick Moyniham US Courthouse

500 Pearl Street, New York, NY


July 12th, 2021


Your Honor,

My name is Amos Miko Saada, resident of Israel, owner of a construction company, married + 3 children.

I met Dov through mutual friends and even though we were not a first circle friends I am more than happy to write few words about this dear man, because in his case - it's really easy.

It can be said with great certainty that Dov is a special man. Dov is a man of people, a man of friends, a man of family, of humility and modesty, a man of joy.

I was privileged to be with him in happy and emotional moments, we celebrated and were all happy together also when his little children were born and during his every visit to the land of Israel he made sure we met in happy circumstances.

Your Honor, I am not knowledgeable in legal matters but in hindsight this is clearly a case that should not have happened.

From what I do know and my experience, I saw a man of principles and values, always choosing the right way, I saw charity and contribution to the community, I saw a devoted and loving family man.

I must say that we have been sorely missing Dov in the last year, he is a key figure in our group, we talk about him very often and look forward to seeing and embracing him back soon.


With great respect,


Amos Miko Saada

The Honorable Victor Marrero

United States District Court, Southern District of New York,

Daniel Patrick Moynihan US Courthouse

500 Pearl Street, New York, NY

12 ליולי 2021

כבודו,

אני עמוס מיקו סעדה, תושב ישראל, בעלים של חברת בנייה, נשוי + 3

הכרתי את דב דרך חברים משותפים ולמרות שלא היינו חברים ממעגל ראשון אני יותר משמח
לכתוב כמה מילים על האיש היקר הזה, כי במקרה שלו - זה ממש קל.

אפשר לומר בוודאות גדולה שדב הוא איש מיוחד. דב איש של אנשים, איש של חברים, איש של
משפחה, איש של ענווה וצניעות, איש של שמחה.

זכיתי להיות איתו באירועים שמחים ומרגשים, חגגנו ושמחנו יחד גם כאשר נולדו ילדיו הקטנים
ובכל ביקור שלו בארץ ישראל דאג שניפגש בנסיבות משמחות.

כבודו, אני לא בקיא בעניינים משפטיים אבל בראיה מהצד זהו בפרוש מקרה שלא היה אמור לקרות.

ממה שכן הכרתי וחוויתי, ראיתי אדם של עקרונות וצדקת הדרך, ראיתי נדבנות ותרומה לקהילה,
ראיתי איש משפחה מסור ואוהב.

חייב לומר שדב חסר לנו מאוד בשנה האחרונה, הוא דמות מפתח אצלנו בחבורה, אנחנו מדברים
עליו המון ומצפים לראותו ולחבקו בקרוב.

בהערכה רבה,

עמוס מיקו סעדה

A-107

The Honorable Victor Marrero,                                    07.07.2021

United States District Court, Southern District of New York

Daniel Patrick Moynihan US courthouse

500 Pearl Street, New York, NY


Your Honor,

My name is Yosim Rima, together with my family got to know the Malnik family in 1980, when our boys Nir and Dov were together in the same kindergarten. From that moment on the two families became friend, I would even say like one family. Trips, adventures and a lot of quality time together.

Dov grew up in front of our eyes, an intelligent boy, with unique qualities, sensitive, but also we high confidence. His care to his parents, friends, teachers and coaches was always based on respect and honesty. We were happy to accompany him throughout life, see him mature, determined, accomplished, always looking forward. As the elder son, he was characterized by his care to his parents, brothers and his many friends. Such a boy, today a man, is rare to come by. His care to his parents every single day, from anywhere no matter how far, is an example for every son. Dov is a devoted father and a loyal husband. In short, he is our pride.

Any person can stumble, make a mistake, but not everyone can straighten and recalibrate his life. Dov can! He was raised and educated in a wonderful family, and today is young family is needing him more then anything.

We all hope that your honor will consider Dov's solid foundation and will give him a chance to correct his path. We are certain that he will return to the correct way.


With respect,


w/


Rima Yusim

07.07.2021

לכבוד

The Honorable Victor Marrero, United States District Court

Southern District of New York

Daniel Patrick Moynihan US Courthouse, 500 Pearl str.

New York, NY

כבוד השופט,

אני, יוסים רימה, ומשפחתי הכרנו את משפחת מלניק בשנת 1980, כאשר הבנים שלנו דוב וניר היו ביחד באותו גן. מאותו רגע שתי המשפחות הפכנו לחברים, אפשר לומר "משפחה אחת". טיולים, בילויים, הרבה זמן איכות ביחד.

דב גדל לעינינו - ילד נבון, עם חזקות נדירות, נעים הליכות, רגיש, אבל גם עם בטחון עצמי. יחסו להורים, חברים, מורות ומאמנים היה תמיד מושתת על ערכי כבוד והגינות. שמחנו ללוות אותו לאורך החיים , לראות אותו מתבגר, נחוש, צולח אתגרים, תמיד עם מבט קדימה. כבן הבכור דב התאפיין בדאגתו להורים, אחים וחבריו הרבים. כזה ילד, היום גבר, פוגשים במקרים נדירים. דאגתו להורים יום-יום, מכל מקום, איפה שלא יהיה, דוגמה לכל בן. דב אבא למופת ובעל נאמן. בקיצור, גאווה של כולנו.

כל בן אדם יכול למעוד, לטעות, אבל לא כל אחד יכול להתיישר, לחשב מסלול חייו מחדש. דב מסוגל! הוא גדל וחונך במשפחה נהדרת, והיום בעל משפחה צעירה זקוקה לו יותר מכל!

כולנו מקווים שכבוד השופט יתחשב ביסודות בריאים של דב ויתן לא הזדמנות להשתקם. אנו בטוחים שדב יחזור לצעוד בדרך הישרה.

בכבוד רב

רימה יוסים

**A-108**

The Honorable Victor Marrero                                    July 10th, 2021

United States District Court, Southern District of New York

Daniel Patrick Moynihan US Courthouse

500 Pearl Street, New York, NY


Your Honor,

Not too long ago, I found out about Dov Malnik's situation, and it did not take me too long to decide to write to you, all the way from Israel.

As I understand it, you are faced with the hard decision of deciding Dov's punishment, one that will affect Dov's life, but perhaps more importantly will effect his wife Celine and the two Children (Nathan and Noa). Before you decide, I thought to write a little bit about Dov and his family, and my relationship with them. I hope that by writhing you will see what I know- Dov is a good person and a wonderful father and husband.

All his life, Dov was a hard working person, good and loyal friend, and a great family man who above all, I imagine, is devastated from being separated from his beloved wife and kids for so long already.

My name is Rami Barelli, I am 47 years all, self-employed, married with two girls (15,12). I was the Israeli National swimming champion from between the ages of 11-18. I was part of the Israeli national youth team, and represented Israel in international swimming championships. I retired from swimming in 1992 as I finished high school and joined the Israeli army, IDF. I served in an elite unit of Anti-Terror combat for 3 years. Did my B.A in the Hebrew University in philosophy and my M.A in Melbourne Australia in entrepreneurship and innovation.

I must admit that throughout my life, swimming and the work it took to become Israeli champion as a teenager, built in me a certain character. I would say without a doubt, that the hard work I had to put in to become successful, is what enabled me to become the soldier I was, and more importantly the father and husband I am. Training for swimming is hard work, very hard work. Alone, heart beating, and only the black line at the bottom of the pool to keep you company. 4 hours in the pool every day, it builds character if you get to the high levels.

As I am sure you already know, Dov was a top swimmer in Israel, and has had international success as well. Dov is younger than me, and I saw him grow as a swimmer for the last few years of my career. After that, I did not see Dov from many years, and only heard of his success. After he retired, we had no contact, until a mutual friend re-introduced us, and it was a pleasure to catch up with Dov. We talked about swimming, friends, life, business and what not. Dov was always pleasant, kind, never arguing and even when the discussion was about something he is an expert on, he would just say his thing, and if one didn't agree, or argue differently, he would just node and say "ok", accepting and respecting other opinions.

Over the years I met Dov in different situations, but I have to say that the big change came with the birth of Nathan. My daughters and I used to go skiing every year, usually in France or Switzerland (but since COVID 19 we did not go). The last time we went, was in Megeve France, close to Geneva. We rented a small house not too far from where Dov rented a cabin as well, and he came alone to meet us. When I asked him about Celine and Nathan, he said that they would come the next day. When they arrived, you had to be there to see him light up, sparks in his eyes. I was so touched to see that. Very naturally, even though we had a rented house, Dov invited us to spend time with them, have dinner at their cabin, and while skiing, Dov took care of my daughters (12 and 9 at time). He was talking to them, asking them about their lives, interested in what they were saying (even though he never met them before). On the last day of skiing, with only my eldest skiing with us, he kept challenging her, in a good way, to ski better and faster. He was so sensitive and responsible with her. But, at the end of each day, all he cared about was Nathan (who was too young to ski). You could see Nathan eyes lit up as Dov walked through the door, but it was nothing compared to how Dov's eyes lit up when he saw Nathan.

I never met Noa, and only heard about her birth. I am sure Dov is the same with her as he is with Nathan. I am also sure that the dependence of Nathan on Dov, as his love to him, only grew since we last met.

I hope, without sounding too presumptuous, that you will find it in your heart to allow Dov to continue being a role model for his children, a rock for his wife and a true friend to all of us.

Sincerely yours,

Rami Barelli



# A-109



TEL. 058-6622404 ███████████████████   ██████████████████

The Honorable Victor Marrero

United States District Court, Southern District of New

York, 500 Pearl Street, New York, NY

July 12th, 2021

Your honor,

It is a great privilege for me to share with you insights about my 2nd degree cousin, Dov Malnik, with whom my connection strengthened following my return from the US to Israel.

In 2014 I moved back to Israel (after living 25 years in Los Angeles) and attended several family gatherings where I had a chance to really get to know Dov, and to deepen our relationship. I discovered a bright, humble, and generous man, whom I easily connected to, and truly enjoy being around. Dov is this kind of person who sees everyone at eye level, sweet, charismatic and with an illuminating presence.

My mother and Dov's father, Jacob, are cousins. Considering the daunting number of family members they lost to the holocaust, among other difficult events, their family tie has always been exceptionally resolute. To this day, my mother refers to Jacob as her brother.

Throughout the years, while Dov visited Israel, he consistently drove his parents, who live in the center region of Israel, to visit my mother, who lives alone up north, acknowledging how important it was to bring them together.  My mother would always call me after their visit, praising Dov for his heartwarming gesture. Later when Dov's older son was born, he continued these visits, with his son and later with his baby daughter too.

Dov's generosity is understated, not only financially, but as a human being! He is a great friend to all and doesn't hesitate to help even the people who aren't as close to him. This reflects who he is as a person and how much he values friendship and invests in it.

When Dov and Celine celebrated their union, dozens of friends and family gathered for a weekend in Eilat (a city in the southern part of Israel). The love and the experience during that weekend was remarkable and will be remembered for years to come! The people who love him so much not only came to celebrate with him, but also to celebrate their friendship with him and show how much they love him! I always believe that any event's atmosphere represents the host, in a way. This event brought so much joy, happiness and bonding, a testament to Dov's essence. Dov has business friends, swimmer friends, school friends and army friends, and the list goes on. He connects with people from such a diverse backgrounds and brings people together.

Beyond Dov's friendship values, family values are very high on his priority list. I remember when my partner had to meet with him for business purposes, Dov asked him to meet at the cafeteria of Ichilov hospital in Tel Aviv. ████████████ ███████████████████████████████████████████████████████████████████████████████████. Needless to say, his unending support continued far after Celine and the baby were discharged from the hospital. He has not only helped Celine in her own recovery process, but also dedicated himself fully to raising his first born son.████████

Success and achievement aren't just part of Dov's academic, athletic and business ethics. It is in his blood, and shines in all areas of family, character and friendship. He always does more, gives more, shares more, and finds the time for everyone!

As a psychologist, I'm faced daily with the darker sides of human nature. These are sides that awaken at points in people's lives, often inevitably by their circumstance. The question is if they rise above it and grow from it. Do they choose to take responsibility for it? Are they willing to face the consequences while striving to become better human beings? Or do they shy away from accountability and stay in the dark from my deep conversations with Dov, I know that if given the chance, he will choose only a path of light and good!

Dov is a wise, soft-hearted, caring human being and a dedicated family man, who has the courage to look inward, to assume responsibility, and to grow. In essence he is a good soul, a bright mind, and I have no doubt he will make wise life decisions moving forward. I plea for your honor to show mercy in his sentencing and allow him to return home to his family.


Blessings,

Zivi Kalay

**A-110**

**July 7th, 2021**

**The Honorable Victor Marrero**

**United States District Court, Southern District of New York,**

**Daniel Patrick Moynihan US Courthouse 500 Pearl Street,  New York, NY**


Your Honor

I am writing this letter with big hope that your decision regarding my good friend Dov Malnik will be taken in consideration of the way myself and other people which closely know the amazing person Dov is.

My name is Ohad Ravid, 46, married for more than 20 years to L▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮. I was Born and raised in Israel, made a long Service in the Israeli Navy and in my last role I served as a Frigate captain.

My first meeting with Dov was on an off-road trip in the Israeli dessert. Although we have never met before the connection was fast. Dov has the special quality to make people comfortable with his quiet and humble presence. On that specific trip although we knew each other for few hours only, I found myself discussing in a very open manner with Dov on questions related to my career, in which during that time I had many concerns about.

Dov took the time to carefully listen, gave good advice and followed up and asked about my decision several days after. Although we have not known each other for long, Dov took real care and empathy about my future steps and got involved in a very carrying manner.

From that meeting onward Dov became a good friend of mine, and as a friend, Dov 's big heart was shown and shining. My family and I have spent amazing times at Dov's house, and he was always an amazing and generous host. My girls and wife felt immediately at home with Celine welcoming smile and friendly attitude.

Besides being a very good friend, Dov is also an amazing husband and extremely proud and devoted father to Nathan and Noa that in every meeting we had we could notice how attached they are to him and how well they are educated and grown.

Although my acquaintance with Dov is of only 6 years. He left amazing impression on me with his enormous care to his family and friends, his good heart, his generosity, and special good spirit which make him very accessible and empathetic whenever he is needed.

I hope that this short letter will provide you with a snapshot on the amazing person, friend, spouse and father Dov Malnik is and the major role and extraordinary good influence he has within all his life circles.

Sincerely,


Ohad Ravid

**A-111**