Tel Aviv, Israel, July 7th, 2021

**The Honorable Victor Marrero**
**United States District Court, Southern District of New York,**
**Daniel Patrick Moynihan US Courthouse**
**500 Pearl Street, New York, NY**

Your Honor,

My name is Assaf Suprasky, I'm 44 years old, married and a father of 3 kids, living in Tel Aviv and working as the general manager of the Tel Aviv office in the Tremor International Group - a NASDAQ company who operates in the digital advertising space.

Dov and I met each other for the first time when me and my family were relocated to Geneva in 2008. A mutual friend made the intro between us since he felt both of us can benefit from such friendship. Soon after we moved, a small community of Israeli expats was starting to form, as we all shared the same culture and values. In fact, we became a small family to compensate for the lack of our biological families who stayed in Israel. Naturally, Dov integrated in the community and quickly became a leading member.

Dov's special character, together with his uncompromised spirit which brought him to unprecedented achievements as an Olympic swimmer, played a leading role in his influence as a member in the small community we built. Dov grew to become a leader of our group, not because he was elected by any form, but due to his "leading by example" way of doing things. He added many new members to the community and took responsibility on the formation and solidity of the group by initiating diverse activities. Dov's priority was to make sure all the members will feel equal among equals, regardless their social/economic status.

I perceive Dov as role model, he is a symbol for relentless push for excellence in every field, whether it's his career, sports and his personal life. He is a hard worker who built himself from the bottom without rounding any corner down the road, his mantra is work as hard as you can to achieve the goal and become the best in whatever you do. Dov is a person with a big heart, he never hesitates before helping those who need a little push and consistently helps in the community he lives in. He is a dedicated family man who will do whatever it takes to support and stand for his kids and wife. But far and foremost I learned from Dov what a positive thinking is and a healthy perspective on life when you need it the most.

I was extremely sorry to hear the news about Dov's legal situation. Whatever may the decision of the honorable court be, I'm full of hope that Dov's special character will resonate. I'm confident that Dov understands and accept his legal situation, but more important, that he takes full responsibility on his acts because this is the person he grew to be. That's how he performed as an Olympic swimmer, as a family man and as a human being. Same as he knew how to face past challenges, he will find his way to grow from the place he is at right now, learning from the mistakes and move on with his life. Dov is a dear man to so many people

surrounding him, but most important he is the pillar of his family who needs him the most, as well as his close friends who feel his absent day in and day out.

I hope the honorable court will find it vindicated to allow Dov to return now to his family after the long time apart. Dov paid and still is paying a heavy price, the lesson and message were learned by now, I have no doubt.

Assaf Suprasky

*Assaf Suprasky*

תל אביב, ישראל, 7 ליולי 2021

כבוד השופט ויקטור מררו
The Honorable Victor Marrero,
United States District Court,
Southern District of New York
Daniel Patrick Moynihan US Courthouse
500 Pearl street New York, NY

כבוד השופט,

שמי הוא אסף סופרסקי, אני בן 44 נשוי ואב ל-3 ילדים, מתגורר בתל-אביב ועובד כמנכ"ל הסניף הישראלי של טרמור אינטרשנייונל, חברת נאסד"ק המתמחה בפרסום דיגיטלי.

הכרותי עם דוב התחילה כאשר עברתי עם משפחתי להתגורר בז'נווה בשנת 2008. מכרים משותפים הכירו בינינו, הם חשבו שזה רעיון טוב וששנינו עשויים להרוויח מהכרות הזאת. לא עבר זמן רב מהמעבר שלנו והתגבשנו להיות חבורה של ישראלים שהתאחדה סביב התרבות המשותפת שלנו, למעשה הפכנו להיות משפחה מאוחדת שסיפקה את הצרכים של כל חבריה ופיצתה על החסך במשפחות הביולוגיות שלנו שנשארו בישראל. באופן טבעי, דוב השתלב בחבורה ובמהרה הפך להיות גורם מוביל בה.

הדמות הייחודית של דוב, והרוח הבלתי מתפשרת שלו שהביאה אותו להישגים יוצאי דופן כשחיין אולימפי באה לידי ביטוי בהתנהלותו כחבר בקהילה הקטנה שבנינו לנו בז'נווה. דוב הפך להיות מנהיג של החבורה לא מתוך החלטה, ולא מתוך בחירה, אלא דרך ההתנהלות והמעשים שלו שהביאו אותו להכרה הזאת. דוב צירף עוד ועוד חברים לקהילה שלנו ודאג לגיבוש שלנו דרך פעילויות רבות ומגוונות. היה לדוב חשוב מאד שכולם ירגישו בנוח ללא קשר למעמדם הכלכלי או החברתי, הוא דאג שכולם יהיו שווים בין שווים.

עבורי דוב הוא סוג של מודל, הוא מסמל את הדחיפה למצוינות בכל דבר שעוסק בו, בין אם בקריירה ובין אם בעיסוקו בספורט ובחייו האישיים. הוא איש של עבודה קשה ללא פשרות, צריך לנסות עוד ועוד עד שמגיעים לתוצאה הנדרשת. הוא איש של נתינה שלא מהסס לפתוח את הלב ואת הכיס כדי לתרום לקהילה בה הוא חי, הוא איש משפחה מסור שיעשה הכול כדי להגן ולספק את צרכי ילדיו והבת זוג. ובעיקר למדתי ממנו מה היא מחשבה חיובית וגישה בריאה לחיים.

הצטערתי מאד לשמוע על הסיטואציה המשפטית של דוב, תהא אשר תהא ההחלטה של בית המשפט המכובד אני כולי תקווה שפועלו ודמותו של דוב יעמדו לעיני הנוגעים בדבר. אני בטוח שדוב מבין ומשלים עם מצבו, והכי חשוב, הוא לוקח אחריות על מעשיו כי כזה הוא דוב, כך הוא פעל כשחיין אולימפי, כך הוא כאיש משפחה וחבר וכך הוא כאדם. כפי שדוב ידע להתמודד עם האתגרים שליוו את חייו, הוא ידע לצמוח מהמקום בו הוא נמצא כעת, ללמוד מהטעויות ולהמשיך בחייו. דוב הוא איש יקר לכל הסובבים אותו, בעיקר למשפחתו שזקוקה לו בתור עמוד התווך של המשפחה וגם לחבריו שחסרונו מורגש היטב לכולנו. אני מקווה שבית המשפט ימצא לנכון לתת עונש קל ככל האפשר, דוב שילם ומשלם מחיר יקר והמסר והלקח כבר נלמדו, בזה אין לי ספק.

אסף סופרסקי

# A-112

August 29th, 2021

**To: The Honorable judge Victor Marrero**

**United states courthouse, Southern district of New York**

**Address: 500 Pearl St, New York, NY 10007.**

Your Honor,

My name is Rami Zur, I am 44 years old, born in California, raised in Israel and live today in California with my wife and our two boys. I am a 3-time Olympian in sprint canoe, representing the U.S. in 2 Olympic games (2004 & 2008) and Israel at the 2000 Olympic games. I write this letter to support my dear friend Dov Malnik who I know for over 25 years.

The first time I met Dov was when I was 17 years old. I was training in the Wingate Institute of Sport in Israel where some of Israel's elite athletes were training. Dov was one of them, a decorated swimmer, and we lived in the athletes' housing next to each other and got to spend a lot of our free time together. The Dov Malnik I know is really one of the better persons I've ever met, someone that you are fortunate to call a friend.

Dov was always a hard worker, dedicating a lot of time in the pool and outside, and taking his sports career very seriously. I was always so impressed when I saw him each morning coming back at 7:30am after he already finished a 2-hour workout in the pool, and he always took his duties very seriously, was very responsible and setting an example to many of the younger swimmers on the team. He had a quality of doing everything in a joyful way, always spreading positivity and simply making people wanting to be around him.

Dov is someone that you know you can ask help from, ask a favour, and he won't hesitate to assist. He won't make you feel like you owe him and will just do it without making a big deal out of it. It was so reassuring to know that Dov lived just next door to me.

I remember one incident when I was driving back to the Wingate Institute one night after receiving tough news about not being selected for a major upcoming competition. My car broke down in a side road, and I was stuck in the dark, feeling like everything is simply falling apart for me. Its part of the life of a professional athlete I guess, but at that moment it seems like it was the end of the world for me. Luckily I had a cell phone (it was the late 90's and not so commonly used yet) and I was able to call Dov. Even though it was late in the evening, and he had to wake up as usual at 5 am the next morning, Dov immediately calmed me, said that he is on his way, and sure enough came to my rescue to bring me back home.

But more than this gesture, he was sensitive enough to see the emotional turmoil I was in, and started talking to me, trying to understand my distress and help me in this difficult point (about my career, not my car breaking of course). And so we ended up talking for 2 hours, deep talk, inspiring one, and I can say that even today after all these years I remember how he made my feel, the emotional support he provided me, and force he gave me which then lifted me and allowed me to overcome this difficult time, and eventually become an Olympian. I think is telling of who Dov is because not only he would come for this seemingly small gesture of helping a friend in the middle of the night, but he would also take this opportunity to look at the bigger picture, use it to deal with more important issues he so sensibly observed.

Over the years we kept in close contact and even though we each went our separate ways (Dov to Switzerland and me to the US) we met whenever possible and kept interest in each other's life. I view Dov as a true friend, an extremely good person, and I am proud to call him my friend.

I am heartbroken to see the devastating effect this matter had on him and his family, his two sweet children. It's hard to stop my tear thinking of him not being able to even speak to his children even by phone for so many months. How can a man endure such pain? A good father like Dov. it's hard to think about him in such a terrible situation. But I know Dov's true Olympic spirit, and I know that he will take responsibility for his actions, like he always did in sports, and he will work hard to rebuild his life and try to ease the damage to his family. And he will come out of this a better man, a wiser man, greatly bruised but with his spirit alive.

I plea for your Honor not to impose further imprisonment on Dov, he has suffered enormously already. I will be happy to stand in front of your Honor, whether in person or by phone, and give you the full picture of who Dov his. My number is 619-347-8542.

Sincerely yours,

Rami Zur

Irvine, California

ramzur@gmail.com