```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2021
```

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA,               :
                                        :      19 Crim. 714 (VM)
                                        :
     - against -                        :          ORDER
                                        :
DOV MALNIK,                             :
                                        :
                    Defendant.          :
----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

In light of the ongoing public health crisis, the proceeding before the Honorable Victor Marrero on Friday, November 19, 2021 at 9:30 a.m. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**

Dated:   New York, New York
         November 15, 2021

                                        _____
                                                Victor Marrero
                                                  U.S.D.J.