USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2021

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

November 22, 2021

**BY ECF**

The Honorable Victor Marrero
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *United States v. Dov Malnik*, *(Case No. 19-CR-714)*

Dear Judge Marrero:

        We respectfully submit this letter in connection with Mr. Malnik's sentencing hearing on November 19, 2021.  The parties have conferred regarding the appropriate schedule for Mr. Malnik's surrender to the custody of the Bureau of prisons, and the defense respectfully requests that the Court set Mr. Malnik's self-surrender date for May 19, 2022.  This date will allow sufficient time for the BOP to designate Mr. Malnik to an appropriate facility and for Mr. Malnik to settle his affairs in advance of his surrender.  The Government has raised no objection and takes no position on this request.

        Thank you for your consideration.

Respectfully submitted,

/s/ Michael S. Schachter

Michael S. Schachter

cc:  (via ECF)
Richard Allen Cooper
Daniel Marc Tracer
(*U.S. Department of Justice*)

Defendant's request for a self-surrender date of May 19, 2022, six months after the date of sentencing, is hereby DENIED.

**SO ORDERED.**

11/23/2021
DATE

VICTOR MARRERO, U.S.D.J.