**WILLKIE FARR & GALLAGHER** LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

May 1, 2023

**BY ECF**

The Honorable Victor Marrero
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Dov Malnik, (Case No. 19-CR-714)*

Dear Judge Marrero:

I represent Dov Malnik in connection with the above-captioned matter. The Court sentenced Mr. Malnik to a term of imprisonment following Mr. Malnik's guilty plea. Mr. Malnik surrendered to the Bureau of Prisons on March 8, 2022 and was subsequently transferred to Israel, where he has since been released on parole.

On July 14, 2021, Mr. Malnik surrendered his passports to the Pretrial Services Office of the Southern District of New York ("Pretrial"). Defense counsel understands that a court order is required to have Mr. Malnik's passports returned to him. Mr. Malnik thus respectfully requests that the Court order that Pretrial may return his passports to defense counsel.

The Government has no objection to this request. Thank you for your consideration.

Respectfully submitted,

/s/ Michael S. Schachter

Michael S. Schachter

cc:  (via email and ECF)
AUSA Scott Hartman